** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 8, 2023 at 1:07:26 PM EDT | K&P | 11625 | 185 | Received |

09/08/2023 9:53:46 AM KANNER & PINTALUGA ,P.A. PAGE 1 OF 185

# Fax

To:
Fax: 8772190742
Company:

From: Gabriella S. Barr, Esq.
Fax:
Voice:

Date: September 08, 2023
Subject: 10295251

Comments:

---

Sincerely,

Gabriella S. Barr, Esq.
Partner

Kanner & Pintaluga

201 Peachtree St N.E | Ste 200 | Atlanta, GA 30303
2950 North Loop West | Ste 500 | Houston, TX 77092
Mail: 925 S. Federal Hwy, 6th Floor | Boca Raton, FL 33432
Tel: (800) 586-5555 | Fax: (866) 641-4690
Website<http://www.kpattorney.com/> | Email<mailto:gbarr@kpattorney.com>

ATTORNEY-CLIENT AND/OR WORK PRODUCT PRIVILEGED MATERIAL. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

This fax originated from a Biscom FAXCOM® Fax Server. Secure Document Delivery - Everytime. Visit us at www.biscom.com

**KANNER & PINTALUGA**

July 6, 2023

Walmart
Attn: Risk Mngt Dept.
P.O. Box 14731
Lexington, KY 40512

**<u>Sent via U.S. Certified Mail #9489 0090 0027 6354 0924 90 - Return Receipt Requested & Fax to 877-219-0742</u>**

| | | | |
|---|---|---|---|
| Re: | Our Client | : | Deonta Willis |
| | Location | : | 6065 Jonesboro Rd, Morrow, GA 30260 |
| | Claim No. | : | **10295251** |
| | Date of Accident | : | 11/16/2022 |

To Whom It May Concern:

Please be advised that our client, Deonta Willis, sustained very serious, life-altering injuries as a result of the above-referenced incident, for which there is no question as to liability on the part of Walmart, whose employees failed to exercise due care in knowingly allowing the dangerous condition of a slippery substance to be present on the floor where patrons, such as our client, traversed. As a direct result of your employees' negligence, our client slipped on said slippery substance, falling on his back and causing him serious injuries. *See e.g. Rothberg v. Bradley*, 85 Ga. App. 477, 480 (Ga. Ct. App. 1952); *Fulton Ice & Coal Co. v. Pece*, 29 Ga. App. 507 (1923); *Tybee Amusement Co v. Odum*, 51 Ga. App. 1 (1935). Also be advised that we have received medical records pertaining to the above referenced client, thus we are hereby forwarding the enclosed for your review and to be included in your evaluation.

After the incident, Deonta presented to Georgia Southern Regional Medical Center for emergency medical attention to his back and other issues. He then spent a number of hours in the hospital, undergoing a litany of diagnostic tests and treatment procedures, thereby incurring significant medical costs, before being discharged with prescription medications and instructions regarding follow-up care. After he was released from the emergency room, continued pain and discomfort prompted Deonta to embark upon an extended course of regular physical therapy and care. Subsequent MRI testing revealed that he sustained ***disrupted discs throughout his lumbar and cervical spine***. Thereafter, Deonta came under the care of a pain management specialist M.D., who prescribed additional medications and administered ***trigger point injections***, yet his symptomatology persisted. After months of conservative treatment failed to adequately treat Deonta grievous injuries, he was referred to a specialist who recommended and performed a ***cervical and lumbar spine manipulation under anesthesia as well as three levels of lumbar fact nerve blocks injections***. In light of Deonta's grievous injuries, he may be forced to endure the pain and suffering inflicted upon him through your insured's negligence, along with the exorbitant medical costs for treatment thereof, for many years to come.

Should you wish to attempt to resolve this matter short of litigation, please note that we are hereby extending to you the opportunity to resolve Deonta's claim for the sum of **$500,000.00**. Upon your review of the enclosed, we are confident you will agree that our offer to settle this case for the sum of $500,000.00 is easily justified, and you will thus promptly tender said sum to our office, located at 201 Peachtree Street N.E., Suite 200, Atlanta, GA 30303, within thirty (30) days of receiving this letter. Please do not hesitate to contact the undersigned if you have any additional questions or concerns.

Also, please be aware that pursuant to the "Unliquidated Damages Interest Act," set forth in O.C.G.A. § 51-12-14, if the Defendant fails to make payment on this amount within thirty (30) days from the mailing of this notice, my client shall be entitled to receive interest on the claimed sum if, upon trial of the case in which the claim is made, the judgment is for an amount not less than the sum claimed. The interest provided by § 51-12-14 shall be at the prime rate set on the date listed above plus three percent (3%) interest and shall begin to run from the thirtieth (30th) day following the date of the mailing of this written notice through the date of judgment. This demand is made pursuant to O.C.G.A. § 51-12-14 which allows for interest in the amount of twelve percent (12%) per annum when a demand for unliquidated damages is made by certified mail and when such demand is not paid within thirty (30) days from the date of mailing the notice, and when upon trial a judgment is made for an amount not less than that demanded.

Thank you for your anticipated cooperation.

Sincerely,

Gabriella S. Barr, Esq.

# Patient

## Demographics

Name: Deonta Ramon Willis
Address: [redacted] FOREST PARK GA 30297

| | | |
|---|---|---|
| Date of birth: [redacted] | Sex: Male | Gender identity: Male |
| Ethnicity: Not Hispanic or Latino | Race: Black or African American | Language: English |
| SSN: [redacted] | Home phone: [redacted] | |

### Relationships

| Name | Relation to Patient | Phone Number |
|---|---|---|
| WILLIS,JANAE | Spouse | Mobile: [redacted] (primary) |

## Care Team as of 11/17/2022

### Active

| Name | Relationship | Specialty | Phone | Duration |
|---|---|---|---|---|
| Md None Pcp, MD | PCP - General | — | — | 11/17/2022 - Present |

Last edited by: Demestric Dudley on 11/17/2022

## Problem List as of 11/17/2022

No documentation.

## Allergies as of 11/17/2022

No Known Allergies

## Immunizations as of 11/17/2022

No documentation.

## Current Medications

### Medications

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Current Medications

None

## History as of 11/17/2022

### Medical History as of 11/17/2022

#### Past Medical History

| Diagnosis | Date | Comments | Source |
|---|---|---|---|
| Known health problems: none | — | — | Provider |

### Substance & Sexuality History as of 11/17/2022

#### Tobacco Use as of 11/17/2022

| Smoking Status | Smoking Start Date | Quit Date | Smoking Frequency |
|---|---|---|---|
| Never Assessed | — | — | |
| **Smokeless Status** | **Smokeless Type** | **Smokeless Quit Date** | |
| Unknown | — | — | |
| **Source** | | | |
| — | | | |

### Socioeconomic History as of 11/17/2022

## Patient (continued)

**History (continued)** as of 11/17/2022

### Socioeconomic as of 11/17/2022

| Marital Status | Spouse Name | Number of Children | Years Education | Education Level | Preferred Language | Ethnicity | Race | Source |
|---|---|---|---|---|---|---|---|---|
| Married | — | — | — | — | English | Not Hispanic or Latino | Black or African American | — |

### Advance Care Planning

**Plan**

**Patient Capacity**

The patient has full capacity. There is no history of patient status change.

**Current Code Status**

| Date Active | Code Status | Order ID | Comments | User | Context |
|---|---|---|---|---|---|
| Not on file | | | | | |

**Health Care Agents**

There are no Health Care Agents on file.

### Patient Contacts

**Patient Contacts**

| Name | Relationship | Phone | Roles |
|---|---|---|---|
| WILLIS,JANAE | Spouse | [redacted] | |

## 11/17/2022 - Appointment in SRGA X-RAY
## Code/Rapid Response

**Patient Care Timeline**

No data selected in time range

## 11/17/2022 - Appointment in SRGA X-RAY (continued)

**Visit Information**

**Appointment Information**

**SRGA XR 30 MIN** **Completed**
11/17/2022 3:35 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 3:35 PM | SRGA XR 1 | SRGA X-RAY | 30 min |

| | | | |
|---|---|---|---|
| Referral Provider: | JOHNSON, DENETRA L | Arrival Time: | 3:32 PM |
| Enc Form Number: | 4397298 | | |

History

| | | | | |
|---|---|---|---|---|
| Made On: | 11/17/2022 3:32 PM | By: | Stephanie Thompson, ARRT | RIS |
| Checked In: | 11/17/2022 3:32 PM | By: | Stephanie Thompson, ARRT | ES |
| Remove Arr.: | 11/17/2022 4:18 PM | By: | Kevin Story, Paramedic | MR |
| EOD Status: | 11/22/2022 2:06 AM | By: | Cadence, Batch Job | ES |

## 11/17/2022 - ED in SRGA EMERGENCY
## Code/Rapid Response

**Patient Care Timeline**

No data selected in time range

## 11/17/2022 - ED in SRGA EMERGENCY (continued)

**Reason for Visit**

**Chief Complaint** *[last edited by Nancy Tyson, RN on 11/17/2022 0918]*

- Back Pain

**Visit Diagnosis** *[last edited by Denetra L Johnson, FNP on 11/17/2022 1604]*

| Name | Is ED? |
|---|---|
| **Back pain (primary)** | Yes |

**Visit Information**

**Admission Information**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 11/17/2022 0916 | Admit Date/Time: | 11/17/2022 1434 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Home | Admit Category: | |
| Means of Arrival: | Car | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | PHS GEORGIA SERVICE AREA | Unit: | SRGA EMERGENCY |
| Admit Provider: | | Attending Provider: | | Referring Provider: | |

**ED Disposition**

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Discharge** | Stable | Denetra L Johnson, FNP | Thu Nov 17, 2022 4:04 PM | Deonta Ramon Willis discharge to home/self care.<br><br>Condition at discharge: Stable |

**Discharge Information**

| | | |
|---|---|---|
| Date/Time: 11/17/2022 1618 | Disposition: Home Or Self Care | Destination: Home |
| Provider: — | Unit: SRGA EMERGENCY | |

**Follow-up Information**

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Md None Pcp, MD | | Schedule an appointment as soon as possible for a visit in 2 days | Return to ED sooner if symptoms worsen | |

**Treatment Team**

| Provider | Service | Role | Provider Team | Specialty | From | To |
|---|---|---|---|---|---|---|
| Denetra L Johnson, FNP | — | Nurse Practitioner | — | Emergency Medicine | 11/17/22 1445 | — |

**Events**

**ED Arrival at 11/17/2022 0916**

Unit: SRGA EMERGENCY
User: Karen Houstonhollins

**Admission at 11/17/2022 1434**

| | | |
|---|---|---|
| Unit: SRGA EMERGENCY | Room: FT34 | Bed: FT34 |
| User: Kevin Story, Paramedic | Patient class: Emergency | |

## 11/17/2022 - ED in SRGA EMERGENCY (continued)

**Events (continued)**

**ED Roomed at 11/17/2022 1434**

Unit: SRGA EMERGENCY
User: Kevin Story, Paramedic

**Discharge at 11/17/2022 1618**

Unit: SRGA EMERGENCY | Room: FT34 | Bed: FT34
User: Kevin Story, Paramedic | Patient class: Emergency

**Discharge at 11/17/2022 1618**

Unit: SRGA EMERGENCY
User: Kevin Story, Paramedic

**Medication List**

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Prior To Admission**

None

**Discharge Medication List**

**cyclobenzaprine (FLEXERIL) 10 MG tablet**

Instructions: Take 1 tablet (10 mg total) by mouth 3 (three) times a day as needed for muscle spasms for up to 7 days
Authorized by: Denetra L Johnson, FNP | Ordered on: 11/17/2022
Start date: 11/17/2022 | End date: 11/24/2022
Quantity: 20 tablet | Refill: No refills remaining

**naproxen (NAPROSYN) 500 MG tablet**

Instructions: Take 1 tablet (500 mg total) by mouth in the morning and 1 tablet (500 mg total) in the evening. Take with meals. Do all this for 10 days.
Authorized by: Denetra L Johnson, FNP | Ordered on: 11/17/2022
Start date: 11/17/2022 | End date: 11/27/2022
Quantity: 20 tablet | Refill: No refills remaining

**Stopped in Visit**

None

**ED Provider Note**

**ED Provider Notes by Denetra L Johnson, FNP at 11/17/2022 1555**

Author: Denetra L Johnson, FNP | Service: — | Author Type: —
Filed: 11/17/2022 4:08 PM | Date of Service: 11/17/2022 3:55 PM | Status: Signed
Editor: Denetra L Johnson, FNP | Cosigner: Roman A Hill, MD at 11/17/2022 11:36 PM

SRGA EMERGENCY
11 UPPER RIVERDALE ROAD
RIVERDALE GA 30274
770-991-8000[DJ.1T]

**History**[DJ.2T]
Chief Complaint

Patient presents with
- Back Pain[DJ.1T]

37-year-old male presents to the ED complaining of low back pain. Stated he was in Walmart when he slipped on some laundry detergent. Patient awaken this with muscle spasm and aching . Has no obvious deformity or distracting injury noted. He is ambulatory . Pain is a current 2 out of 10. He is ambulatory.

Back Pain[DJ.2M]
Location:[DJ.2T] **Gluteal region**[DJ.2M]
Quality:[DJ.2T] **Aching**[DJ.2M]
Radiates to:[DJ.2T] **Does not radiate**[DJ.2M]
Pain severity:[DJ.2T] **Mild**[DJ.2M]
Onset quality:[DJ.2T] **Sudden**[DJ.2M]
Timing:[DJ.2T] **Intermittent**[DJ.2M]
Chronicity:[DJ.2T] **New**[DJ.2M]
Context:[DJ.2T] **falling**[DJ.2M]
Context:[DJ.2T] **not jumping from heights**[DJ.2M],[DJ.2T] **not lifting heavy objects**[DJ.2M],[DJ.2T] **not MCA**[DJ.2M],[DJ.2T] **not MVA**[DJ.2M],[DJ.2T] **not occupational injury**[DJ.2M],[DJ.2T] **not physical stress**[DJ.2M],[DJ.2T] **not recent illness**[DJ.2M],[DJ.2T] **not recent injury**[DJ.2M] and[DJ.2T] **not twisting**[DJ.2M]
Associated symptoms: **no chest pain**, **no dysuria**, **no fever** and **no headaches**[DJ.2T]

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Known health problems: none[DJ.1T] | |

HISTORY PROVIDED BY:[DJ.2T]

No past surgical history on file.[DJ.1T]

Review of Systems
Constitutional: Negative for activity change, appetite change and fever.
HENT: Negative for congestion.
Respiratory: Negative for cough.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal distention.
Genitourinary: Negative for dysuria.
Musculoskeletal: Positive for[DJ.2T] back pain[DJ.2M]. Negative for myalgias.
Skin: Negative for rash.
Neurological: Negative for headaches.
Psychiatric/Behavioral: Negative for behavioral problems.

**Physical Exam**[DJ.2T]
BP 140/81 (BP Location: Right arm, Patient Position: Sitting) | Pulse 98 | Temp 98.5 °F (36.9 °C) (Oral) | Resp 17 | Ht 5' 11" (1.803 m) | Wt 72.6 kg (160 lb) | SpO2 100% | BMI 22.32 kg/m²[DJ.1T]

**Physical Exam**

HENT:
Head: Normocephalic and atraumatic.
Nose: Nose normal.
Mouth/Throat:
Mouth: Mucous membranes are dry.
Eyes:
Extraocular Movements: Extraocular movements intact.
Pupils: Pupils are equal, round, and reactive to light.
Pulmonary:
Effort: Pulmonary effort is normal.
Abdominal:
General: Abdomen is flat. Bowel sounds are normal.
Palpations: Abdomen is soft.
Musculoskeletal:
General: Normal range of motion.
Cervical back: Normal range of motion.
Back:[DJ.2T]



[DJ.2M]

Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
General: No focal deficit present.
Mental Status: He is alert.
Psychiatric:
Mood and Affect: Mood normal.

**Results**[DJ.2T]
Labs Reviewed - No data to display[DJ.1T]

**Imaging**[DJ.2T]

## Imaging Results

X-ray Lumbar Spine 2-3 Views (Final result) — Result time 11/17/22 15:56:17

**Final result by Stuart L Siegal, MD (11/17/22 15:56:17)**

**Narrative:**

LUMBAR SPINE 3 VIEWS

INDICATION:
back pain

COMPARISON:
None.

FINDINGS:
There is no fracture, subluxation, or other acute radiographic abnormality of the lumbar spine.

Signer Name: Stuart Siegal MD
Signed: 11/17/2022 3:56 PM EST
Workstation Name: VIAPACS-HW05

**Vitals:**

| | 11/17/22 0919 |
|---|---|
| BP: | 140/81 |
| Pulse: | 98 |
| Resp: | 17 |
| Temp: | 98.5 °F (36.9 °C) |
| SpO2: | 100% |

## Medications

**acetaminophen (TYLENOL) tablet 1,000 mg (1,000 mg Oral Given 11/17/22 1552)**

## Orders Placed This Encounter

Procedures

- X-ray Lumbar Spine 2-3 Views

## Medication List

START taking these medications

**cyclobenzaprine** 10 MG tablet
Commonly known as: FLEXERIL
Take 1 tablet (10 mg total) by mouth 3 (three) times a day as needed for muscle spasms for up to 7 days

---

**naproxen** 500 MG tablet
Commonly known as: NAPROSYN
Take 1 tablet (500 mg total) by mouth in the morning and 1 tablet (500 mg total) in the evening. Take with meals. Do all this for 10 days.

**Where to Get Your Medications**

Information about where to get these medications is not yet available

**Ask your nurse or doctor about these medications**

- cyclobenzaprine 10 MG tablet
- naproxen 500 MG tablet

Patient reports feeling better. I discussed the results of diagnostic study, my clinical impression and the plan for further treatment with the patient. Patient agrees with plan and discharge at this present time. All question addressed.

I have given the patient instruction regarding a diagnosis ,expectation ,follow-up and return precaution. I explained to the patient that if an emergent condition may arise, to return to the ED for new worsen and any new persisting condition. I have explained the importance of following up with the primary care physician or referral physician listed below has instructed. The patient verbalized understanding of discharge instruction.[DJ.1T]**ED Course**[DJ.2T]

Procedures[DJ.2M]

**MDM**
Number of Diagnoses or Management Options
Risk of Complications, Morbidity, and/or Mortality
Presenting problems:[DJ.2T] low[DJ.2M]
Diagnostic procedures:[DJ.2T] low[DJ.2M]
Management options:[DJ.2T] low[DJ.2M]

**ED Disposition**[DJ.2T]
Discharge

Final diagnoses:
Back pain

Md None Pcp, MD

Schedule an appointment as soon as possible for a visit in 2 days
Return to ED sooner if symptoms worsen

Denetra L Johnson, FNP
11/17/22 1608
[DJ.1T]

Electronically signed by Denetra L Johnson, FNP at 11/17/2022 4:08 PM
Electronically signed by Roman A Hill, MD at 11/17/2022 11:36 PM

**Attribution Key**

DJ.1 - Denetra L Johnson, FNP on 11/17/2022 4:08 PM
DJ.2 - Denetra L Johnson, FNP on 11/17/2022 3:55 PM
M - Manual, T - Template

**ED Care Timeline**

**Patient Care Timeline (11/17/2022 09:16 to 11/17/2022 16:18)**

| 11/17/2022 | Event | Details | User |
|---|---|---|---|
| 09:16 | **Patient arrived in ED** | | Karen Houstonhollins |
| 09:16:22 | **Emergency encounter created** | | Karen Houstonhollins |
| 09:16:47 | **Arrival Complaint** | back pain | |
| 09:18 | **Triage Completed** | | Nancy Tyson, RN |
| 09:18 | **Acuity/Destination** | **Emergency Severity Index**<br>Arrived requiring immediate life-saving intervention?: No<br>Arrived in high risk situation? or confused/lethargic/disoriented? or severe pain/distress?: No<br>Danger zone vitals?: No<br>How many different resources are needed?: One<br>ESI (Emergency Severity Index) Level: 4<br>**Acuity/Destination**<br>Patient Acuity: 4<br>Triage Complete: Yes | Nancy Tyson, RN |
| 09:18 | **Columbia Scale IP/ED** | **Suicidal Ideation**<br>1. Wish to Be Dead: No<br>2. Suicidal Thoughts : No<br>6. Suicide Behavior Question A: No | Nancy Tyson, RN |
| 09:18 | **Custom Formula Data** | **Suicidal Ideation**<br>Suicide Score: No Risk | Nancy Tyson, RN |
| 09:18:13 | **Trigger for Triage Start** | | Nancy Tyson, RN |
| 09:18:13 | **Triage Started** | | Nancy Tyson, RN |
| 09:18:13 | **Chief Complaints Updated** | **Back Pain** | Nancy Tyson, RN |
| 09:18:49 | **Acuity 4 Selected** | | Nancy Tyson, RN |

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 09:19 | **Vital Signs** | **Pain Assessment**<br>Pain Assessment: 0-10<br>Pain Location: Back | Nancy Tyson, RN |
| 09:19 | **Vital Signs** | **Vital Signs**<br>Temperature: 98.5 °F (36.9 °C)<br>Temp Source: Oral<br>Heart Rate: 98<br>Heart Rate Source: Monitor<br>Respiration: 17<br>SpO2: 100 %<br>BP: 140/81<br>BP Location: Right arm<br>BP Method: Automatic<br>Patient Position: Sitting<br>**Oxygen Therapy**<br>SpO2: 100 %<br>O2 Device: None (Room air)<br>**Vitals Timer**<br>Restart Vitals Timer: Yes<br>Restart Vitals Timer: Yes<br>**Height and Weight**<br>Height: 5' 11" (180.3 cm)<br>Height Method: Stated<br>Weight: 72.6 kg (160 lb)<br>Weight Method: Stated<br>BSA (Calculated - sq m): 1.9 sq meters<br>BMI (Calculated): 22.3<br>Weight in (lb) to have BMI = 25: 178.9 | Ericka Hopkins, CNA |
| 09:19 | **Vital Signs** | **Pain Assessment**<br>Pain Score: 10 (Simultaneous filing. User may not have seen previous data.) | Ericka Hopkins, CNA |
| 09:19 | **Custom Formula Data** | **Other flowsheet entries**<br>IBW/kg (Calculated) Male: 75.3 kg<br>IBW/kg (Calculated) FEMALE: 70.8 kg | Ericka Hopkins, CNA |
| 09:19:06 | **Allergies Reviewed** | | Nancy Tyson, RN |
| 09:47:53 | **Registration Completed** | | Demestric Dudley |
| 14:34:32 | **Patient roomed in ED** | To room FT34 | Kevin Story, Paramedic |
| 14:34:32 | **Patient roomed in ED** | | Kevin Story, Paramedic |
| 14:45:18 | **Assign Mid-level** | Denetra L Johnson, FNP assigned as Nurse Practitioner | Denetra L Johnson, FNP |
| 14:45:18 | **Assign Physician** | | Denetra L Johnson, FNP |
| 14:45:18 | **First Provider Evaluation of Patient** | | Denetra L Johnson, FNP |
| 14:45:18 | **First Provider Evaluation** | | Denetra L Johnson, FNP |
| 15:30:40 | **Orders Placed** | Medications - acetaminophen (TYLENOL) tablet 1,000 mg<br>Imaging - X-ray Lumbar Spine 2-3 Views | Denetra L Johnson, FNP |
| 15:30:41 | **XR Ordered** | XR LUMBAR SPINE 2-3 VIEWS | Denetra L Johnson, FNP |
| 15:30:41 | **Imaging Exam Ordered** | | Denetra L Johnson, FNP |

## 11/17/2022 - ED in SRGA EMERGENCY (continued)

**ED Care Timeline (continued)**

| | | | |
|---|---|---|---|
| 15:46:48 | **Imaging Exam Started** | X-ray Lumbar Spine 2-3 Views | Stephanie Thompson, ARRT |
| 15:47:18 | **Imaging Exam Ended** | X-ray Lumbar Spine 2-3 Views | Stephanie Thompson, ARRT |
| 15:52 | **Medication Given** | acetaminophen (TYLENOL) tablet 1,000 mg - Dose: **1,000 mg** ; Route: **Oral** ; Scheduled Time: **1545** | Kevin Story, Paramedic |
| 15:52 | **Data** | **Pain Assessment**<br>Pain Assessment: 0-10<br>Pain Score: 7 | Kevin Story, Paramedic |
| 15:52:21 | **Orders Acknowledged** | New - acetaminophen (TYLENOL) tablet 1,000 mg; X-ray Lumbar Spine 2-3 Views | Kevin Story, Paramedic |
| 15:53:35 | **Order Performed** | X-ray Lumbar Spine 2-3 Views - ID: **2022111703814** | |
| 15:55 | **PAIN ASSESSMENT TRIGGER** | | Denetra L Johnson, FNP |
| 15:56:17 | **X-ray Lumbar Spine 2-3 Views Resulted** | Collected: **11/17/2022 15:53** Last updated: **11/17/2022 16:00** Status: **Final result** | Interface, Radiology Results In |
| 16:00:29 | **Imaging Final Result** | X-ray Lumbar Spine 2-3 Views | Interface, Radiology Results In |
| 16:00:29 | **Xray Final Result** | (Final result) XR LUMBAR SPINE 2-3 VIEWS | Interface, Radiology Results In |
| 16:00:29 | **XRAY FILED** | | Interface, Radiology Results In |
| 16:04 | **Discharge Disposition Selected** | ED Disposition set to Discharge | Denetra L Johnson, FNP |
| 16:04 | **Disposition Selected** | | Denetra L Johnson, FNP |
| 16:07:44 | **Discharge Orders Placed** | Medications - cyclobenzaprine (FLEXERIL) 10 MG tablet; naproxen (NAPROSYN) 500 MG tablet | Denetra L Johnson, FNP |
| 16:07:56 | **Patient Ready to Go** | | Denetra L Johnson, FNP |
| 16:08:28 | **ED Provider Notes** | Note filed at this time | Denetra L Johnson, FNP; Cosigned by Roman A Hill, MD |
| 16:16:32 | **AVS Printed** | | Kevin Story, Paramedic |
| 16:16:32 | **AVS Printed** | Excuses<br>ED After Visit Summary | Kevin Story, Paramedic |
| 16:18 | **Patient discharged** | | Kevin Story, Paramedic |
| 16:18:15 | **Patient discharged** | | Kevin Story, Paramedic |
| 16:18:15 | **Patient Extract Generated** | | Kevin Story, Paramedic |
| 16:18:15 | **Charting Complete** | | Denetra L Johnson, FNP |

**Clinical Notes**

**11/17/2022 - ED in SRGA EMERGENCY (continued)**

**Clinical Notes (continued)**

**Discharge Instructions**

**Denetra L Johnson, FNP at 11/17/2022 1607**

| | | |
|---|---|---|
| Author: Denetra L Johnson, FNP | Service: — | Author Type: — |
| Filed: 11/17/2022 4:07 PM | Date of Service: 11/17/2022 4:07 PM | Status: Edited |
| Editor: Denetra L Johnson, FNP | | |

Resurgens Orthopaedics
6635 lake dr,Mo
Morrow,GA 770-968-1323[DJ.1M]

Electronically signed by Denetra L Johnson, FNP at 11/17/2022 4:07 PM

**Attribution Key**

DJ.1 - Denetra L Johnson, FNP on 11/17/2022 4:03 PM
M - Manual

**ED Triage Note**

**Nancy Tyson, RN at 11/17/2022 0918**

| | | |
|---|---|---|
| Author: Nancy Tyson, RN | Service: — | Author Type: Registered Nurse |
| Filed: 11/17/2022 9:18 AM | Date of Service: 11/17/2022 9:18 AM | Status: Signed |
| Editor: Nancy Tyson, RN (Registered Nurse) | | |

C/o back pain.Slipped an fell yesterday.[NT.1M]

Electronically signed by Nancy Tyson, RN at 11/17/2022 9:18 AM

**Attribution Key**

NT.1 - Nancy Tyson, RN on 11/17/2022 9:18 AM
M - Manual

**Imaging**

**Imaging**

**X-ray Lumbar Spine 2-3 Views (Final result)**

Electronically signed by: **Denetra L Johnson, FNP on 11/17/22 1530** Status: **Completed**
This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Denetra L Johnson, FNP 11/17/22 1530 | Ordering provider: Denetra L Johnson, FNP |
| Authorized by: Denetra L Johnson, FNP | Ordering mode: Standard |
| Frequency: Routine Once 11/17/22 1531 - 1 occurrence | Class: Hospital Performed |
| Quantity: 1 | Lab status: Final result |

Instance released by: Denetra L Johnson, FNP (auto-released) 11/17/2022 3:30 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Reason for Exam: | back pain |
| Portable? | No |

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| # of repeat films | | |
| Reason for repeat films? | | |

## 11/17/2022 - ED in SRGA EMERGENCY (continued)

**Imaging (continued)**

Did you shield the patient
How was the patient shielded during exam?

**X-ray Lumbar Spine 2-3 Views** Resulted: 11/17/22 1556, Result status: Final result

Ordering provider: Denetra L Johnson, FNP 11/17/22 1530
Order status: Completed
Resulted by: Stuart L Siegal, MD
Filed by: Interface, Radiology Results In 11/17/22 1600
Performed: 11/17/22 1535 - 11/17/22 1547
Accession number: 2022111703814
Resulting lab: PHS IMAGING
Narrative:
LUMBAR SPINE 3 VIEWS

INDICATION:
back pain

COMPARISON:
None.

FINDINGS:
There is no fracture, subluxation, or other acute radiographic abnormality of the lumbar spine.

Signer Name: Stuart Siegal MD
Signed: 11/17/2022 3:56 PM EST
Workstation Name: VIAPACS-HW05

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **19 - PHSIMG** | PHS IMAGING | Unknown | Unknown | 10/14/14 1419 - Present |

**X-ray Lumbar Spine 2-3 Views** Resulted: 11/17/22 1547, Result status: In process

Ordering provider: Denetra L Johnson, FNP 11/17/22 1530
Order status: Completed
Resulted by: Stuart L Siegal, MD
Filed by: Stephanie Thompson, ARRT 11/17/22 1547
Performed: 11/17/22 1535 - 11/17/22 1547
Accession number: 2022111703814
Resulting lab: PHS IMAGING

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **19 - PHSIMG** | PHS IMAGING | Unknown | Unknown | 10/14/14 1419 - Present |

**Signed**

Electronically signed by Stuart L Siegal, MD on 11/17/22 at 1556 EST

Procedure Log Report

**Supplies**

| Name | ID | Temporary | Type | Charge Code Description | Charge Code | Quantity |
|---|---|---|---|---|---|---|
| No information to display | | | | | | |

**Medications**

None

**Imaging (continued)**

## Medication Administrations

### acetaminophen (TYLENOL) tablet 1,000 mg [317902417]

Ordering Provider: Denetra L Johnson, FNP
Ordered On: 11/17/22 1530
Ordered Dose (Remaining/Total): 1,000 mg (0/1)
Frequency: Once
Admin Instructions: DAILY DOSE NOT TO EXCEED 3250 MG/24 HR

Status: Completed (Past End Date/Time)
Starts/Ends: 11/17/22 1545 - 11/17/22 1552
Route: Oral
Ordered Rate/Order Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 11/17/22 1552<br>Documented: 11/17/22 1552 | Given | 1,000 mg | Oral | Performed by: Kevin Story, Paramedic |

## Other Orders

### Medications

**acetaminophen (TYLENOL) tablet 1,000 mg (Completed)**

Electronically signed by: **Denetra L Johnson, FNP on 11/17/22 1530** Status: **Completed**
Ordering user: Denetra L Johnson, FNP 11/17/22 1530
Ordering provider: Denetra L Johnson, FNP
Authorized by: Denetra L Johnson, FNP
Ordering mode: Standard
Frequency: STAT Once 11/17/22 1545 - 1 occurrence
Class: Normal
Acknowledged: Kevin Story, Paramedic 11/17/22 1552 for Placing Order
Admin instructions: DAILY DOSE NOT TO EXCEED 3250 MG/24 HR
Package: 0536-1172-10

**cyclobenzaprine (FLEXERIL) 10 MG tablet (Expired)**

Electronically signed by: **Denetra L Johnson, FNP on 11/17/22 1607** Status: **Expired**
Ordering user: Denetra L Johnson, FNP 11/17/22 1607
Ordering provider: Denetra L Johnson, FNP
Authorized by: Denetra L Johnson, FNP
Ordering mode: Standard
PRN reasons: muscle spasms
Frequency: Routine TID PRN 11/17/22 - 7 days
Class: Print

**naproxen (NAPROSYN) 500 MG tablet (Expired)**

Electronically signed by: **Denetra L Johnson, FNP on 11/17/22 1607** Status: **Expired**
Ordering user: Denetra L Johnson, FNP 11/17/22 1607
Ordering provider: Denetra L Johnson, FNP
Authorized by: Denetra L Johnson, FNP
Ordering mode: Standard
Frequency: Routine BID with meals 11/17/22 - 10 days
Class: Print

## Flowsheets

### Acuity/Destination

| Row Name | 11/17/22 0918 |
|---|---|
| Emergency Severity Index | |
| Arrived requiring immediate life-saving intervention? | No -NT at 11/17/22 0918 |
| Arrived in high risk situation? or confused/lethargic/disoriented? or severe | No -NT at 11/17/22 0918 |

**Flowsheets (continued)**

| | |
|---|---|
| pain/distress? | |
| Danger zone vitals? | No -NT at 11/17/22 0918 |
| How many different resources are needed? | One -NT at 11/17/22 0918 |
| ESI (Emergency Severity Index) Level | 4 -NT at 11/17/22 0918 |
| **Acuity/Destination** | |
| Patient Acuity | Less Urgent -NT at 11/17/22 0918 |
| Triage Complete | Yes -NT at 11/17/22 0918 |

**Columbia Scale IP/ED**

| Row Name | 11/17/22 0918 |
|---|---|
| **Suicidal Ideation** | |
| 1. Wish to Be Dead | No -NT at 11/17/22 0919 |
| 2. Suicidal Thoughts | No -NT at 11/17/22 0919 |
| 6. Suicide Behavior Question A | No -NT at 11/17/22 0919 |

**Custom Formula Data**

| Row Name | 11/17/22 0918 | 11/17/22 0919 |
|---|---|---|
| **Suicidal Ideation** | | |
| Suicide Score | No Risk -NT at 11/17/22 0919 | — |
| **OTHER** | | |
| IBW/kg (Calculated) Male | — | 75.3 kg -EH at 11/17/22 0920 |
| IBW/kg (Calculated) FEMALE | — | 70.8 kg -EH at 11/17/22 0920 |

**Data**

| Row Name | 11/17/22 1552 |
|---|---|
| **Pain Assessment** | |
| Pain Assessment | 0-10 -KS at 11/17/22 1552 |
| Pain Score | 7 -KS at 11/17/22 1552 |

**Vital Signs**

| Row Name | 11/17/22 0919 |
|---|---|
| **Pain Assessment** | |
| Pain Assessment | 0-10 -NT at 11/17/22 0919 |
| Pain Score | 10 Simultaneous filing. User may not have seen previous data. [1] - EH at 11/17/22 0920 |

**Flowsheets (continued)**

| | |
|---|---|
| Pain Location | Back -NT at 11/17/22 0919 |

### Vital Signs

| Row Name | 11/17/22 0919 |
|---|---|
| **Vital Signs** | |
| Temp | 98.5 °F (36.9 °C) -EH at 11/17/22 0920 |
| Temp src | Oral -EH at 11/17/22 0920 |
| Pulse | 98 -EH at 11/17/22 0920 |
| Heart Rate Source | Monitor -EH at 11/17/22 0920 |
| Resp | 17 -EH at 11/17/22 0920 |
| SpO2 | 100 % -EH at 11/17/22 0920 |
| BP | 140/81 -EH at 11/17/22 0920 |
| BP Location | Right arm -EH at 11/17/22 0920 |
| BP Method | Automatic -EH at 11/17/22 0920 |
| Patient Position | Sitting -EH at 11/17/22 0920 |
| **Oxygen Therapy** | |
| O2 Device | None (Room air) -EH at 11/17/22 0920 |
| **Vitals Timer** | |
| Restart Vitals Timer | Yes -EH at 11/17/22 0920 |
| Restart Vitals Timer | Yes -EH at 11/17/22 0920 |
| **Height and Weight** | |
| Height | 5' 11" (1.803 m) -EH at 11/17/22 0920 |
| Height Method | Stated -EH at 11/17/22 0920 |
| Weight | 72.6 kg (160 lb) -EH at 11/17/22 0920 |
| Weight Method | Stated -EH at 11/17/22 0920 |
| BSA (Calculated - sq m) | 1.9 sq meters -EH at 11/17/22 0920 |
| BMI (Calculated) | 22.3 -EH at 11/17/22 0920 |
| Weight in (lb) to have BMI = 25 | 178.9 -EH at 11/17/22 0920 |

### Audit Information

| Ref # | Row Name | Time Taken | Time Recorded | Value | User |
|---|---|---|---|---|---|
| 1 | Pain Score | 11/17/22 0919 | 11/17/22 0920 | 10 Simultaneous filing. User may not have seen previous data. | EH |
| 1 | Pain Score | 11/17/22 0919 | 11/17/22 0919 | 10 | NT |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| KS | Kevin Story, Paramedic | 09/01/22 - | Technician | ED TECH |
| NT | Nancy Tyson, RN | 08/18/22 - | Registered Nurse | Nurse |
| EH | Ericka Hopkins, CNA | 09/27/22 - | Certified Nurse Assistant | Patient Care |

**Flowsheets (continued)**

**Letters**

**Letter by Denetra L Johnson, FNP on 11/17/2022**

Status: Sent
Letter body:

Deonta Willis was seen and treated in our emergency department on 11/17/2022.
He may return to work on 11/19/2022.

If you have any questions or concerns, please don't hesitate to call.

Denetra L Johnson, FNP

Southern Regional Medical Center

## CONDITIONS OF ADMISSION AND FINANCIAL RESPONSIBILITY

1. **LEGAL RELATIONSHIP BETWEEN HOSPITAL AND PHYSICIANS:** I understand and acknowledge that none of the physicians and surgeons furnishing services to the patients, including the radiologist, pathologist, emergency physician, anesthesiologist, and the like, are employees, representatives, or agents of the hospital. They are independent contractors who have been granted the privilege of using the hospital for the care and treatment of their patients. Independent contractors are responsible for their own actions and the hospital shall not be liable for the acts or omissions of any such independent contractors.
Patient initials: ____
I recognize that all patients are under the care and supervision of their attending physicians and it is the responsibility of the hospital and its nursing staff to carry out the instructions of such physician. My physician or surgeon is responsible for obtaining the patient's informed consent, when required, to medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to the patient under the general and special instructions of the attending physician.
2. **RELEASE OF INFORMATION:** I understand that the hospital will obtain my consent and authorization to release medical information, other than basic information, concerning the patient, except in those circumstances when the hospital is permitted or required by law to release information I hereby consent to the release of medical information to entities that provide care in post-acute setting. In accordance with the Safe Medical Device Act of 1990, I agree that in the event a permanent medical device is implanted the hospital is hereby authorized to notify the manufacturer of the patient's name, address, telephone number, and social security number (if available) as well as other information about the implantation.
I authorize a copy of my record to be sent to my family physician or physician of referral at time of discharge.
Physician Name/Address
____
I authorize release of information regarding the birth of my child, as applicable.
____ Yes ____ No ____ N/A ____ Patient Initials
The hospital is authorized, without further action by or on behalf of the patient to disclose all or any part of the patient's record to any entity which is or may be liable to the hospital, patient or any entity affiliated with patient for all or part of the hospital's or hospital-based physicians' charges for the patient's services (including, without limitation, hospital or medical service companies, insurance companies, workers' compensation carriers, welfare funds, patient's employer, or medical utilization review organization designed by the forgoing).
3. **ORGAN DONATION:** I understand that I may voluntarily participate in organ and tissue donations, and if I would like more information about organ donation, it can be made available to me. I have signed an organ donor card.
____ Yes ____ No ____ Unknown/Not Applicable
4. **ACCIDENTAL EXPOSURE:** I understand that pursuant to 29 C.F.R. 1910.1030, in the event that a healthcare worker involved in my care is exposed to my blood or body fluid (through needlestick or mucous membrane contact), I may need to be tested for Hepatitis B Virus, Hepatitis C Virus, and Human Immunodeficiency Virus (HIV), which causes Acquired Immune Deficiency Syndrome (AIDS). I understand that the hospital will keep the results of these blood tests confidential and will only release them to those health care practitioners directly responsible for my care and treatment and to others as required by law. The tests will be completed at no cost to me and I can follow up with my primary care provider for these results. Testing for HIV antibody after a healthcare worker is exposed to a patient's blood or body fluids does not infer or imply that the source patient may be a carrier, or have been previously exposed to, or is in a high-risk group for exposure to HIV. I understand that if I have further questions regarding HIV testing, I can request more information at any time during my care and it will be provided.
I hereby authorize the hospital to test me (or a blood sample of mine that was drawn for another purpose) in the event that a healthcare worker involved in my care is exposed to my blood or body fluid (through needlestick or mucous membrane contact). ____ Yes ____ No
5. **CONSENT TO MEDICAL AND SURGICAL PROCEDURES:** I consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including but not limited to, emergency treatment or services, laboratory procedures, x-ray examinations, medical or surgical treatment or procedures, telehealth services, anesthesia, or hospital services rendered to the patient under the general and special instructions of the patient's physician or surgeon. I understand that the practice of medicine and surgery is not an exact science and that diagnosis and treatment may involve risks of injury or even death. I acknowledge that no guarantees have been made to me regarding the result of examination or treatment in this hospital. I understand that pursuant to O.C.G.A § 31-9-6.1 (e)(4), any consent of surgical or diagnostic

3 COA

**CONDITIONS OF ADMISSION**
PHSI-070-011 SRGA (05/21) Page 1 of 4

PATIENT ID
GA SOUTHERN REGIONAL MEDICAL
Willis, Deonta Ramon
Att Dr: No att. providers found
[redacted] M 37 y.o. 112975496
7700080328974 Emergency 11/17/22

21. FINANCIAL RESPONSIBILITY AGREEMENT BY PERSON OTHER THAN THE PATIENT OR THE PATIENT'S LEGAL REPRESENTATIVE: I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement Paragraph and Assignment of Health Plan Benefits Paragraphs set forth above.
22. PATIENT RIGHTS. I have been provided the hospital's policies regarding patient rights.
23. MUTUAL AGREEMENT TO ARBITRATE. I understand and agree that any dispute as to medical malpractice, as to whether any medical services rendered under this Contract were unnecessary or unauthorized or were improperly, negligently or incompetently rendered, will be determined by submission to arbitration as approved by Georgia law, and not by a lawsuit or resort to court process except as Georgia law provides for judicial review of arbitration proceedings. Both parties to this Contract by entering into it, are giving up their constitutional right to have any such dispute decided in a court of law before a jury, and instead are accepting the use of arbitration. Such arbitration shall be in accordance with the current ospital Arbitration Regulations of the Georgia Hospital Association-Georgia Medical Association (copies available at Hospital's Admissions Office). This Mutual Arbitration Agreement shall apply to any legal claim or civil action in connection with this hospitalization or outpatient service against the hospital or its employees and any doctor of medicine agreeing in writing to be bound by this provision. The execution of the Mutual Arbitration Agreement shall not be a precondition to the furnishing of services by the hospital, and this Mutual Arbitration Agreement may be rescinded by written notice from the patient or patient's representative to the hospital within 30 days of signature. The Mutual Arbitration Agreement shall bind the parties hereto and their heirs, representatives, executors, administrators, successors and assignees.

I hereby agree to have any issue of medical malpractice decided by neutral arbitration and to give up my right to a jury or court trial.

Yes ___ No ___ Patient Initials ___

11-17-22
Date/Time

Financially Responsible Party

Witness

The undersigned certifies that he/she has read the foregoing, received a copy thereof, and is the patient, the patient's legal representative, or is duly authorized by the patient as the patient's general agent to execute the above and accept its terms.

I have read and understand the terms and conditions of service, which become effective at the time service is rendered. I understand a copy will be provided upon request.

Patient / Parent / Conservator /Guardian

Policy Holder or Financially Responsible Party

WITNESS

RELATIONSHIP TO PATIENT

SIGNATURE OF TRANSLATOR

DATE OF SIGNING

TIME OF SIGNING

Patient unable to sign: ___
(Reason)

Translator: I have accurately and completely read the forgoing document to

(name of the patient/person legally authorized to give consent)

in ___
(the patient's or patient's representative's primary language.)

He/she understood all the terms and conditions and acknowledges his/her agreement thereto by signing this document in my presence.

2 COA

GA SOUTHERN REGIONAL MEDICAL
Willis, Deonta Ramon
Att Dr. No att. providers found
[redacted] M 37 y.o. 112975496
7700080328974 Emergency 11/17/22

CONDITIONS OF ADMISSION
PHSI-070-011 SRGA (05/21) Page 4 of 4

**11/17/2022 - ED in SRGA EMERGENCY (continued)**

**Documents (continued)**

**After Visit Summary - Document on 11/17/2022 4:16 PM: Excuses**

Document (below)

Excuses

November 17, 2022

| | | | |
|---|---|---|---|
| **Patient:** | Deonta Ramon Willis | **Department Information:** | GA SOUTHERN REGIONAL MEDICAL CENTER SRGA EMERGENCY RIVERDALE GA 30274 770-991-3000 |
| **Date of Birth:** | [redacted] | | |
| **Date of Visit:** | 11/17/2022 | | |

To Whom It May Concern:

Deonta Willis was seen and treated in our emergency department on 11/17/2022.
He may return to work on 11/19/2022.

If you have any questions or concerns, please don't hesitate to call.

Denetra L Johnson, FNP

**11/17/2022 - ED in SRGA EMERGENCY (continued)**

**Documents (continued)**

**After Visit Summary - Document on 11/17/2022 4:16 PM: ED After Visit Summary**

Document (below)

AFTER VISIT SUMMARY

**Deonta R. Willis** MRN: 112975496

Southern Regional Medical Center

11/17/2022 SRGA EMERGENCY 770-991-8000

Instructions

Resurgens Orthopaedics
6635 lake dr,Mo
Morrow,GA 770-968-1323

Your medications have changed

START taking
**cyclobenzaprine** (FLEXERIL)
**naproxen** (NAPROSYN)

Review your updated medication list below.

Read the attached information
Acute Back Pain Adult (English)

Ask your doctor where to pick up these medications
- cyclobenzaprine 10 MG tablet
- naproxen 500 MG tablet

Schedule an appointment with No PCP, MD as soon as possible for a visit in 2 days (around 11/19/2022)
Why: Return to ED sooner if symptoms worsen

Today's Visit

Providers who cared for you today
Denetra L Johnson, FNP

Reason for Visit
Back Pain

Diagnosis
Back pain

Imaging Tests
X-ray Lumbar Spine 2-3 Views

Medications Given
acetaminophen (TYLENOL) Last given at 3:52 PM

Blood Pressure
140/81

Temperature (Oral)
98.5 °F

Pulse
98

Respiration
17

Oxygen Saturation
100%

What's Next

You currently have no upcoming appointments scheduled.

Thank you for coming to SRGA EMERGENCY for your care today. Please ask your nurse or provider if you have questions about your care today and do not leave until all your questions have been answered. Please use any medications given as directed. If you were not otherwise directed, follow-up with your doctor (or the doctor you were referred to) in the next 2-3 days. If are not able to obtain a primary care doctor you may follow up at a county hospital. You may also use ibuprofen and acetaminophen as needed for fever and/or pain unless instructed otherwise by your provider or nurse. Indications for more urgent follow-up have been discussed, but you may return to the Emergency Department at ANY time for any worrisome or worsening symptoms.

MyChart by Prime Healthcare Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://mychart.primehealthcare.com/MyChart/, click "Sign Up Now", and enter your personal activation code: T3VN7-GS6HW-5TK6S. Activation code expires 12/1/2022.

Deonta R. Willis (MRN: 112975496) • Printed at 11/17/2022 4:16 PM

Page 1 of 6 Epic

(continued)

If you have abdominal pain, please know that no test or exam you received is perfect and you should follow up within 8 hours for continued pain.

If you had any imaging studies today, such as an X-Ray or CT Scan, these studies will be reviewed later by a radiologist. You will be called if there are important findings that were not identified today, so make sure the contact information you provided at registration is correct.

If you received or were prescribed any narcotic or sedating medicine today, such as hydrocodone, morphine or hydromorphone, your coordination and judgment may be affected for a number of hours after their use. Please do not drive or operate heavy machinery, and you may want someone to assist you at home. Also please be aware that all narcotic or sedative medications are very addictive. Please use them sparingly and only if necessary.

## Medications

Based on the information you provided to us as well as any changes during this visit, the following is your updated medication list. Compare this with your prescription bottles at home. If you have any questions or concerns, contact your primary care physician's office.

If you have any questions about this medication list, please talk to your doctor at your next appointment. You may use this form to make notes about any medications that you have stopped or started taking, including over the counter medications. Bring the form with you to the appointment as a reminder to discuss with your doctor.

### Micro/Lab/Proc Results

**** No results found for the last 96 hours. ****

### National Suicide Hotline Information

If you're thinking about suicide, or worried about a friend or loved one, or would like emotional support, the Lifeline network is available 24/7 across the United States.

**National Suicide & Crisis Prevention Lifeline:**

- Call or Text **988**

OR Visit:

- 988lifeline.org

Your Medication List

| | | |
|---|---|---|
| START | **cyclobenzaprine 10 MG tablet**<br>[illegible] FLEXERIL | Take 1 tablet (10 mg total) by mouth 3 (three) times a day as needed for muscle spasms for up to 7 days |
| START | **naproxen 500 MG tablet**<br>[illegible] NAPROSYN | Take 1 tablet (500 mg total) by mouth in the morning and 1 tablet (500 mg total) in the evening. Take with meals. Do all this for 10 days. |

**Documents (continued)**

Attached Information — Acute Back Pain, Adult (English)

## Acute Back Pain, Adult

Acute back pain is sudden and usually short-lived. It is often caused by an injury to the muscles and tissues in the back. The injury may result from:

- A muscle or ligament getting overstretched or torn (*strained*). Ligaments are tissues that connect bones to each other. Lifting something improperly can cause a back strain.
- Wear and tear (*degeneration*) of the spinal disks. Spinal disks are circular tissue that provides cushioning between the bones of the spine (*vertebrae*).
- Twisting motions, such as while playing sports or doing yard work.
- A hit to the back.
- Arthritis.

You may have a physical exam, lab tests, and imaging tests to find the cause of your pain. Acute back pain usually goes away with rest and home care.

### Follow these instructions at home:

**Managing pain, stiffness, and swelling**

- Take over-the-counter and prescription medicines only as told by your health care provider.
- Your health care provider may recommend applying ice during the first 24–48 hours after your pain starts. To do this:
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for 20 minutes, 2–3 times a day.
- If directed, apply heat to the affected area as often as told by your health care provider. Use the heat source that your health care provider recommends, such as a moist heat pack or a heating pad.
  - Place a towel between your skin and the heat source.
  - Leave the heat on for 20–30 minutes.
  - Remove the heat if your skin turns bright red. This is especially important if you are unable to feel pain, heat, or cold. You have a greater risk of getting burned.

**Activity**



- **Do not** stay in bed. Staying in bed for more than 1–2 days can delay your recovery.

- Sit up and stand up straight. Avoid leaning forward when you sit, or hunching over when you stand.
  - If you work at a desk, sit close to it so you do not need to lean over. Keep your ch n tucked in. Keep your neck drawn back, and keep your elbows bent at a right angle. Your arms should look like the letter "L."
  - Sit high and close to the steering wheel when you drive. Add lower back (*lumbar*) support to your car seat, if needed.
- Take short walks on even surfaces as soon as you are able. Try to increase the length of time you walk each day.
- **Do not** sit, drive, or stand in one place for more than 30 minutes at a time. Sitting or standing for long periods of time can put stress on your back.
- **Do not** drive or use heavy machinery while taking prescription pain medicine.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back:
  - Bend your knees.
  - Keep the load close to your body.
  - Avoid twisting.
- Exercise regularly as told by your health care provider. Exercising helps your back heal faster and helps prevent back injuries by keeping muscles strong and flexible.
- Work with a physical therapist to make a safe exercise program as recommended by your health care provider. Do any exercises as told by your physical therapist.

**Lifestyle**

- Maintain a healthy weight. Extra weight puts stress on your back and makes it difficult to have good posture.
- Avoid activities or situations that make you feel anxious or stressed. Stress and anxiety increase muscle tension and can make back pain worse. Learn ways to manage anxiety and stress, such as through exercise.

**General instructions**

- Sleep on a firm mattress in a comfortable position. Try lying on your side with your knees slightly bent. If you lie on your back, put a pillow under your knees.
- Follow your treatment plan as told by your health care provider. This may include:
  - Cognitive or behavioral therapy.
  - Acupuncture or massage therapy.
  - Meditation or yoga.

## Contact a health care provider if:

- You have pain that is not relieved with rest or medicine.
- You have increasing pain going down into your legs or buttocks.
- Your pain does not improve after 2 weeks.
- You have pain at night.
- You lose weight without trying.
- You have a fever or chills.

## Get help right away if:

- You develop new bowel or bladder control problems.
- You have unusual weakness or numbness in your arms or legs.
- You develop nausea or vomiting.
- You develop abdominal pain.
- You feel faint.

## Summary

- Acute back pain is sudden and usually short-lived.
- Use proper lifting techniques. When you bend and lift, use positions that put less stress on your back.
- Take over-the-counter and prescription medicines and apply heat or ice as directed by your health care provider.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 07/25/2019 Document Reviewed: 08/01/2018
Elsevier Interactive Patient Education © 2019 Elsevier Inc.

Signature

Patient: ______________________

Guardian: ______________________

Other: ______________________

InMedical

Notes & Accounting for:

# South Atlanta Spine and Joint Center

## Dr. Edward Hunt, DC

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 11/28/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 11/28/2022 15:18
**Type of Service:** Office or Other Outpatient Services (New Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
Amended by Edward Hunt on 11/29/2022 15:08
[08] Slip and Fall.

VISIT NO.:
Initial Visit

COVID-19 SCREENING:
The patient has received single shot two of two of the COVID vaccination.

HISTORY OF PRESENT ILLNESS:
**[08] Slip and Fall:**
Deonta is a/an 37 year(s) old male that presents with Patients also states the he gets dizzy spells each day. each spell lasts about half the day. and lowback pain.
Deonta reports the problem occurred as a result of from a fall, Patient was walking in Walmart with his wife and there was laundry soap spilled on the floor. He didn't see that it was there and he slipped on the spilled soap and landed on his tail bone., His symptoms resulted from an incident on 11/16/2022 and his symptoms began 2 weeks ago. The condition is aggravated by Laughing and picking up his new born son aggravates his low back., walking, lying down, standing and sitting. The condition is relieved by nothing makes it feel better..
Prior to this incident, he denies ever having had any similar physical complaints.
The patient is attempting self-care remedies to help alleviate his condition with with the application of Biofreeze. He has had x-rays taken of the following problem area(s) on lowback. He has missed 2 week(s) from work. The patient was taken by car to Southern Regional Medical Center in Riverdale, Georgia emergency room following the collision
Deonta explains he has concurrent health conditions consisting of none.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**
Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

REVIEW OF SYSTEMS:
**General:**
Patient admits sleep disturbance and change in routine.

**Head:**
Patient admits dizziness, head trauma and concussion.
**Muscle/Bone:**
Patient admits joint pain, stiffness, muscle aches and bone pain.

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

OUTCOME MEASURES:
Low Back Disablity Index:
Total Score is: 80%

Pain intensity: The pain comes and goes and is severe. (4 Pt).
Personal Care: Because of the pain, I am unable to do some washing and dressing without help. (4 Pt).
Lifting: Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned-eg, on a table. (3 P).
**Walking:**
Pain prevents me from walking more than ½ mile. (2 Pt).
**Sitting:**
Pain prevents me sitting more than 10 minutes. (4 Pt).
**Standing:**
I cannot stand for longer than 10 minutes without increasing pain. (4 Pt).
**Sleeping:**
Pain prevents me from sleeping at all. (5 Pt).
Social Life: I have hardly any social life because of the pain. (5 Pt).
Traveling: Pain prevents all forms of travel except that done lying down. (5 Pt).
Deonta states his changing degree of pain as " My pain is gradually worsening. "

SUBJECTIVE COMPLAINT:
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as aching, sharp and numbness. The condition is aggravated by walking, lying down and standing.
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 80 % of the time. Deonta describes his symptoms as sharp, throbbing and numbness. The condition is aggravated by walking, lying down and standing.

ACTIVITY DAILY LIMITATIONS:
**Sitting:**
within 15 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Driving:**
within 30 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Standing:**
within 15 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Sleeping:**
The patient's pain and functional activity has worsened since the last visit. Patient is unable to sleep at night at all.
**Walking:**
within 15 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Kneeling:**
At the previous visit Deonta was capable of 5 minutes of this activity.
The patient's pain and functional activity has worsened since the last visit.

EXAMINATION:
**Postural Evaluation:**
P-A Postural Analysis is within normal limits. Lateral Postural Analysis was within normal limits. ANTALGIA: left right .
MOVEMENT: General body motions are within normal limits., Head movement is within normal limits., Neck movement is within normal limits., mid-back movement is guarded, lower back movement is guarded, Left shoulder motions are within normal limits., Right shoulder motions are within normal limits., Left elbow motions are within normal limits., Right elbow motions are within normal limits., Left wrist motions are within normal limits., Right wrist motions are within normal limits., Left hand motion is within normal limits., Right hand motion is within normal limits., Left hip movement is within normal limits., Right hip movement is within normal limits., Left knee motion is within normal limits., Right knee motion is within normal limits., Left ankle motion is within normal limits., Right ankle motion is within normal limits., Left foot motion is within normal limits. and Right foot motion is within normal limits.. Ambulation is within normal limits.

**Observation:**
Bruising is located in the .
Body type appeared to be thin he is awake and alert, seems to understand and respond appropriately and reasonably. He was normally dressed with clean and well groomed clothes, hair, nails, skin and teeth. His facial expressions appear to be appropriate both at rest and with interaction. His facial expressions, body movement, voice appears to be normal. He appears to be open, approachable and appears to converse normally. His quantity, rate, volume and fluency of speech appears to be normal. His mood appears to be normal. His logic, relevance, organization and coherence appears to be within normal limits. He was aware of time, place, person, and was able to keep attention.

**Neurological Exam:**
LOWER EXTREMITY DEEP TENDON REFLEXES:
Left Patellar Reflex: 0/4
Right Patellar Reflex: 1/4
Left Achilles Reflex: 0/4 (absent: no visible or palpable muscle contraction with reinforcement)
Right Achilles Reflex: 0/4 (absent: no visible or palpable muscle contraction with reinforcement)
Mensuration was within normal limits.

**Thoracic Orthopedic:**
THORACIC SPINE ACTIVE RANGE OF MOTION Palpation findings:
Moderate pain and tenderness noted left lower trapezius, right lower trapezius, left latissimus dorsi and right latissimus dorsi. with edema noted

**Lumbar Orthopedic:**
LUMBAR SPINE ACTIVE RANGE OF MOTION
FLEXION: 40/40-60.
EXTENSION: 5/20-35.
LEFT LATERAL BENDING: full range of motion with pain bilaterally in the lumbosacral region.
RIGHT LATERAL BENDING: 15 degrees with pain on the left in the lumbosacral region.
LEFT ROTATION: 10 degrees with pain on the left in the lumbar spine lumbosacral region.
RIGHT ROTATION: 10 degrees with pain on the right in the lumbar spine lumbosacral region. Palpation findings:
Moderate pain and tenderness noted left paraspinal, right paraspinal, left quadratus lumborum, right quadratus lumborum, left gluteus medius, right gluteus medius, left gluteus maximus, right gluteus maximus, left piriformis, right piriformis, left iliotibial band and right iliotibial band.

Bechterew`s Test is within normal limits.

POSITIVE STRAIGHT LEG RAISE TEST:
While laying supine ( FACE UP) the examiner flexes or elevates one leg at a time, pain with raising may lead to a diagnosis of a lumbar herniated disc. It may help to determine whether a patient with low back and/or hip pain has an underlying herniated disk, often located at L5. When performed today, it demonstrated positive with his left leg elevated to 60/90, producing pain in the low back region on the left side and positive with his right leg elevated to 50/90, producing pain in the low back region.

POSITIVE BRAGGARD`S SIGN:
is used to evaluate for lumbar disc herniation. Perform a straight leg raise and then lower the leg below the point of pain and passively dorsiflex the ankle. The test is positive if this reproduces the patient's pain. When performed today, it demonstrated positive with his left leg elevated to producing pain in the low back region on the left side.

POSITIVE LEG LOWERING:
While supine, the patient lowers straight legs from a 90-degree angle to a 45-degree angle. This test is positive if the legs drop or pain is produced. When this was performed today, it demonstrated positive bilaterally.

POSITIVE LEWIN-GAENSLEN TEST:
The patient is placed in the lateral recumbent position with the underneath lower limb flexed acutely at the hip and knee. The examiner stabilizes the uppermost hip with one hand. With the other hand, the uppermost leg is grasped near the knee and the thigh is extended on the hip. Initiated or aggravated pain suggests a sacroiliac lesion. When performed today, it demonstrated left and right.

POSITIVE PIRIFORMIS TIGHTNESS TEST:
The flexed knee is adducted to the opposite side , pain indicates piriformis pain that can entrap the sciatic nerve creating inflammation of the nerve and sciatica. When performed today, it demonstrated positive on the right and positive bilaterally.

POSITIVE SACROILIAC DISTRACTION TEST:
The patient is in the side--lying position Examiner is positioned behind the athlete with both hands over the lateral aspect of the pelvis Examiner applies downward pressure through the anterior portion of the ilium, spreading the SI joints Positive Test Pein through the SI joint Positive Test Implications SI pathology. When performed today, it demonstrated positive on the left and positive on the right.

POSITIVE ELY`S TEST:
While the patient is prone, the examiner flexes each leg separately, touching the heel to the buttocks. This test is positive if the patient is unable to complete flexion or if the hip raises off the table on the side being tested. When performed today, it demonstrated bilateral.

POSITIVE NACHLAS TEST:

While the patient is prone, the examiner flexes the knee on the side of the involvement. This test is positive if pain radiates to either the lumbosacral or sacroiliac and/or hip area. When performed today, it demonstrated positive bilaterally.

POSITIVE YEOMAN'S TEST:
The patient is placed prone. With one hand, firm pressure is applied by the examiner over the suspected sacroiliac joint, fixing the patient's anterior pelvis to the table. With the other hand, the patient's leg is flexed on the affected side to the limit, and the thigh is hyperextended by the examiner lifting the knee off the examining table. If pain is increased in the sacroiliac and/or hip area, it is significant of an anterior sacroiliac or hip lesion because of the stress on the anterior sacroiliac ligaments. When performed today, it demonstrated bilateral.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**
Amended by Edward Hunt on 11/29/2022 15:08
T8
Spinous process pressure produced exquisite point tenderness.
T9
Spinous process pressure produced exquisite point tenderness.
T10
Spinous process pressure produced exquisite point tenderness.
T11
Spinous process pressure produced exquisite point tenderness.
T12
Spinous process pressure produced exquisite point tenderness.
L1
Spinous process pressure produced exquisite point tenderness.
L2
Spinous process pressure produced exquisite point tenderness.
L3
Spinous process pressure produced exquisite point tenderness.
L4
Spinous process pressure produced exquisite point tenderness.
L5
Spinous process pressure produced exquisite point tenderness.
**Palpatory Findings:**
Amended by Edward Hunt on 11/29/2022 15:08
Left Lumbar Paraspinal .

Right Lumbar Paraspinal

Left Quadratus Lumborum has hypertonicity noted of a moderate degree.

Right Quadratus Lumborum has hypertonicity noted of a moderate degree.

ASSESSMENT:
PROBLEM/DX:
Amended by Edward Hunt on 11/29/2022 15:08
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA)
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA)
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35)
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37)
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05)
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03)
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06)
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Worse

DIAGNOSTIC ORDERS:
Order on : 11/28/2022
72070 XRAY - Thoracic A-P, Lat 2 Views, 72110 XRAY - Lumbo-Sac w/Obl 5 VIEWS, 72114 XRAY - Lumbo Sac , W/LLF, LLE BENDING,

RADIOGRAPHIC EVALUATION:
**REASON FOR STUDY:**
Amended by Edward Hunt on 11/29/2022 15:08
GENERAL INDICATIONS FOR RADIOGRAPHS
The clinical justification for obtaining radiographs is based on an analysis of the risk-to-benefit ratio for this patient as an individual.
References:
1. ACR–SPR–SSR PRACTICE GUIDELINE FOR THE PERFORMANCE OF RADIOGRAPHY OF THE EXTREMITIES Revised 2013

(Resolution 28)
2. ACR–ASSR–SPR–SSR PRACTICE GUIDELINE FOR THE PERFORMANCE OF SPINE RADIOGRAPHY Revised 2012 (Resolution 2)
3. Rapid Magnetic Resonance Imaging vs Radiographs for Patients With Low Back Pain: A Randomized Controlled Trial Jeffrey G. Jarvik; William Hollingworth; Brook Martin; et al. 2003;289(21):2810-2818 (doi:10.1001/jama.289.21.2810) JAMA

The following indications outweighed the potential risks from radiation or false positives/negatives:
BASED ON PAIN:
Deonta has a progressive painful structural deformity.
BASED ON HISTORY:
Deonta has a history of significant trauma.
BASED ON CLINICAL FACTS:
Deonta has a visible or palpable structural or functional abnormality.

**VIEWS ORDERED:**
Amended by Edward Hunt on 11/29/2022 15:08
Views Taken: 4 View Cervical APOM, APLC, LCN, Lateral Cervical Flexion and Lateral Cervical Extension Views, A-P and Lateral Thoracic views, A-P and Lateral Lumbar Views and Lateral Flexion/Ext views and L5-S1 spot.

**THORACIC SPINE:**
Amended by Edward Hunt on 11/29/2022 15:08
Noted curvature between T5-L1
Thoracic Spine General Findings:
Thoracic Spine Curve Convexity
Lateral spinal curvature convexity is noted to the left mild.
T3 Level: segment listing of spinous left.
T4 Level: segment listing of spinous left.
T8 Level: segment listing of spinous left.

**LUMBAR SPINE:**
Amended by Edward Hunt on 11/29/2022 15:08
Right side curvature
Pelvic tilt right (right side low by 4mm)
L3 Level: segment listing of spinous right.
L4 Level: segment listing of spinous right.
L5 Level: segment listing of spinous right.
L4-5 Level: Curvature in L-spine on the right.

**PELVIS:**
Amended by Edward Hunt on 11/29/2022 15:08
ALIGNMENT

Pelvic deficiency is noted on the right at 4 mm.

**IMAGES:**
Amended by Edward Hunt on 11/29/2022 15:08
L5 Spot
Lateral Thoracic
AP Lumbar
Lateral Lumbar
Left Lumbar obliques
AP Thoracic
Lumbar Flexion
Right Lumbar Obliques
Lumbar Extension

**TREATMENT PLAN:**
*** Rehab Order:**
Rehab Order #1
The treatment plan consists of patient-specific measurable goals, the estimated duration and frequency of treatments to achieve the goals, and objective measures (i.e. pain intensity scale, activities of daily living, objective findings) to evaluate treatment effectiveness for the patient's condition. The plan is reasonable and medically necessary for the patient to achieve therapeutic gains of functional improvement and/or pain relief.

Treatment will follow the evidenced based guidelines published in JMPT by the Council of Chiropractic Guidelines and Practice Parameters (CCGPP), the treatment frequency and the duration for this initial therapeutic trial will be 10-12 visits over a 2-4 week period with monitoring of the patient's progress each visit to ensure that acceptable clinical gains are realized.

The location or region of the problem/diagnosis addressed by the following treatment plan: mid back and low back. Unattended electrical stimulation is prescribed for visits.Return for evaluation once completed. Ultrasound is prescribed for visits.Return for evaluation once completed. chiropractic care was prescribed for visits. Return for evaluation once completed. Manual Therapy is prescribed for visits.Return for evaluation once completed. Therapeutic Exercise is prescribed for visits. Return for evaluation once completed.

Cryotherapy is prescribed for visits.Return for evaluation once completed. Therapeutic Cream is prescribed for visits.Return for evaluation once completed.

SERVICE PERFORMED:
E/M : 99202 x 1 CPT : 72070 x 1, 72114 x 1, 72110 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 12/01/2022 17:01

L5 Spot:



Lumbar Extension :




Lumbar Flexion :




Left Lumbar obliques :




Right Lumbar Obliques :




Lateral Lumbar:




Lateral Thoracic:




AP Lumbar:




AP Thoracic:

Deonta Willis, DOB: [redacted] Chiropractic Note, 11/28/2022




Deonta Willis, DOB: [redacted] Chiropractic Note, 11/28/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 11/29/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 11/29/2022 14:59
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[09] Second Day Review.

VISIT NO.:
Initial Visit 1 of 10 visits.

COVID-19 SCREENING:
The patient has received single shot two of two of the COVID vaccination.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

OUTCOME MEASURES:
Low Back Disablity Index:
Total Score is: 80%

Pain intensity: The pain comes and goes and is severe. (4 Pt).
Personal Care: Because of the pain, I am unable to do some washing and dressing without help. (4 Pt).
Lifting: Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned-eg, on a table. (3 P).
**Walking:**
Pain prevents me from walking more than ½ mile. (2 Pt).
**Sitting:**

Pain prevents me sitting more than 10 minutes. (4 Pt)

**Standing:**

I cannot stand for longer than 10 minutes without increasing pain. (4 Pt).

**Sleeping:**

Pain prevents me from sleeping at all. (5 Pt).

Social Life: I have hardly any social life because of the pain. (5 Pt).

Traveling: Pain prevents all forms of travel except that done lying down. (5 Pt).

Deonta states his changing degree of pain as " My pain is gradually worsening. "

SUBJECTIVE COMPLAINT:

**Mid Back:**

central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as aching, sharp and numbness. The condition is aggravated by walking, lying down and standing.

**Low Back:**

central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 80 % of the time. Deonta describes his symptoms as sharp, throbbing and numbness. The condition is aggravated by walking, lying down and standing.

ACTIVITY DAILY LIMITATIONS:

**Sitting:**

within 15 minutes of the activity.

The patient's pain and functional activity has worsened since the last visit.

**Driving:**

within 30 minutes of the activity.

The patient's pain and functional activity has worsened since the last visit.

**Standing:**

within 15 minutes of the activity.

The patient's pain and functional activity has worsened since the last visit.

**Sleeping:**

The patient's pain and functional activity has worsened since the last visit. Patient is unable to sleep at night at all.

**Walking:**

within 15 minutes of the activity.

The patient's pain and functional activity has worsened since the last visit.

**Kneeling:**

At the previous visit Deonta was capable of 5 minutes of this activity.

The patient's pain and functional activity has worsened since the last visit.

ASSESSMENT:

PROBLEM/DX:

- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable

TREATMENT PLAN:

*** Rehab Order:**

Rehab Order #1

The treatment plan consists of patient-specific measurable goals, the estimated duration and frequency of treatments to achieve the goals, and objective measures (i.e. pain intensity scale, activities of daily living, objective findings) to evaluate treatment effectiveness for the patient's condition. The plan is reasonable and medically necessary for the patient to achieve therapeutic gains of functional improvement and/or pain relief.

Treatment will follow the evidenced based guidelines published in JMPT by the Council of Chiropractic Guidelines and Practice Parameters (CCGPP) , the treatment frequency and the duration for this initial therapeutic trial will be 10-12 visits over a 2-4 week period with monitoring of the patient's progress each visit to ensure that acceptable clinical gains are realized.

The location or region of the problem/diagnosis addressed by the following treatment plan: mid back and low back. Unattended electrical stimulation is prescribed for visits.Return for evaluation once completed. Ultrasound is prescribed for visits.Return for evaluation once completed. chiropractic care was prescribed for visits. Return for evaluation once completed. Manual Therapy is prescribed for visits.Return for evaluation once completed. Therapeutic Exercise is prescribed for visits. Return for evaluation once completed. Cryotherapy is prescribed for visits.Return for evaluation once completed. Therapeutic Cream is prescribed for visits.Return for evaluation once completed.

PROVIDER PROCEDURES:

**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 1-2 regions: L4 and L5. Right sacrum.

REHABILITATION:
**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C. performed today by Lizbeth Charles.
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Lizbeth Charles

SERVICE PERFORMED:
CPT : 97014 x 1, 97035 x 1, 98940 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 12/01/2022 16:56

Deonta Willis, DOB: [redacted] Chiropractic Note, 11/29/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/02/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/02/2022 13:03
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
2 of 10 visits.

COVID-19 SCREENING:
The patient has received single shot two of two of the COVID vaccination.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

OUTCOME MEASURES:
Low Back Disablity Index:
Total Score is: 80%

Pain intensity: The pain comes and goes and is severe. (4 Pt).
Personal Care: Because of the pain, I am unable to do some washing and dressing without help. (4 Pt).
Lifting: Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned-eg, on a table. (3 Pt).
**Walking:**
Pain prevents me from walking more than ½ mile. (2 Pt).
**Sitting:**

Pain prevents me sitting more than 10 minutes. (4 Pt).
**Standing:**
I cannot stand for longer than 10 minutes without increasing pain. (4 Pt).
**Sleeping:**
Pain prevents me from sleeping at all. (5 Pt).
Social Life: I have hardly any social life because of the pain. (5 Pt).
Traveling: Pain prevents all forms of travel except that done lying down. (5 Pt).
Deonta states his changing degree of pain as " My pain is gradually worsening. "

ACTIVITY DAILY LIMITATIONS:
**Sitting:**
within 15 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Driving:**
within 30 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Standing:**
within 15 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Sleeping:**

The patient's pain and functional activity has worsened since the last visit. Patient is unable to sleep at night at all.
**Walking:**
within 15 minutes of the activity.
The patient's pain and functional activity has worsened since the last visit.
**Kneeling:**
At the previous visit Deonta was capable of 5 minutes of this activity.
The patient's pain and functional activity has worsened since the last visit.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Stable
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable

TREATMENT PLAN:
*** Rehab Order:**
Rehab Order #1
The treatment plan consists of patient-specific measurable goals, the estimated duration and frequency of treatments to achieve the goals, and objective measures (i.e. pain intensity scale, activities of daily living, objective findings) to evaluate treatment effectiveness for the patient's condition. The plan is reasonable and medically necessary for the patient to achieve therapeutic gains of functional improvement and/or pain relief.

Treatment will follow the evidenced based guidelines published in JMPT by the Council of Chiropractic Guidelines and Practice Parameters (CCGPP) , the treatment frequency and the duration for this initial therapeutic trial will be 10-12 visits over a 2-4 week period with monitoring of the patient's progress each visit to ensure that acceptable clinical gains are realized.

The location or region of the problem/diagnosis addressed by the following treatment plan: mid back and low back. Unattended electrical stimulation is prescribed for visits.Return for evaluation once completed. Ultrasound is prescribed for visits.Return for evaluation once completed. chiropractic care was prescribed for visits. Return for evaluation once completed. Manual Therapy is prescribed for visits.Return for evaluation once completed. Therapeutic Exercise is prescribed for visits. Return for evaluation once completed. Cryotherapy is prescribed for visits.Return for evaluation once completed. Therapeutic Cream is prescribed for visits.Return for evaluation once completed.

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: T8 and T9. L4 and L5. Right sacrum.

REHABILITATION:
**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C. performed today by Lizbeth Charles.
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Lizbeth Charles

**SERVICE PERFORMED:**
CPT : 97035 x 1, G0283 x 1, 98941 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 12/06/2022 07:32

Deonta Willis, DOB [redacted] Chiropractic Note, 12/02/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/06/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/06/2022 09:57
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
4 of 10 visits.

COVID-19 SCREENING:
The patient has received single shot two of two of the COVID vaccination.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

OUTCOME MEASURES:
Low Back Disablity Index:
Total Score is: 80%

Pain intensity: The pain comes and goes and is severe. (4 Pt).
Personal Care: Because of the pain, I am unable to do some washing and dressing without help. (4 Pt).
Lifting: Pain prevents me from lifting heavy weights off the floor, but I can manage if they are conveniently positioned-eg, on a table. (3 Pt).
Walking: Pain prevents me from walking more than ½ mile. (2 Pt).
Sitting: Pain prevents me sitting more than 10 minutes. (4 Pt).
Standing: I cannot stand for longer than 10 minutes without increasing pain. (4 Pt).

Sleeping: Pain prevents me from sleeping at all. (5 Pt).
Social Life: I have hardly any social life because of the pain. (5 Pt).
Traveling: Pain prevents all forms of travel except that done lying down. (5 Pt).
Deonta states his changing degree of pain as " My pain is gradually worsening. "

ASSESSMENT:

**Procedural Indications:**

The patient`s wife stated that Mr. Willis actually hit his head and that he was unconscious for a brief moment. Therefore, additional tests and X-rays were done. Medical did a concussion protocol as well.

PROBLEM/DX:

- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable

TREATMENT PLAN:

*** Rehab Order:**

Rehab Order #1

The treatment plan consists of patient-specific measurable goals, the estimated duration and frequency of treatments to achieve the goals, and objective measures (i.e. pain intensity scale, activities of daily living, objective findings) to evaluate treatment effectiveness for the patient's condition. The plan is reasonable and medically necessary for the patient to achieve therapeutic gains of functional improvement and/or pain relief.

Treatment will follow the evidenced based guidelines published in JMPT by the Council of Chiropractic Guidelines and Practice Parameters (CCGPP) , the treatment frequency and the duration for this initial therapeutic trial will be 10-12 visits over a 2-4 week period with monitoring of the patient`s progress each visit to ensure that acceptable clinical gains are realized.

The location or region of the problem/diagnosis addressed by the following treatment plan: mid back and low back. Unattended electrical stimulation is prescribed for visits.Return for evaluation once completed. Ultrasound is prescribed for visits.Return for evaluation once completed. chiropractic care was prescribed for visits. Return for evaluation once completed. Manual Therapy is prescribed for visits.Return for evaluation once completed. Therapeutic Exercise is prescribed for visits. Return for evaluation once completed. Cryotherapy is prescribed for visits.Return for evaluation once completed. Therapeutic Cream is prescribed for visits.Return for evaluation once completed.

PROVIDER PROCEDURES:

**Spinal Manipulation:**

Treatment today consisted of spinal manipulation for 3-4 regions: C6 and C7. L4 and L5. Right sacrum.

**Extra Spinal Manipulation:**

An extremity technique was utilized to treat the following subluxations: left hip joint

REHABILITATION:

**Lumbar Spine:**

Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C. performed today by Lizbeth Charles.
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Lizbeth Charles

SERVICE PERFORMED:

CPT : 97035 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 12/08/2022 11:30

Deonta Willis, DOB [redacted] Chiropractic Note, 12/06/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/09/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB**[redacted]**ender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/09/2022 10:05
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Stable
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Worse
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Worse
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Worse

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: T5 and T6, L5.
Left Ilium.
**Extra Spinal Manipulation:**
right hip joint

REHABILITATION:

**Thoracic Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 2: Acupressure: EMS
A much more rapid and focused pulse that focuses in on any knot or adhesion in the body. It puts enough pressure on it to break it down and release any acidic (lactic) content within The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.
for 12 minutes..
**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient`s tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic cream was prescribed by Edward Hunt, D.C. with the application of Sombra The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.
.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 99070 x 1, G0283 x 1, 98941 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 12/09/2022 15:27

Deonta Willis, DOB[redacted]Chiropractic Note, 12/09/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA ; 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/13/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/13/2022 14:55
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
6 of 10 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.

Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain. moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01)
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA)
- Diagnosis of Encounter for other preprocedural examination (Z01.818) Assessment:Stable
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Worse
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Worse
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Worse
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Worse

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: T5 and T6. L5.
Left Ilium.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 4: Hot Stone: TENS
Relaxation mode. This simulates a regular manual rolling massage helping the soft tissue to release and relax The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at .6 W/cm2 at 3 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.

**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic cream was prescribed by Edward Hunt, D.C. with the application of Sombra The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.
.

REFER TO PROVIDER:
Robert Windsor | 541 Forest Parkway
Ste 14, ForestPark, GA, 30297 | Phone: 8774957773, Fax: 678-922-2133, E-Mail: rwindsor@aol.com
Specialty: Pain Medicine, Reason: MUA, Order Date: 12/14/2022
Notes:

**SERVICE PERFORMED:**
CPT : 97032 x 1, 97035 x 1, 99070 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 12/14/2022 08:13

Deonta Willis, DO [redacted] Chiropractic Note, 12/13/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/16/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/16/2022 09:58
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit

VISIT NO.:
7 of 10 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.

Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Stable
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Stable
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: T5 and T6. L5.
Left Ilium.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 4: Hot Stone: TENS
Relaxation mode. This simulates a regular manual rolling massage helping the soft tissue to release and relax The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at .6 W/cm2 at 3 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema
for 15 minutes.

**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic cream was prescribed by Edward Hunt, D.C. with the application of Sombra The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.

SERVICE PERFORMED:
CPT : 97032 x 1, 97035 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/06/2023 08:24

Deonta Willis, DOB [redacted] Chiropractic Note, 12/16/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/19/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB** [redacted] **Gender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/19/2022 15:43
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
8 of 10 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 3 on a scale of 10. The patient states the symptoms are getting better.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.

C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: T5 and T6. L5.
Left Ilium.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 4: Hot Stone: TENS
Relaxation mode. This simulates a regular manual rolling massage helping the soft tissue to release and relax The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at .6 W/cm2 at 3 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.

**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes.
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic cream was prescribed by Edward Hunt, D.C. with the application of Sombra The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.

Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, DC, FAMUAC

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE III LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

C stretch for IT Band
In standing, the patient's affected leg was placed behind the good leg, and he leaned away. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Gluta Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, 99070 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/21/2023 15:05

Deonta Willis, DOB [redacted], Chiropractic Note, 12/19/2022

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/22/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/22/2022 16:21
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
9 of 10 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 3 on a scale of 10. The patient states the symptoms are getting better.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.

C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Better
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: T6, L3 and L4.
Left Ilium.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 4: Hot Stone: TENS
Relaxation mode. This simulates a regular manual rolling massage helping the soft tissue to release and relax The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at .6 W/cm2 at 3 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.

**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic cream was prescribed by Edward Hunt, D.C. with the application of Sombra The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.

Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient`s functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE III LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

C stretch for IT Band
In standing, the patient`s affected leg was placed behind the good leg, and he leaned away. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward et the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, 99070 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/22/2023 15:28

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 12/28/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/28/2022 15:37
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[06] Re-Exam.

VISIT NO.:
10 of 10 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 2 on a scale of 10. At the previous visit, Deonta experienced pain of 3 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are getting better.

VITALS:
VITALS 12/28/2022 15:43
T:98 F by _Orally

OBJECTIVE/PALPATORY FINDINGS:

**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: T4 and T8. L5.
Left Ilium.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 4: Hot Stone: TENS
Relaxation mode. This simulates a regular manual rolling massage helping the soft tissue to release and relax The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at .6 W/cm2 at 3 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.

**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced

edema.
for 15 minutes.
Therapeutic cream was prescribed by Edward Hunt, D.C. with the application of Sombra The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.
.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient`s functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, DC, FAMUAC

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side erm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE III LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

C stretch for IT Band
In standing, the patient`s affected leg was placed behind the good leg, and he leaned away. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

**SERVICE PERFORMED:**
CPT : 97014 x 1, 97110 x 1, 97035 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/22/2023 15:44

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

**Chiropractic Note** 01/03/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 01/03/2023 09:31
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
11 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 2 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are staying the same.

VITALS:
VITALS 01/03/2023 09:37
T:97 F by _Orally
VITALS 12/28/2022 15:43
T:98 F by _Orally

OBJECTIVE/PALPATORY FINDINGS:

**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:

**Prognosis:**

PROGNOSIS:
The prognosis for the patient is good.

**Progress:**

Deonta`s rate of progress is occurring as anticipated.

PROBLEM/DX:

- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Better
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better

PROVIDER PROCEDURES:

**Spinal Manipulation:**

Treatment today consisted of spinal manipulation for 3-4 regions: C5 and C7. L4 and L5.
Left Ilium.

**Extra Spinal Manipulation:**

An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:

**Lumbar Spine:**

Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient`s tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise

Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prascribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/22/2023 15:52

Deonta Willis, DOB: [redacted] Chiropractic Note, 01/03/2023

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

**Chiropractic Note** 01/09/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 01/09/2023 09:13
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

VISIT NO.:
12 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 2 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are staying the same.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted

along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:

**Prognosis:**
PROGNOSIS:
The prognosis for the patient is good.

**Progress:**
Deonta`s rate of progress is occurring as anticipated.

PROBLEM/DX:

- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Stable
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Better

PROVIDER PROCEDURES:

**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: C3 and C7. T6. L4 and L5.
Left Ilium.

**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:

**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient`s tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient`s functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal drew in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/22/2023 16:04

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 01/16/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 01/16/2023 15:30
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit

VISIT NO.:
13 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 2 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are staying the same

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.

C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:

**Complicating Factors:**

TREATMENT BARRIERS

The following treatment barriers have been identified and a solution has been sought and discussed with Deonta:
Deonta states he cannot financially afford care at this time and has demonstrated a financial hardship. This has restricted his ability to be compliant with the frequency of visits required in the treatment plan. This may prolong the duration of recovery for him. Alternative solutions have been discussed with Deonta. Mr. Willis also has a new child at home which adds to the hardship.

**Prognosis:**

PROGNOSIS:
The prognosis for the patient is good.

**Progress:**

Deonta's rate of progress is occurring as anticipated.

PROBLEM/DX:

- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Encounter for other preprocedural examination (Z01.818) Assessment:Resolved

PROVIDER PROCEDURES:

**Spinal Manipulation:**

Treatment today consisted of spinal manipulation for 3-4 regions: C4 and C7. T4, T7 and T8. L4.

**Extra Spinal Manipulation:**

An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:

**Cervical Spine:**

Ultrasound was prescribed by Edward Hunt, DC. FAMUAC Wattage was prescribed and performed at .6 W/cm2 at 3 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.

**Lumbar Spine:**

Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.

for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while mainteining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the

abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 01/17/2023 08:11

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA :
30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 01/18/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 01/18/2023 15:04
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
14 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 0 on a scale of 10. At the previous visit, Deonta experienced pain of 0 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 2 on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are staying the same.

VITALS:
VITALS 01/18/2023 15:17
T:97 F by _Orally

OBJECTIVE/PALPATORY FINDINGS:

**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Resolved

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: C4, T4, T7 and T8, L4
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Ultrasound was prescribed by Edward Hunt, DC, FAMUAC Wattage was prescribed and performed at .6 W/cm2 at 3 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
**Lumbar Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, D.C.
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 12 minutes..
Ultrasound was prescribed by Edward Hunt, D.C. Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minuta and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/22/2023 16:14

Deonta Willis, DOB: [redacted] Chiropractic Note, 01/18/2023

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 01/20/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 01/20/2023 11:49
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description. Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
15 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only and aching. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of on a scale of 10. At the previous visit, Deonta experienced pain of 2 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are staying the same.

VITALS:
VITALS 01/20/2023 11:58
T:98 F by _Orally

OBJECTIVE/PALPATORY FINDINGS:

**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Worse
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Worse

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: C4 and C5, T4, T7 and T8, L3 and L4.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, DC, FAMUAC performed today by Kanksha Patel for 15 minutes..

**Lumbar Spine:**
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Kanksha Patel Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, G0283 x 1, 97110 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/22/2023 16:23

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 01/30/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 01/30/2023 09:36
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
16 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only and aching. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 3 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. The condition is aggravated by lifting . The patient states the symptoms are getting better.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.

C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: C6 and C7, T4 and T6, L3, L4 and L5.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, DC, FAMUAC performed today by Kanksha Patel for 15 minutes.

**Lumbar Spine:**
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Kanksha Patel Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch

By propping the inside of his ankle up on a table, the patient leened into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towal, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowared, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his beck on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal drew in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97032 x 1, 97035 x 1, 97110 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/23/2023 07:42

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

**Chiropractic Note** 02/01/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 02/01/2023 16:17
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
17 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only and aching. The patient states the symptoms are getting better.
**Low Back:**
central low back with a current intensity of 3 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. The condition is aggravated by lifting ` . The patient states the symptoms are getting better.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.

C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Better

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: C7, T4, T7 and T8, L4.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, DC, FAMUAC performed today by Lizabeth Charles, CA
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.
for 12 minutes.
**Lumbar Spine:**
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Lizabeth Charles, CA Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch wes held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the petient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/05/2023 22:51

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 02/08/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:**[redacted]**Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 02/08/2023 09:49
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
18 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only and aching. The patient states the symptoms are staying the same.
**Low Back:**
central low back with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 3 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are getting better.

VITALS:
VITALS 02/08/2023 09:58
T:97 F by _Orally

OBJECTIVE/PALPATORY FINDINGS:

**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.
C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
PROBLEM/DX:
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: C7, T4, T7 and T8, L5, Left Ilium.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Electrical Stimulation (unattended) was prescribed by Edward Hunt, DC, FAMUAC performed today by Lizabeth Charles, CA
Mode Applied:
Mode 1 Unattended E-Stim to patient's tolerance The patient responded to care with the following findings noted of reduced pain and tenderness and reduced edema.
for 12 minutes..
**Lumbar Spine:**
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Lizabeth Charles, CA Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97035 x 1, 97110 x 1, G0283 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/23/2023 07:46

Deonta Willis, DOB: [redacted] Chiropractic Note, 02/08/2023

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 02/13/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 02/13/2023 12:16
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
[02] Chiropractic Visit.

VISIT NO.:
19 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only and aching. The patient states the symptoms are staying the same.
**Low Back:**
central low back with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 3 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are getting better.

OBJECTIVE/PALPATORY FINDINGS:
**Segmental Dysfunction:**

C5
Spinous process pressure produced exquisite point tenderness.

C6
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
C7
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted
Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.
T1
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.
T2
Spinous process pressure produced exquisite point tenderness.
Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.
Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:
**Prognosis:**
Patient prognosis is good if he follows is advisements of home therapy now and after dismissal.

PROBLEM/DX:
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better

PROVIDER PROCEDURES:
**Spinal Manipulation:**
Treatment today consisted of spinal manipulation for 3-4 regions: C3 and C7, T4, L4 and L5.
Left Ilium segment listing of anterior superior.
**Extra Spinal Manipulation:**
An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:
**Cervical Spine:**
Ultrasound was prescribed by Edward Hunt, DC, FAMUAC performed today by Lizabeth Charles, CA

**Lumbar Spine:**
Ultrasound was prescribed by Edward Hunt, D.C. performed today by Lizabeth Charles, CA Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.
for 15 minutes.
Therapeutic Exercise
Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his

buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel, or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal drew in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes.

**SERVICE PERFORMED:**
CPT : 97110 x 1, 97035 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

This document signed electronically by Edward Hunt, DC on 02/23/2023 08:00

**South Atlanta Spine and Joint Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA . 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Chiropractic Note** 02/21/2023

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 02/21/2023 10:31
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
Amended by Edward Hunt on 03/22/2023 12:04
[10] Final Exam.

VISIT NO.:
20 of 20 visits.

HISTORICAL FACTORS OF CARE:
**Family Hx:**
paternal grandmother
congestive heart failure in paternal grandfather
**Past Medical Hx:**
Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp. numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes it feel better..
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting. The condition is relieved by Nothing makes his low back feel better..

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

SUBJECTIVE COMPLAINT:
**Neck:**
central neck with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 1 on a scale of 10. Deonta states his pain is present 10 % of the time. Deonta describes his symptoms as Patient feels some pain with certain movements only and aching. The patient states the symptoms are staying the same.
**Low Back:**
central low back with a current intensity of 1 on a scale of 10. At the previous visit, Deonta experienced pain of 3 on a scale of 10. The condition is aggravated by lifting. The patient states the symptoms are getting better.

EXAMINATION:
**Follow up Physical Examination:**
Constitutional: Awake and alert. Appears healthy and well developed. NAD. Head/Face: Atraumatic, normocephalic and symmetric on inspection. Eyes: Sclerae are normal. Eyelids normal and palpebral fissures equal. Skin: Skin is warm and dry. Skin normal to palpation overall. Hair appears normal. Neurological: Normal orientation in person, place, time and situation. Mood and affect are normal. Memory

is intact. Attention is within normal limits. Language is fluent. Speech is clear. Neuro: No focal neuro deficits on gross exam. Tone: Muscle tone is normal in the upper and lower extremities. Gait: WNL. No dependent edema.

OBJECTIVE/PALPATORY FINDINGS:

**Segmental Dysfunction:**

C5

Spinous process pressure produced exquisite point tenderness.

C6

Spinous process pressure produced exquisite point tenderness.

Left paraspinal musculature at this level: moderate tenderness noted with pain, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

C7

Spinous process pressure produced exquisite point tenderness.

Left paraspinal musculature at this level: moderate tenderness noted with pain, moderate hypertonicity and with edema noted.

Right paraspinal musculature revealed moderate tenderness noted with pain and with edema noted.

T1

Spinous process pressure produced exquisite point tenderness.

Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.

Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

T2

Spinous process pressure produced exquisite point tenderness.

Left paraspinal musculature at this level: moderate tenderness noted with pain and moderate hypertonicity.

Right paraspinal musculature revealed moderate tenderness noted with pain, moderate hypertonicity, with a taut band palpable with exquisite tenderness noted along the length of the muscle, indicating an active trigger point and with edema noted.

ASSESSMENT:

**Progress:**

Goals of care have been achieved.

PROBLEM/DX:

- Diagnosis of Segmental and somatic dysfunction of cervical region (M99.01) Assessment:Better
- Diagnosis of Sprain of ligaments of cervical spine, initial encounter (S13.4XXA) Assessment:Better
- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653) Assessment:Better
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, thoracolumbar region (M48.35) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lumbar region (M99.03) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of lower extremity (M99.06) Assessment:Better
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Better
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Better
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Better
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Better

PROVIDER PROCEDURES:

**Spinal Manipulation:**

Treatment today consisted of spinal manipulation for 3-4 regions: C7, T7, L3 and L4.

**Extra Spinal Manipulation:**

An extremity technique was utilized to treat the following subluxations: right hip joint

REHABILITATION:

**Cervical Spine:**

Ultrasound was prescribed by Edward Hunt, DC, FAMUAC performed today by Lizabeth Charles, CA The patient responded to care with the following findings noted of reduced spasm and trigger points detected.

for 15 minutes.

**Lumbar Spine:**

Ultrasound was prescribed by Edward Hunt, D.C. performed today by Lizabeth Charles, CA Wattage was prescribed and performed at 1.2 W/cm2 at 1 MHZ The patient responded to care with the following findings noted of reduced spasm and trigger points detected, reduced pain and tenderness and reduced edema.

for 15 minutes.

Therapeutic Exercise

Direct one-on-one training was provided today to work towards achieving the specific goals based upon the patient's functional deficits, documented in the outcomes measures and/or the activities of daily living and further outlined in the treatment plan. Therapeutic Exercise procedures were performed by prescribed by Edward Hunt, D.C. for 30 minutes. The patient responded to care with the following findings noted of increased range of motion, reduced pain and tenderness and reduced edema.

PHASE I LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Hip Flexor Stretch
With the patient kneeling with affected knee on the ground, the same side arm goes back causing pelvis (hips) to shift forward, and back to extend. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Adductor Stretch
By propping the inside of his ankle up on a table, the patient leaned into the side targeted for stretching. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE II LUMBAR SPINE FLEXIBILITY
Core Strengthening and Stability relies on improving pain-free flexibility. The following stretch was performed today:

Hamstring Stretch
By propping the back of your heel up on a table and keeping his back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Dynamic Hamstring Stretch
With the patient lying on his back and reaching his hands behind the knee, the knee was kept at a 90 degree angle, and the patient kicked up until he felt a stretch. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Sidelying IT Band Stretch
With the patient lying on his side, using a towel. or band the foot was pulled back as if stretching quadriceps, the patient used the opposite foot to push down on distal part of leg. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.

PHASE IV LUMBAR SPINE STRENGTHENING
Core Strengthening and Stability to produce maximum stability in the abdominal and lumbar (lower) back region, as well as coordinate the movement of the arms, legs, and spine. The following exercise was performed today:

Quadriceps Stretch
Using a towel, or band, with the patient lying on his stomach, the band was attached to affected foot and the heel was pulled to his buttock. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Glute Stretch
By propping the outside of his ankle up on a table and with the leg is at 90
degrees and back straight, the patient leaned forward at the hips. This stretch was held for 1 minute and repeated 5 times for a total time of 5 minutes.
Prayer Cat Camel
Starting on all fours:
Prayer- the patient exhaled as he sat back onto heels, head lowered, chin tucked and arms reached out.
Cat- the patient inhaled as he arched the back up and hollowed out abdominals while head remained tucked.
Camel- the patient exhaled and the lower abdominal and chin reached towards ceiling, with the chin tucked and sitting back into Prayer position.

Each technique was performed for 20 seconds, repeated 5 times each for a total time of 5 minutes.
Supine Abdominal Draw In
With the patient lying on his back on a table/mat, with knees up and feet flat on table/mat; the patient was instructed to pull the abs in and push his low back to the table/mat. This exercise was repeated 15 times at a pace of 12 seconds per repetition, for a total time of 3 minutes.
Abdominal Draw In with Knee to Chest
With the patient lying on his back on table or mat, the patient drew one knee to the chest while maintaining the abdominal draw in; without grabbing the knee with [his/he] hand. This exercise was repeated 20 times at a pace of 12 seconds per repetition, for a total time of 4 minutes.
Abdominal Draw In with Double Knee to Chest
With the patient lying on his back on table or mat, the patient brought both knees to the chest at the same time. He maintained the abdominal draw in throughout the entire exercise. This exercise was repeated 10 times at a pace of 12 seconds per repetition, for a total time of 2 minutes

FINAL ASSESSMENT AND CONCLUSIONS:
Based upon the 6th Edition of Guides to PERMANENT IMPAIRMENT RATING According to the AMA guidelines of permanent impairment 9th Ed., Deonta's history and prognosis presents the following: Deonta has reached a status in overall treatment where the symptoms have reduced and normal function/activity is possible without increasing pain. Motor Vehicle accidents can damage ligaments preventing normal function even after the symptoms have resolved. Follow up care coupled with exercise will help to reduce future flare-ups. There is no expected impairment at this time.

SERVICE PERFORMED:
E/M : 99214 x 1 CPT : 97035 x 1, 97110 x 1, 98941 x 1, 98943 x 1

Edward Hunt, DC

Deonta Willis, DOB [redacted], Chiropractic Note, 02/21/2023

Case 2:24-cv-00061-SCJ Document 1-1 Filed 03/25/24 Page 105 of 185

ChiMedical

# SOUTH ATLANTA MUA CENTER

**South Atlanta MUA Center**
541 Forest Parkway Ste. 14 , FOREST PARK, GA : 30297-6110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

ChiMedical

**Surgical Procedures** 12/17/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/17/2022 06:51
**Type of Service:** Office or Other Outpatient Services (New Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

PROCEDURE REPORT:
**PATIENT:**
Deonta is a/an 37 year(s) old male that presents for MUA Procedure and Facet injection procedure.
**PERFORMING PHYSICIAN:**
Robert Windsor, M.D.
**ASSISTANT:**
Edward Hunt, DC, FACMUAP
**ANESTHESIOLOGIST:**
Juliette Gumbs, CRNA
**ANESTHESIA TO BE USED:**
Conscious sedation by IV Propofol administered by a licensed professional.
**PATIENT POSITION FOR PROCEDURE:**
Supine SITE MUA, Prone SITE Injections

CHIEF COMPLAINT:
**LOCALIZED PAIN (facet):**
Localized pain was identified without radiation in the mid cervical spine, lower cervical spine, upper lumbar spine, mid lumbar spine and lower lumbar spine as confirmed by MRI findings and has not responded to conservative care.
**LOSS OF FUNCTION (mua):**
Loss of functional range of motion was identified of the lower cervical spine, mid lumbar spine and lower lumbar spine that has affected work and activities of daily living. MUA has been determined to be a viable treatment option based on MRI findings. The patient has not responded to conservative care.

CURRENT MEDICATIONS:
No active medication.

ALLERGIES:
NKDA

PROBLEM/DX:
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable

INDICATIONS:
Deonta Willis has been under the care of Edward Hunt, D.C., for 3 weeks and as the current history of present illness indicates, the current complaints were attributed to a motor vehicle collision. Upon review of the patient's history and supplied medical records, after considerable attempts of treatment by various medical and chiropractic practitioners, a plateau has been reached reflecting minimal improvement with past treatment attempts. Upon examination, less-than optimum pain levels and range of motion is recorded depicting a capsular pattern of chronic fibrosis being present with significant limitations affecting function of the region. The stiffness and dysfunction has been also causing dysfunction with job duties and activities of daily living. Ultrasound, exercise, chiropractic manipulation, and medication have been used to date to resolve the condition without favorable results. Since surgical intervention is not an option in this case, the patient prefers to try Manipulation under Anesthesia as a curative approach. I am of the opinion that MUA is the only available

option at this point in time. I am cautioned that this [redacted]e joint and great care must be exercised during the procedure to insure a successful outcome. Each procedure will be evaluated for efficacy and the degree of improvement will dictate the necessity or lack of necessity if additional procedures are warranted.
[according to American Association of MUA Providers (established Guidelines ( NGC 103-65))]
The following procedure will confirm disabling non-radicular cervical spine and lumbosacral spine , suggestive of facet joint origin as documented in the medical record based upon ALL of the following:
history, consisting of mainly axial or non-radicular pain; Lack of evidence, either for discogenic or sacroiliac joint pain; Lack of disc herniation or evidence of radiculitis;
Intermittent or continuous pain with average pain levels of = 6 on a scale of 0 to 10 or functional disability prior to each injection, including each unilateral facet block; and failure to respond to conservative non-operative therapy or chiropractic care.

INFORMED CONSENT:
After explanation of the medical, surgical, and procedural options, Deonta Willis has decided to proceed with the recommended facet injections and manipulation under anesthesia procedure. The patient has been informed that more than one procedure may be necessary to achieve satisfactory results. Deonta is alert and was explained the benefits, the severity, and likelihood of the material risks of the procedure. Alternatives to the procedure were discussed including the course of the condition without this procedure and he has voluntarily consented to the diagnostic and/or treatment procedures recommended. The patient also has confirmed that he understands the chances of success from undergoing this procedure as discussed and that no guarantees are made or implied regarding outcome. The patient has given both verbal and written informed consent for the listed procedure. A signed informed consent has been placed in his file

PROCEDURE IN DETAIL:
TYPE OF PROCEDURE:
**Cervical Procedures:**
Manipulation under anesthesia of the cervical spine, according to American Association of MUA Providers (established Guidelines ( NGC 103-65)).
**Lumbar Procedures:**
Manipulation under anesthesia of the lumbar spine, according to American Association of MUA Providers (established Guidelines ( NGC 103-65)).

METHOD OF PROCEDURE:
CERVICAL PROCEDURES:
**MUA Procedure:**
Following IV placement, the patient was escorted from the preparation room to the procedure room while they were asked to lie supine on the operative table. The patient was then placed on the appropriated monitors including telemetry monitor, pulse oximeter, and oxygen for this procedure. When the patient was ready, the anesthesiologist administered the appropriate medication according to MAC procedural guidelines to obtain a state that was conducive to the stretching, mobilization, and manipulation necessary for the outcome desired. The standards of protocol being followed are set forth by the National Academy of MUA Physicians.
The procedure was performed with two surgeons.

CERVICAL SPINE MANIPULATION
With the patient lying in a supine position, I positioned myself near the patient's head and provided an axial traction to the cervical spine while the co-attending physician stabilized the shoulders throughout the entire process. I then applied and axial traction laterally to the left and the right while the co-attending physician continued the stabilization of the shoulders. I then carefully put the cervical spine into forward flexion. I then performed a cross over technique to help target the upper thoracic spine (T1-2). I then rolled the patient's right side of the head into my hand and applied traction at an oblique angle. The same thing was repeated on the left side. I then applied a stair stepping type movement to help mobilize the cervical facet joints. Then the atlanto-occipital articulation was then taken through a normal and exaggerated range of motion. A bilateral atlanto-occipital manipulation was then performed, with cavitation being noted bilaterally in the atlanto-occipital region. Then the rest of the cervical spine was taken through a complete range of motion in all planes to the left and right. A bilateral cervical manipulation was then performed with cavitation being noted bilaterally in the cervical spine region.
[according to American Association of MUA Providers (established Guidelines ( NGC 103-65))]

LUMBAR PROCEDURES:
**Lumbar MUA Procedure:**
Following IV placement, the patient was escorted from the preparation room to the procedure room while they were asked to lie supine on the operative table. The patient was then placed on the appropriated monitors including telemetry monitor, pulse oximeter, and oxygen for this procedure. When the patient was ready, the anesthesiologist administered the appropriate medication according to MAC procedural guidelines to obtain a state that was conducive to the stretching, mobilization, and manipulation necessary for the outcome desired. The standards of protocol being followed are set forth by the National Academy of MUA Physicians.
Procedure was performed with two surgeons.

MANIPULATION OF THE LUMBAR SPINE
With the patient in the supine position the lumbar and pelvic postural musculature were stretched. The right leg was elevated in a straight leg fashion. This position was held while muscle stripping was performed to the hamstring region. The leg was placed in the Fabre position where the obturator region, gluteus maximus, gluteus minimus and piriformis were stretched with a hold of 10 seconds. A left pelvic tilt was noted. The leg was then extended and abducted. Counter strain was performed on these maneuvers by the co surgeon. The left leg was elevated in a straight leg fashion. This position was held while muscle stripping was performed to the hamstring region. The leg was placed in the Fabre position where the obturator region, gluteus maximus, gluteus minimus and piriformis was stretched

with a hold of 10 seconds. Pelvic tilt was noted. The leg was then extended and abducted. Counter strain was performed on these maneuvers by the co surgeon. At this point the lead physician flexes the knee of patient's leg closest to the lead physician and passes this knee to the co-physician and initiates a "raking" of the patient's iliotibial band and tensor fascia lata musculature in the lateral thigh.

PIRIFORMIS STRETCH: Following the adductor stretch, the patient's knee was held slightly past medial and the primary doctor contacted the knee with his hand. The force was applied toward the table with the help of the first assistent, and the piriformis muscle was then massaged. The force down the femur into the pelvic basin allowed for relaxation of the piriformis muscle across the obturator foramen. With the assisting physician stabilizing the pelvis and femoral head ( as necessary), the primary physician extended the right lower extremity in the sagittal plane, and while applying controlled traction radially stretched the para-articular holding elements of the right hip by means of gradually describing an approximately 30-35 degree horizontal arc. The lower extremity was then tractioned straight caudad and internal rotation was accomplished. Using traction, the lower extremity was gradually stretched into a horizontal arch to approximately 30 degrees. This procedure was then repeated using external rotation to stretch the para articular holding elements of the hips bilaterally. These procedures were then repeated on the opposite lower extremity.
By approximating the patient's knees to the abdomen in a knee-chest fashion, the lumbo-pelvic musculature was stretched in sagittal plane, by the primary and first assistant, contacting the base of the sacrum and raising the lower torso cephalad, resulting in passive flexion of the entire lumbar spine and holding beyond the elastic barrier of resistance. The knees were kept outside the torso during this stretch to reduce abdominal pressure. With the patient's lower extremities kept in hip/knee flexion, the patient's torso was secured by the first assistant and the lumbar fascia/musculature elongated obliquely to the right of mid- line, in a controlled manner up to and beyond the elastic barrier of resistance. (Cavitation was noted.) This was repeated on the opposite side.

ILIOPSOAS STRETCH AND SPINAL/PELVIC MANIPULATION: With the patient in the side lying position, the upper leg is distracted in a horizontal manner into extension to stretch the illiopsoas muscle. The leg is then extended more caudad extension to stretch the illiopsoas muscle. The leg is then extended more caudad at a 30 degree angle to stretch the TFL. The patient was placed on his left side. Spinal manipulation to the sacrum was then performed to reduce the left base posterior sacrum. The patient was then placed on his right. Spinal manipulation was performed on the left ilium, reducing left PI ilium. The patient was then placed in the normal resting anatomic position. The patient was then positioned back on his left side for manipulation of the right ilium. Manipulation was performed to the right ilium. The patient was then placed in the normal resting anatomic position.

QUADRACEPS-TFL STRETCH: The patient was placed on the right side. With the patient in the side lying position, the upper leg is distracted in a horizontal manner into extension to stretch the Quadriceps muscle. The leg is then extended more caudad at a 30 degree angle to stretch the TFL.

HIP MANIPULATION-While in the supine position the left and right hip joint was taken through a normal and exaggerated range of motion while the co-attending physician stabilized the pelvis. The left and right hips were then manipulated. Cavitation was noted. [according to American Association of MUA Providers (established Guidelines ( NGC 103-65))]

**Facet Nerve Block Procedure:**

LUMBAR THERAPEUTIC FACET NERVE BLOCK 1ST LEVEL
The patient was prepped and draped in a sterile fashion after informed consent was signed and all patient questions were answered. The L3 transverse process was localized on the fluoroscopic visualization. After appropriate application of buffer 2% lidocaine without epinephrine was applied, a 25 gauge 3 1/2 inch curve spinal needle was directed down to the posterior base of the left transverse process under fluoroscopic guidance.

LUMBAR THERAPEUTIC FACET NERVE BLOCK 2ND LEVEL
The patient was prepped and draped in a sterile fashion after informed consent was signed and all patient questions were answered. The L4 transverse process was localized on the fluoroscopic visualization. After appropriate application of buffer 2% lidocaine without epinephrine was applied, a 25 gauge 3 1/2 inch curve spinal needle was directed down to the posterior base of the left transverse process under fluoroscopic guidance.

LUMBAR THERAPEUTIC FACET NERVE BLOCK 3RD LEVEL
The patient was prepped and draped in a sterile fashion after informed consent was signed and all patient questions were answered. The L5 transverse process was localized on the fluoroscopic visualization. After appropriate application of buffer 2% lidocaine without epinephrine was applied, a 25 gauge 3 1/2 inch curve spinal needle was directed down to the posterior base of the left transverse process under fluoroscopic guidance.
**Facet Medication Injection:**

Injection of 6 cc of 2% Lidocaine without epinephrine
Injection of 5 cc volume of the patient's PRP
**Trigger Point Therapy Procedure:**
Trigger Point Injection

After explaining the risks, benefits, and treatment alternatives, this patient expressed desire to proceed with the injections. The initial myofascial trigger point was localized using palpation. The trigger point was isolated and stabilized ensuring adequate tension of the muscle fibers to allow penetration of the trigger point. The skin over the injection sites was sterilely prepped in the usual fashion using Betadine. Then a 25G 1.5" needle was inserted perpendicularly into the trigger point and the depth of the needle insertion was closely monitored. After negative aspiration of blood or air, a small aliquot of a solution containing medication and 1% plain Lidocaine was

Case 1:24-cv-20002-XXX Document 1-1 Filed 01/01/24 Page 109 of 185

infused. The needle was then withdrawn to the level of the subcutaneous tissue and redirected superiorly, inferiorly, laterally, and medially, repeating the needling and injection process in each direction until the local twitch response was no longer elicited and/or resting muscle tautness was no longer perceived. At the conclusion of the injection the needle was clearly withdrawn and pressure was applied to the injection site to achieve hemostasis followed by a band-aid. Then our attention turned to the remaining trigger point sites as outlined, where this procedure was repeated in its entirety to the following site(s):
Quadratus Lumborum- Along 12th rib, around iliac crest, lateral Area of 12th rib (during borum border of muscle, deep inspiration), anterior, abdominal wall.

No complications. No bleeding.

The patient was instructed on post-procedural care including expected soreness. The patient was encouraged to carry out range-of-motion exercises and avoid strenuous activity for the next few days. Handout on follow up care was provided. The patient was discharged without complaints having tolerated the injections well and will follow-up as scheduled.

**Trigger Point Medication Injection:**

Injection of 2 cc volume of the patient's PRP and 3 cc of 2% Lidocaine without epinephrine.

TOTAL MEDICATION COUNT:
Total Amount of 2% Lidocaine used was 8 cc Total amount of PRP used was 7 cc

IMAGES:
IMG_121722090834
IMG_121722090724
IMG_121722090914
IMG_121722090757

SUMMARY:
SUMMARY MUA: Initial Procedure

Deonta underwent their initial MUA procedure. The patient tolerated the procedure well with no intra procedure or post procedure complications. ROM was post procedurally evaluated and found to have increased to near normal range of motion on the MUA region. I am very pleased with the results of the procedure today. However, due to the preponderance of capsular adhesion and contracture still present after the first procedure, it is very common to lose some of the tremendous gains from today's action. Therefore, the patient will be re-evaluated over the coming week to determine if a repeat procedure is medically necessary.

COMPLICATION:
At the completion of the MUA Deonta was taken to the recovery room. The IV was maintained until the patient was fully alert, stable and transferred to a sitting position. No complication and indications were noted. The patient was given a light snack and fluids prior to being discharged to home with instructions.

SERVICE PERFORMED:
CPT : 00640 x 3, 20552 x 1, 22505-51,62 x 4, 64493 x 1, 64494 x 1, 64495 x 1, J2001 x 8, P9020 x 7, 22505-SG x 1

Robert Windsor, MD

This document signed electronically by Robert Windsor, MD on 05/13/2023 08:09

IMG_121722090914:



IMG_121722090757:

Deonta Willis, DOB: [redacted] Surgical Procedures, 12/17/2022



IMG_121722090834:

Deonta Willis, DOB: [redacted] Surgical Procedures, 12/17/2022



IMG_121722090724

Deonta Willis, DOB [redacted] Surgical Procedures, 12/17/2022



Deonta Willis, DOB [redacted] Surgical Procedures, 12/17/2022

ChiMedical

Notes & Accounting for:

# CHIMED REHAB SOUTH ATLANTA

**ChiMedical Management Group**
541 Forest Parkway Suite 14, FOREST PARK, GA : 302976110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

**Rehab and Medical Procedures** 11/28/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 11/28/2022 08:42
**Type of Service:** Office or Other Outpatient Services (New Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
1.0 Initial Medical Visit.

VITALS:
VITALS 11/29/2022 15:05
T:97 F by _Orally | P:81 bpm | R:17 per minute | BP: Sitting:130 mmHg /80 mmHg | Height:71 Inches | Weight:180 lbs | O2Sat:99 % | Body Mass Index:25.10 0

CURRENT MEDICATIONS:
None
No active medication.

HISTORICAL FACTORS OF CARE:
**Family Hx:**

congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and tingling. The condition is aggravated by walking, lying down and sitting.
**Low Back:**
central low back At the previous visit, Deonta experienced pain of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting.

REVIEW OF SYSTEMS:
**General:**
Patient admits sleep disturbance and change in routine.
**Head:**
Patient admits dizziness, head trauma and concussion.
**Muscle/Bone:**
Patient admits joint pain, stiffness, muscle aches and bone pain.

HISTORY OF PRESENT ILLNESS:
**1.0 Initial Medical Visit:**
Mr. Willis is here for evaluation after a slip and fall on wet floor at Walmart on November 16 2022. He didn't go to the hospital that day but felt excruciating pain in his low back the next day. Mr. Willis was with his wife and she reports that he hit his head. He reports dizziness, which he lasts a few minutes, patient lays down and closes his eyes until the sensation subsides, this has happened sporadically since the accident. He denies headache, nausea or neck pain. No tingling or numbness down the legs, or incontinence. He reports no medications.

SUBJECTIVE COMPLAINT:
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as aching, sharp and numbness. The condition is aggravated by walking, lying down and standing.
**Low Back:**

central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 80 % of the time. Deonta describes his symptoms as sharp, throbbing and numbness. The condition is aggravated by walking and lying down.

EXAMINATION:

**Initial Physical Examination:**

Tender to palpation on C7 spinous process, temporo-mandibular joint, bilaterally Flexion: 50 degrees Extension: 20 degrees Lateral bending 45 degrees bilaterally Rotation 80 degrees bilatearlly with pain on bilatareal paraspinal muscles Lehmette sign positive Shoulders: NTTP on clavicle, ac joint, acromion, coracoid process, great tubercle of humerus, biceptal groove, long head of biceps Flexsion: 150 BL Extension: 50 BL Abduction: 150 BL Adduction: 30 BL Strength with resisted abduction 5/5 Thoracic spine Generalized tenderness of paraspinal muscles at T6-T9 Rotation 15 degrees bilaterally with pain Lumbar Tender to palpation on L4 spinous process, and sciatic notch on left side Flexion: 70 degrees with pain in lumbar spine Extension: 5 degrees with extreme pain in lumbar spine Lateral bending 25 degrees BL with pain SLR native bilaterally HIP: Tender to palpation on posterior posterior superior iliac spine. Non-tender to palpation on BL greater trochanter Abduction: 40 degrees BL Adduction: 20 degrees BL Flexion: 90 degrees BL Extension: 30 degrees BL FABER/ FADIR positive bilaterally with pain localized to the buttock. NTTP on IT Band Kemp's test positive to pain in sacroiliac joint on the left. Constitutional: Awake and alert. Appears healthy and well developed. NAD. Head/Face: Atraumatic, normocephalic and symmetric on inspection. Eyes: Conjunctivae pink and moist. Sclerae are normal. Eyelids normal and palpebral fissures equal. PERRL.HEENT: Throat is normal. Oral cavity is normal. Hearing is normal. Neck: Neck is supple. Normal to inspection. Normal to palpation. No adenopathy. No thyroid enlargement or masses. Pulmonary: Respiration rate is normal. Clear in all fields. No rales, rhonchi or wheezes noted. Cardiac: Rate is normal. Rhythm is regular. No murmur or ectopy. Skin: Skin is warm and dry. Hair appears normal. Neurological: Normal orientation in person, place, time and situation. Mood and affect are normal. Memory is intact. Attention is within normal limits. Language is fluent. Speech is clear. Cranial nerves: CN II-XII are grossly intact. Motor: Strength is 5/5 proximally and distally in the upper and extremities, bilaterally. Muscle tone is normal in the upper and lower extremities. No dependent edema or swelling. Gait: WNL.

PROBLEM/DX:

- Diagnosis of Arthropathy of bilateral temporomandibular joint (M26.653)
- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable
- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable
- Diagnosis of Segmental and somatic dysfunction of pelvic region (M99.05) Assessment:Stable
- Diagnosis of Sprain of ligaments of thoracic spine, initial encounter (S23.3XXA) Assessment:Stable

IMAGES:

L5 Spot
LT T-M JOINT OPEN
Lateral Thoracic
AP Lumbar
C-Spine Lat
Rt -T-M Joint Open
Lateral Lumbar
Left Lumbar obliques
AP Thoracic
C-Spine AP
RT T-M JOINT CLOSE
Lumbar Flexion
C-Spine AP
C-Spine Lat
Right Lumbar Obliques
Lumbar Extension
LT-T-M JOINT CLOSE

DIAGNOSTIC ORDERS:

Order on : 11/29/2022
CT Head without IV Contrast (F07.81), MRI Lumbar Spine w/o Contrast (M48.37), MRI Thoracic Spine w/o Contrast (M48.35,S23.3XXA), MRI Cervical Spine w/o Contrast (F07.81), 72190 XRAY -Pelvis Complete 3 views, MRI Hip with and without IVContrast (M99.05).
Notes: MRI pelvis w/o contrast. .

PLAN:

MEDICAL PROCEDURE:

**Trigger Point Injection:**

Trigger Point Injection

Performed with supervision of Dr. Patel. After explaining the risks, benefits, and treatment alternatives, this patient expressed desire to proceed with the injections. The initial myofascial trigger point was localized using palpation. The trigger point was isolated and stabilized ensuring adequate tension of the muscle fibers to allow penetration of the trigger point. The skin over the injection sites was sterilely prepped in the usual fashion using Betadine. Then a 25G 1.5" needle was inserted perpendicularly into the trigger point and the depth of the needle insertion was closely monitored. After negative aspiration of blood or air, a small aliquot of a solution containing medication and 1% plain Lidocaine was infused. The needle was then withdrawn to the level of the subcutaneous tissue and redirected superiorly.

inferiorly, laterally, and medially, repeating the needling and injection process in each direction until the local twitch response was no longer elicited and/or resting muscle tautness was no longer perceived. At the conclusion of the injection the needle was clearly withdrawn and pressure was applied to the injection site to achieve hemostasis followed by a band-aid. Then our attention turned to the remaining trigger point sites as outlined, where this procedure was repeated in its entirety to the following site(s): Left lumbar paraspinal muscles at level of L4
No complications. No bleeding.

The patient was instructed on post-procedural care including expected soreness. The patient was encouraged to carry out range-of-motion exercises and avoid strenuous activity for the next few days. Handout on follow up care was provided. The patient was discharged without complaints having tolerated the injections well and will follow-up as scheduled.
Injection of Sarapin
(Because of a patient's history of high blood pressure or blood glucose levels Sarapin is a more preferable medication of choice to assist in reducing inflammation and pain while not providing a deleterious effect on either condition if present.)

Sarapin Injection Indication for Pain and Inflammation
Treatment at our facility consisted of Sarapin, it is a natural solution extracted from Sarraceniaceae, and is used as an alternative to steroids or cortisone injections for the treatment of chronic pain and inflammation. it was injected along with therapeutic activity to include recumbent bike and floor exercises. Also patient is given a home exercise program and an unloading knee brace. Treatment goals include: Increase range of motion, Decrease pain, decrease muscle hypertonicity, Increase functional abilities. 1cc Sarapin Injection of 1cc of 2% Lidocaine without epinephrine.

PROVIDER CARE INSTRUCTIONS:
X-ray reviewed Cervical No fracture of the TMJ noted. Skull countour intact. Straigthening of normal cervical curvature, likely due to muscle spasm Hourglassing on C2-C6 Lumbar rightward curvature of lumbar spine L5 retrolisthesis with decreased joint space on L5-S1. Hourglassing of L1-L5. Thoracic spine Rightward curvature likely due to muscle spasm Maintained joint spaces of thoracic spine. Pelvis Right hip depression by 5.34 mm.3.53mm depression in right femur. Pharmacy CVS Forest Park Robaxin 750mg, Take 1 tablet TID for muscle spasm. #60. No refills Celebrex 200mg, Take 1 tablet daily with food for pain. #30. No refills

SERVICE PERFORMED:
CPT : 99204 x 1, 20553 x 1, J2001 x 1, J3490 x 1, 72190 x 1

Yosan Negga, PA-C

This document signed electronically by Yosan Negga, PA-C on 12/19/2022 16:22

C-Spine AP:




C-Spine Lat:




C-Spine Lat:




C-Spine AP:




LT-T-M JOINT CLOSE:




LT T-M JOINT OPEN:

Deonta Willis, DOB: [redacted] Rehab and Medical Procedures, 11/28/2022




RT T-M JOINT CLOSE:




Rt -T-M Joint Open:




L5 Spot:




Lumbar Extension :




Lumbar Flexion :




Left Lumbar obliques :




Lateral Lumbar:




Right Lumbar Obliques :

Deonta Willis, DOB: [redacted], Rehab and Medical Procedures, 11/28/2022




Lateral Thoracic:

Deonta Willis, DOB: 12/18/1984, Rehab and Medical Procedures, 11/28/2022




AP Lumbar:

Deonta Willis, DOB: [redacted], Rehab and Medical Procedures, 11/28/2022




AP Thoracic:

Deonta Willis, DOB: [redacted] Rehab and Medical Procedures, 11/28/2022




Deonta Willis, DOB: [redacted] Rehab and Medical Procedures, 11/28/2022

**ChiMedical Management Group**
541 Forest Parkway Suite 14, FOREST PARK, GA : 302976110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

**Rehab and Medical Procedures** 12/09/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/09/2022 10:13
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
2.0 Follow-up Medical Visit

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
No active medication.

HISTORICAL FACTORS OF CARE:
**Family Hx:**

congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and tingling. The condition is aggravated by walking, lying down and sitting.
**Low Back:**
central low back At the previous visit, Deonta experienced pain of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting.

REVIEW OF SYSTEMS:
**General:**
Patient admits sleep disturbance and change in routine.
**Head:**
Patient admits dizziness, head trauma and concussion.
**Muscle/Bone:**
Patient admits joint pain, stiffness, muscle aches and bone pain.

SUBJECTIVE COMPLAINT:
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as aching, sharp and numbness. The condition is aggravated by walking, lying down and standing.
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 80 % of the time. Deonta describes his symptoms as sharp, throbbing and numbness. The condition is aggravated by walking and lying down.

EXAMINATION:
**Follow up Physical Examination:**
Constitutional: Awake and alert. Appears healthy and well developed. NAD. Head/Face: Atraumatic, normocephalic and symmetric on inspection. Eyes: Sclerae are normal. Eyelids normal and palpebral fissures equal. Skin: Skin is warm and dry. Skin normal to palpation overall. Hair appears normal. Neurological: Normal orientation in person, place, time and situation. Mood and affect are normal. Memory is intact. Attention is within normal limits. Language is fluent. Speech is clear. Neuro: No focal neuro deficits on gross exam. Tone: Muscle tone is normal in the upper and lower extremities. Gait: WNL. No dependent edema. Lumbar Tender to palpation on L4 spinous process, and sciatic notch on left side Flexion: 70 degrees with pain in lumbar spine Extension: 5 degrees with extreme pain in lumbar

spine Lateral bending 25 degrees BL with pain SLR native bilaterally

PROBLEM/DX:

- Diagnosis of Sprain of ligaments of lumbar spine, initial encounter (S33.5XXA) Assessment:Stable

RADIOGRAPHIC EVALUATION:

X-ray reviewed Cervical No fracture of the TMJ noted. Skull countour intact. Straigthening of normal cervical curvature, likely due to muscle spasm Hourglassing on C2-C6 Lumbar rightward curvature of lumbar spine L5 retrolisthesis with decreased joint space on L5-S1. Hourglassing of L1-L5. Thoracic spine Rightward curvature likely due to muscle spasm Maintained joint spaces of thoracic spine. Pelvis Right hip depression by 5.34 mm 3.53mm depression in right femur.

PLAN:

MEDICAL PROCEDURE:

**Iontophoresis Patches:**

The patient's skin was cleansed with alcohol swabs. Once the skin was dry an iontophoresis patch was placed on the lumbar region. Prior to being paced on the skin, 1cc of SARAPIN was added to positive side of patch. which was fixated over the area of most pain and 1cc of NS was added to the negative side of the patch. Process completed

PROVIDER CARE INSTRUCTIONS:

Continue with ice to the affected areas for 20 minutes two or three times daily. Continue chiropractic care and physical therapy Continue with current meds as prescribed. Return to clinic as scheduled.

SERVICE PERFORMED:

CPT : 99213 x 1. 97033 x 1, A4550 x 1, J3490 x 1

Yosan Negga, PA-C

This document signed electronically by Yosan Negga, PA-C on 12/15/2022 12:23

Deonta Willis, DOB: [redacted], Rehab and Medical Procedures, 12/09/2022

**ChiMedical Management Group**
541 Forest Parkway Suite 14, FOREST PARK, GA : 302976110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

**Rehab and Medical Procedures** 12/13/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN:** **RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/13/2022 14:52
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
3.0 Pre-Procedure Clearance Visit.

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
Robaxin 750mg, as needed Celebrex 200mg daily
No active medication.

HISTORICAL FACTORS OF CARE:
**Family Hx:**

congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and tingling. The condition is aggravated by walking, lying down and sitting.
**Low Back:**
central low back At the previous visit, Deonta experienced pain of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting.

REVIEW OF SYSTEMS:
**General:**
Patient admits sleep disturbance and change in routine.
**Head:**
Patient admits dizziness, head trauma and concussion.
**Muscle/Bone:**
Patient admits joint pain, stiffness, muscle aches and bone pain.

SUBJECTIVE COMPLAINT:
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as aching, sharp and numbness. The condition is aggravated by walking, lying down and standing.
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 80 % of the time. Deonta describes his symptoms as sharp, throbbing and numbness. The condition is aggravated by walking and lying down.

EXAMINATION:
**Follow up Physical Examination:**
Tender to palpation on C7 spinous process,and bilateral paraspinal muscles. Flexion: 50 degrees Extension: 20 degrees Lateral bending 45 degrees bilaterally Rotation 80 degrees bilatearlly with pain on bilatareal paraspinal muscles Lehmette sign positive Lumbar Tender to palpation on L4 spinous process, and sciatic notch on left side Flexion: 70 degrees with pain in lumbar spine Extension: 5 degrees with extreme pain in lumbar spine Lateral bending 25 degrees BL with pain SLR native bilaterally Constitutional: Awake and alert. Appears healthy and well developed. NAD. Head/Face: Atraumatic, normocephalic and symmetric on inspection. Eyes: Conjunctivae

pink and moist. Sclerae are normal. Eyelids normal and palpebral fissures equal. PERRL.HEENT: Throat is normal. Oral cavity is normal. Hearing is normal. Neck: Neck is supple. Normal to inspection. Normal to palpation. No adenopathy. No thyroid enlargement or masses. Pulmonary: Respiration rate is normal. Clear in all fields. No rales, rhonchi or wheezes noted. Cardiac: Rate is normal. Rhythm is regular. No murmur or ectopy. Skin: Skin is warm and dry. Hair appears normal. Neurological: Normal orientation in person, place, time and situation. Mood and affect are normal. Memory is intact. Attention is within normal limits. Language is fluent. Speech is clear. Cranial nerves: CN II-XII are grossly intact. Motor: Strength is 5/5 proximally and distally in the upper and extremities, bilaterally. Muscle tone is normal in the upper and lower extremities. No dependent edema or swelling. Gait: WNL.

PROBLEM/DX:

- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable

PLAN:

MEDICAL PROCEDURE:

**Pre-Surgical Plan:**

Pre-surgical testing will be completed today. The following labs were ordered: Blood work (CBC, CMP, PPT, PT/INR) ordered as STAT and EKG performed in the office today. Physical exam has been completed and the patient is a cleared for surgery pending bloodwork results and completion/review of EKG. MUA recommendation for cervical and lumbar spine with facet PRP injections pending MRIs. ECG: Heart rate 74, Normals onus rhythm, incomplete right bundle branch block, reviewed by Dr. Patel. Normal ECG As the current history of present illness indicated, the current complaints were attributed to a slip and fall. Upon review of the patient's history and supplied medical records, after considerable attemps of treatment by various medical and chiropractic practitioners, a plateau has been reached reflecting minimal improvement with past treatment attempts present with significant limitations affecting function of the region. The stiffness and dysfunction has been also causing dysfunction with job duties and activities of daily living. Ultrasound, exercise, chirpractic manipulation, and medication have been used to ate to resolve the condition without favorable results . Since surgical intervention is not an option in this case, the patient prefers to try Manipulation under Anesthesia as a curative approach. I am of the opinion that MUA is the only available option at this point in time. I am cautioned that this is a very fragile joint and great care must be exercised during the procedure to insure a successful outcome. Each procedure will be evaluated for efficacy and the degree of improvement will dictate the necessity or lack of necessity if additional procedures are warranted.

PROVIDER CARE INSTRUCTIONS:

Patient will do MRI's tomorrow for cervical, thoracic and lumbar regions. Continue Robaxin and Celebrex as written. Continue to ice affected areas 20 minutes two or three times daily

LABS:

Order on : 12/13/2022

CMP (Z01.818), CBC (Z01.818), PT (Z01.818), PTT (Z01.818),

SERVICE PERFORMED:

CPT : 85025 x 1, 80053 x 1, 85610 x 1, 85730 x 1, 99213 x 1, 93000 x 1

Yosan Negga, PA-C

This document signed electronically by Yosan Negga, PA-C on 12/15/2022 12:26

**ChiMedical Management Group**
541 Forest Parkway Suite 14, FOREST PARK, GA : 302976110
Business : 877-495-7773 Business Fax : 866-537-1711 E-Mail : sasjcenter@gmail.com

**Rehab and Medical Procedures** 12/19/2022

**Patient:** Deonta Willis **MRN:** 2211230003
**DOB:** [redacted] **Gender:** MALE **SSN: RACE:** AFRICAN AMERICAN **Language:** ENGLISH

**Date of Service:** 12/19/2022 16:13
**Type of Service:** Office or Other Outpatient Services (Established Patient)

Case Number: 2211230003 | Type: Outpatient | Case Date: 11/28/2022 | Description: Slip and Fall at WalMart in Morrow, GA | Status: Open

NOTE TYPE:
3.1 Post Procedure Follow-Up.

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
Robaxin 750mg, as needed Celebrex 200mg daily
No active medication.

HISTORICAL FACTORS OF CARE:
**Family Hx:**

congestive heart failure in paternal grandfather
**Past Medical Hx:**

Allergy/Immunology history includes seasonal allergy.
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and tingling. The condition is aggravated by walking, lying down and sitting.
**Low Back:**
central low back At the previous visit, Deonta experienced pain of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as sharp, numbness and burning. The condition is aggravated by walking, lying down and sitting.

REVIEW OF SYSTEMS:
**General:**
Patient admits sleep disturbance and change in routine.
**Head:**
Patient admits dizziness, head trauma and concussion.
**Muscle/Bone:**
Patient admits joint pain, stiffness, muscle aches and bone pain.

HISTORY OF PRESENT ILLNESS:
**3.1 Post Procedure Follow-Up:**
Mr. Willis is following up after MUA of cervial and lumbar spine with lumbar PRP injections. He states he has improved range of motion in these areas.

SUBJECTIVE COMPLAINT:
**Mid Back:**
central mid back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 70 % of the time. Deonta describes his symptoms as aching, sharp and numbness. The condition is aggravated by walking, lying down and standing.
**Low Back:**
central low back with a current intensity of 8 on a scale of 10. Deonta states his pain is present 80 % of the time. Deonta describes his symptoms as sharp, throbbing and numbness. The condition is aggravated by walking and lying down.

EXAMINATION:
**Follow up Physical Examination:**

Cervical Nontender to palpation on C7 spinous process,and bilateral paraspinal muscles. Flexion: 50 degrees Extension: 20 degrees Lateral bending 45 degrees bilaterally Rotation 80 degrees bilatearlly without pain on bilatareal paraspinal muscles Lehmette sign positive Lumbar Nontender to palpation on L4 spinous process, and sciatic notch on left side Flexion: 70 degrees with pain in lumbar spine Extension: 15 degrees without pain Lateral bending 25 degrees BL without pain SLR native bilaterally Constitutional: Awake and alert. Appears healthy and well developed. NAD. Head/Face: Atraumatic, normocephalic and symmetric on inspection. Eyes: Conjunctivae pink and moist. Sclerae are normal. Eyelids normal and palpebral fissures equal. PERRL.HEENT: Throat is normal. Oral cavity is normal. Hearing is normal. Neck: Neck is supple. Normal to inspection. Normal to palpation. No adenopathy. No thyroid enlargement or masses. Pulmonary: Respiration rate is normal. Clear in all fields. No rales, rhonchi or wheezes noted. Cardiac: Rate is normal. Rhythm is regular. No murmur or ectopy. Skin: Skin is warm and dry. Hair appears normal. Neurological: Normal orientation in person, place, time and situation. Mood and affect are normal. Memory is intact. Attention is within normal limits. Language is fluent. Speech is clear. Cranial nerves: CN II-XII are grossly intact. Motor: Strength is 5/5 proximally and distally in the upper and extremities, bilaterally. Muscle tone is normal in the upper and lower extremities. No dependent edema or swelling. Gait: WNL.

PROBLEM/DX:

- Diagnosis of Postconcussional syndrome (F07.81) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, lumbosacral region (M48.37) Assessment:Stable
- Diagnosis of Traumatic spondylopathy, cervical region (M48.32) Assessment:Stable

PLAN:

PROVIDER CARE INSTRUCTIONS:

Continue Robaxin and Celebrex as written. Continue to ice affected areas 20 minutes two or three times daily

SERVICE PERFORMED:

CPT : 99213 x 1

Yosan Negga, PA-C

This document signed electronically by Yosan Negga, PA-C on 02/21/2023 11:08

Quest

# WILLIS,DEONTA

DOB: [redacted] Age: 38 Specimen: AL173278C Collected: 03/19/2021 11:45 Client #: 7403437
Sex: M Fasting: N Requisition: 9602331 Received: 03/20/2021 02:38 WALLACE,BILL L
Phone: Report Status: FINAL - SEE REPORT Reported: 03/20/2021 04:21 FAMILY PRACTICE MEDICINE
Patient ID: 2480 WINDY HILL RD SE STE 200
MARIETTA, GA 30067-8658
Phone: (770) 952-4456
Fax: (770) 952-6728

## COMPREHENSIVE METABOLIC PANEL (FINAL)

Lab: AT

| Analyte | Value | | |
|---|---|---|---|
| GLUCOSE (2345-7)<br>Non-fasting reference interval | 92 | Reference Range: 65-139 mg/dL | FINAL |
| UREA NITROGEN (BUN) (3094-0) | 13 | Reference Range: 7-25 mg/dL | FINAL |
| CREATININE (2160-0) | 1.09 | Reference Range: 0.60-1.35 mg/dL | FINAL |
| eGFR NON-AFR. AMERICAN (77147-7) | 87 | Reference Range: > OR = 60 mL/min/1.73m2 | FINAL |
| eGFR AFRICAN AMERICAN (48643-1) | 101 | Reference Range: > OR = 60 mL/min/1.73m2 | FINAL |
| BUN/CREATININE RATIO (3097-3) | NOT APPLICABLE | Reference Range: 6-22 (calc) | FINAL |
| SODIUM (2951-2) | 141 | Reference Range: 135-146 mmol/L | FINAL |
| POTASSIUM (2823-3) | 4.3 | Reference Range: 3.5-5.3 mmol/L | FINAL |
| CHLORIDE (2075-0) | 107 | Reference Range: 98-110 mmol/L | FINAL |
| CARBON DIOXIDE (2028-9) | 23 | Reference Range: 20-32 mmol/L | FINAL |
| CALCIUM (17861-6) | 10.1 | Reference Range: 8.6-10.3 mg/dL | FINAL |
| PROTEIN, TOTAL (2885-2) | 7.6 | Reference Range: 6.1-8.1 g/dL | FINAL |
| ALBUMIN (1751-7) | 4.9 | Reference Range: 3.6-5.1 g/dL | FINAL |
| GLOBULIN (10834-0) | 2.7 | Reference Range: 1.9-3.7 g/dL (calc) | FINAL |
| ALBUMIN/GLOBULIN RATIO (1759-0) | 1.8 | Reference Range: 1.0-2.5 (calc) | FINAL |
| BILIRUBIN, TOTAL (1975-2) | 0.6 | Reference Range: 0.2-1.2 mg/dL | FINAL |
| ALKALINE PHOSPHATASE (6768-6) | 46 | Reference Range: 36-130 U/L | FINAL |
| AST (1920-8) | 14 | Reference Range: 10-40 U/L | FINAL |
| ALT (1742-6) | 11 | Reference Range: 9-46 U/L | FINAL |

## CBC (INCLUDES DIFF/PLT) (FINAL)

Lab: AT

| Analyte | Value | | |
|---|---|---|---|
| WHITE BLOOD CELL COUNT (6690-2) | 3.8 | Reference Range: 3.8-10.8 Thousand/uL | FINAL |
| RED BLOOD CELL COUNT (789-8) | 4.67 | Reference Range: 4.20-5.80 Million/uL | FINAL |
| HEMOGLOBIN (718-7) | 13.9 | Reference Range: 13.2-17.1 g/dL | FINAL |
| HEMATOCRIT (4544-3) | 42.0 | Reference Range: 38.5-50.0 % | FINAL |
| MCV (787-2) | 89.9 | Reference Range: 80.0-100.0 fL | FINAL |
| MCH (785-6) | 29.8 | Reference Range: 27.0-33.0 pg | FINAL |
| MCHC (786-4) | 33.1 | Reference Range: 32.0-36.0 g/dL | FINAL |
| RDW (788-0) | 13.1 | Reference Range: 11.0-15.0 % | FINAL |

| | | | |
|---|---|---|---|
| **PLATELET COUNT** (777-3) | 244 | Reference Range: 140-400 Thousand/uL | FINAL |
| **MPV** (776-5) | 12.5 | Reference Range: 7.5-12.5 fL | FINAL |
| **ABSOLUTE NEUTROPHILS** (751-8) | 1813 | Reference Range: 1500-7800 cells/uL | FINAL |
| **ABSOLUTE LYMPHOCYTES** (731-0) | 1668 | Reference Range: 850-3900 cells/uL | FINAL |
| **ABSOLUTE MONOCYTES** (742-7) | 239 | Reference Range: 200-950 cells/uL | FINAL |
| **ABSOLUTE EOSINOPHILS** (711-2) | 49 | Reference Range: 15-500 cells/uL | FINAL |
| **ABSOLUTE BASOPHILS** (704-7) | 30 | Reference Range: 0-200 cells/uL | FINAL |
| **NEUTROPHILS** (770-8) | 47.7 | % | FINAL |
| **LYMPHOCYTES** (736-9) | 43.9 | % | FINAL |
| **MONOCYTES** (5905-5) | 6.3 | % | FINAL |
| **EOSINOPHILS** (713-8) | 1.3 | % | FINAL |
| **BASOPHILS** (706-2) | 0.8 | % | FINAL |

**Performing Sites**

AT Quest Diagnostics-Atlanta, 1777 Montreal Circle, Tucker, GA 30084-6802 Laboratory Director: Dr Andrew N Young

**Key**

Priority Out of Range   Out of Range   PEND Pending Result   PRE Preliminary Result   FINAL Final Result   RE Reissued Result

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - ® and ™ - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2022 Quest Diagnostics Incorporated. All rights reserved.

Quest Diagnostics

Page 1 of 1 12/14/2022 01:03:37 PM **Report Status: Partial - Courtesy Copy**

**WILLIS, DEONTA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **WILLIS, DEONTA**<br>**DOB:** [redacted] **AGE: 37**<br>Gender: M Fasting: U<br>Phone: [redacted]<br>Patient ID: NG | Specimen: AL261050Y<br>Requisition: 8018682<br><br>Collected: 12/13/2022<br>Received: 12/13/2022 / 22:43 EST<br>Faxed: 12/14/2022 / 13:01 EST | Client #: 10658364 QATL000<br>COOPER, STEPHEN B<br>SOUTH ATLANTA JOINT<br>Attn: STE 14<br>541 FOREST PKWY<br>FOREST PARK, GA 30297-6144 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | AT |
| GLUCOSE | 97 | | 65-99 mg/dL<br><br>Fasting reference interval | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.94 | | 0.60-1.26 mg/dL | |
| EGFR | 107 | | > OR = 60 mL/min/1.73m2 | |
| The eGFR is based on the CKD-EPI 2021 equation. To calculate the new eGFR from a previous Creatinine or Cystatin C result, go to https://www.kidney.org/professionals/ kdoqi/gfr%5Fcalculator | | | | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 27 | | 20-32 mmol/L | |
| CALCIUM | 9.9 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.8 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.9 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 45 | | 36-130 U/L | |
| AST | 18 | | 10-40 U/L | |
| ALT | 22 | | 9-46 U/L | |
| PROTHROMBIN TIME-INR | | | | AT |
| INR | 1.0 | | | |
| Reference Range 0.9-1.1<br>Moderate-intensity Warfarin Therapy 2.0-3.0<br>Higher-intensity Warfarin Therapy 3.0-4.0 | | | | |
| PT | 10.3 | | 9.0-11.5 sec | |
| For additional information, please refer to http://education.questdiagnostics.com/faq/FAQ104 (This link is being provided for informational/ educational purposes only.) | | | | |

**PENDING TESTS:**

| |
|---|
| CBC (INCLUDES DIFF/PLT) |

**PERFORMING SITE:**

AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

**Report Status: Final - Courtesy Copy**
**WILLIS, DEONTA**

| Patient Information | Specimen Information | Client Information |
| --- | --- | --- |
| WILLIS, DEONTA<br>DOB: [redacted] AGE: 37<br>Gender: M Fasting: U<br>Phone: [redacted]<br>Patient ID: NG | Specimen: AL261050Y<br>Requisition: 8018682<br><br>Collected: 12/13/2022<br>Received: 12/13/2022 / 22:43 EST<br>Faxed: 12/15/2022 / 06:31 EST | Client #: 10658364 QATL000<br>COOPER, STEPHEN B<br>SOUTH ATLANTA JOINT<br>Attn: STE 14<br>541 FOREST PKWY<br>FOREST PARK, GA 30297-6144 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
| --- | --- | --- | --- | --- |
| COMPREHENSIVE METABOLIC PANEL | | | | AT |
| GLUCOSE | 97 | | 65-99 mg/dL<br>Fasting reference interval | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.94 | | 0.60-1.26 mg/dL | |
| EGFR | 107 | | > OR = 60 mL/min/1.73m2 | |
| The eGFR is based on the CKD-EPI 2021 equation. To calculate the new eGFR from a previous Creatinine or Cystatin C result, go to https://www.kidney.org/professionals/kdoqi/gfr%5Fcalculator | | | | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 27 | | 20-32 mmol/L | |
| CALCIUM | 9.9 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.8 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.9 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 45 | | 36-130 U/L | |
| AST | 18 | | 10-40 U/L | |
| ALT | 22 | | 9-46 U/L | |
| PROTHROMBIN TIME-INR | | | | AT |
| INR | 1.0 | | | |
| Reference Range 0.9-1.1<br>Moderate-intensity Warfarin Therapy 2.0-3.0<br>Higher-intensity Warfarin Therapy 3.0-4.0 | | | | |
| PT | 10.3 | | 9.0-11.5 sec | |
| For additional information, please refer to http://education.questdiagnostics.com/faq/FAQ104 (This link is being provided for informational/ educational purposes only.) | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | AT |
| WHITE BLOOD CELL COUNT | 6.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.92 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.4 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 43.1 | | 38.5-50.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 13.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 277 | | 140-400 Thousand/uL | |
| MPV | 12.4 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 3943 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1891 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 217 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 112 | | 15-500 cells/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

**Report Status: Final - Courtesy Copy**

**WILLIS, DEONTA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **WILLIS, DEONTA**<br>**DOB:** [redacted] **AGE: 37**<br>Gender: M Fasting: U<br>Patient ID: NG | Specimen: AL261050Y<br>Collected: 12/13/2022<br>Received: 12/13/2022 / 22:43 EST<br>Faxed: 12/15/2022 / 06:31 EST | Client #: 10658364<br>COOPER, STEPHEN B |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE BASOPHILS | 37 | | 0-200 cells/uL | |
| NEUTROPHILS | 63.6 | | % | |
| LYMPHOCYTES | 30.5 | | % | |
| MONOCYTES | 3.5 | | % | |
| EOSINOPHILS | 1.8 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING SITE:**

AT QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

Quest Diagnostics

 12/15/2022 08:12:47 AM

**Report Status: Final**

**WILLIS, DEONTA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **WILLIS, DEONTA**<br>**DOB:** [redacted] **AGE: 37**<br>Gender: M Fasting: U<br>Phone: [redacted]<br>Patient ID: NG | Specimen: AL261050Y<br>Requisition: 8018682<br><br>Collected: 12/13/2022<br>Received: 12/13/2022 / 22:43 EST<br>Reported: 12/14/2022 / 15:34 EST | Client #: 10658364 QATL000<br>COOPER, STEPHEN B<br>SOUTH ATLANTA JOINT<br>Attn: STE 14<br>541 FOREST PKWY<br>FOREST PARK, GA 30297-6144 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | AT |
| GLUCOSE | 97 | | 65-99 mg/dL<br><br>Fasting reference interval | |
| UREA NITROGEN (BUN) | 11 | | 7-25 mg/dL | |
| CREATININE | 0.94 | | 0.60-1.26 mg/dL | |
| EGFR | 107 | | > OR = 60 mL/min/1.73m2 | |
| The eGFR is based on the CKD-EPI 2021 equation. To calculate the new eGFR from a previous Creatinine or Cystatin C result, go to https://www.kidney.org/professionals/kdoqi/gfr%5Fcalculator | | | | |
| BUN/CREATININE RATIO | NOT APPLICABLE | | 6-22 (calc) | |
| SODIUM | 141 | | 135-146 mmol/L | |
| POTASSIUM | 3.9 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 106 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 27 | | 20-32 mmol/L | |
| CALCIUM | 9.9 | | 8.6-10.3 mg/dL | |
| PROTEIN, TOTAL | 7.7 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.8 | | 3.6-5.1 g/dL | |
| GLOBULIN | 2.9 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.7 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 mg/dL | |
| ALKALINE PHOSPHATASE | 45 | | 36-130 U/L | |
| AST | 18 | | 10-40 U/L | |
| ALT | 22 | | 9-46 U/L | |
| PROTHROMBIN TIME-INR | | | | AT |
| INR | 1.0 | | | |
| Reference Range 0.9-1.1<br>Moderate-intensity Warfarin Therapy 2.0-3.0<br>Higher-intensity Warfarin Therapy 3.0-4.0 | | | | |
| PT | 10.3 | | 9.0-11.5 sec | |
| For additional information, please refer to http://education.questdiagnostics.com/faq/FAQ104 (This link is being provided for informational/ educational purposes only.) | | | | |
| CBC (INCLUDES DIFF/PLT) | | | | AT |
| WHITE BLOOD CELL COUNT | 6.2 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.92 | | 4.20-5.80 Million/uL | |
| HEMOGLOBIN | 14.4 | | 13.2-17.1 g/dL | |
| HEMATOCRIT | 43.1 | | 38.5-50.0 % | |
| MCV | 87.6 | | 80.0-100.0 fL | |
| MCH | 29.3 | | 27.0-33.0 pg | |
| MCHC | 33.4 | | 32.0-36.0 g/dL | |
| RDW | 13.1 | | 11.0-15.0 % | |
| PLATELET COUNT | 277 | | 140-400 Thousand/uL | |
| MPV | 12.4 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 3943 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 1891 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 217 | | 200-950 cells/uL | |
| ABSOLUTE EOSINOPHILS | 112 | | 15-500 cells/uL | |



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| WILLIS, DEONTA<br>DOB: [redacted] AGE: 37<br>Gender: M Fasting: U<br>Patient ID: NG | Specimen: AL261050Y<br>Collected: 12/13/2022<br>Received: 12/13/2022 / 22:43 EST<br>Reported: 12/14/2022 / 15:34 EST | Client #: 10658364<br>COOPER, STEPHEN B |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ABSOLUTE BASOPHILS | 37 | | 0-200 cells/uL | |
| NEUTROPHILS | 63.6 | | % | |
| LYMPHOCYTES | 30.5 | | % | |
| MONOCYTES | 3.5 | | % | |
| EOSINOPHILS | 1.8 | | % | |
| BASOPHILS | 0.6 | | % | |

**PERFORMING SITE:**

AI QUEST DIAGNOSTICS-ATLANTA, 1777 MONTREAL CIRCLE, TUCKER, GA 30084-6802 Laboratory Director: ANDREW N YOUNG,MD,PHD, CLIA: 11D0255931



Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



PLEASE MARK EVERY AREA USING THE KEY BELOW. YOU CAN USE ARROWS TO SHOW SHOOTING PAIN AND NUMBERING 1 THROUGH 6 TO SHOW THE MOST SIGNIFICANT.

**B = BURNING**
**S = SHOOTING**
**X = PAIN**
**V = SEVERE PAIN**
**D = DULL PAIN**
**N = NUMBNESS**
**W = WEAKNESS**

IF YOU WENT TO THE HOSPITAL, WHICH ONE AND WHAT HAPPENED THERE?

HOSPITAL? Southern Regional CITY/ Riverdale

STATE: GA

CIRCLE WHAT APPLIES TO YOUR HOSPITAL VISIT: EXAMINED X-RAYED

( HEAD, NECK , BACK, SHOULDER, ARM,

HIP, KNEE, ________ ) MRI CT ( HEAD, NECK , BACK, SHOULDER, ARM,

HIP, KNEE, ________ )

SURGERY STITCHES ( HOW MANY AND WHERE NO )

IV MEDICATION ? ________

SCRIPT FOR ADDITIONAL MEDICATION, OTHER:

PAST HEALTH HISTORY:

HAVE YOU BEEN INVOLVED IN AN AUTO ACCIDENT PRIOR TO THIS ONE

Y N

ARE YOU PREGNANT Y N

HAVE YOU HAD PREVIOUS HOSPITALIZATIONS Y N

HAVE YOU HAD ANY PRIOR SURGERIES Y N

Case 2:24-cv-00061-SCJ Document 1-1 Filed 03/25/24 Page 149 of 185

# AUTO ACCIDENT ONLY TO COMPLETE

## IT HELPS US TO HELP YOU IF YOU CAN BE VERY THOROUGH AND COMPLETE, FEEL FREE TO ASK FOR HELP

| | | |
|---|---|---|
| Date and time of Accident<br>11-1 | Location of Accident - Street or Intersection | City and State of Accident |
| Where were you in the vehicle?<br>Passenger, Front Seat, Driver etc | What Direction were you facing?<br>Looking behind you? Head turned? | Were you wearing a seatbelt?<br>Crossbody or Lap type? |
| What were you driving?<br>Vehicle Make and Model | What type of Vehicle hit you?<br>Make and model or type (Truck, Bus) if unknown | How did the vehicle hit you? (T-Boned, Head on, Side-swiped etc) |
| Did you have time to brace for impact? | Was it a hit and run? | Did your seat break? |
| Did the Airbag Deploy? | Were you burned by the airbag? | Were you thrown from the car? |
| Do you have any recollection of the accident (unconscious) | Were you pushed into another vehicle? | Were you run off the road? |
| Were you knocked off the road into a ditch? | Did the vehicle spin around? Did the vehicle flip over? If so how many times? | Was the vehicle you were in totaled? If not was the damage mild, moderate or severe by what you remember? |
| Did any windows break? If so please list | Did you go to the Emergency Room? (By Ambulance, Drove yourself or did someone take you?) | Any other details we need to know? |
| Have you had any previous accident that we need to know about? | Any injuries or injuries that were re-injured in the accident | Any pets/property affected by this accident |

| OWCP Injuries- What Employment Related Activity Contributed to this? | When did you first notice it? Is it continuous? Does it Come and Go? | Have you sought medical help in the past? Where and When? | Do you have any other jobs or activities that could be responsible for this? |
|---|---|---|---|



9/8/2023

Page 150 of 185

| Medication List | Strength | Purpose | Frequency |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| ↓ | ↓ | ↓ | ↓ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Allergy | Reaction | Severity | |
|---|---|---|---|
| N/A | | | |
| ↓ | | | |
| | | | |
| | | | |
| | | | |

Case 2:24-cv-00061-SCJ Document 1-1 Filed 03/25/24 Page 151 of 185

## Review of Systems — Please Circle All That Apply

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ALCOHOLISM | (DIZZINESS) | CHEMICAL DEPENDACY | DIABETIC HISTORY | (NIGHT SWEATS OR FEVER) | CHRONIC FATIGUE HISTORY | NUTRITIONAL PROBLEMS | UNEXPECTED WEIGHT CHANGE |
| NA | CATARACT | GLAUCOMA | COLOR BLINDNESS | MOTION SICKNESS | NIGHT BLINDNESS | BLURRY VISION | EPITAXIS NOSE BLEEDS | SEVERE SINUS |
| NA | ASTHMA | BRONCHITIS | EMPHYSEMA | INFLUENZA | PLEURISY | PNEUMONIA | TUBERCULOSIS | |
| NA | HEART ATTACK | HEART DISEASE | HEART MUMMERS | HIGH CHOLESTEROL | HIGH BLOOD PRESSURE | IRREGULAR HEART BEAT | CHEST PAIN / DISCOMFORT | SHORTNESS OF BREATH |
| NA | BLADDER PROBLEMS | CYSTITIS | GALL BLADDER DISEASE | KIDNEY DISEASE | KIDNEY STONES | NEPHRITIS | PROSTATE PROBLEMS | VAGINAL INFECTIONS VENERIAL DISEASE |
| NA | ARTHRITIS | GOUT | JOINT DEFORMITY | BONE & JOINT DISEASE | OSTEOPOROSIS | MULTIPLE SCLEROSIS | HERNIATED DISC | POSTURAL PROBLEMS SCOLIOSIS |
| NA | FACIAL WEAKNESS | EQUILIBRIUM | DYSPHAGIA DIFFICULTY EATING | HEARING DISTURBANCES | SPEECH SWALLOWING OR TASTE PROBLEMS | EPILEPSY | BLACKOUTS OR MEMORY LOSS | VERTIGO |
| NA | ANEMIA | HEPITITIS | HIV | LYMPHATIC MALIGNANCY | BLEEDING SKIN | SWOLLEN LYMPH NODES | SICKLE CELL | HISTORY OF MUMPS |
| NA | BRUISING | SKIN COLOR CHANGE | DRY SKIN | SWELLING & EDEMA | ITCHING | LESIONS | RASHES | SKIN |

6

**Planned Procedure:**

**Meds/Supplements:** (* if taken day of proc.) Beta-Blocker? ☐ No ☐ Yes

[illegible]

**Allergies/Reactions:** No Known Allergies ☒

**Past Surgical Procedures:** None ☐

**Hx Anesth. Problems:** ☐ None ☐ Yes-Patient ☐ Yes-Family

☐ Cardiovascular ☒ Negative
☐ Functional capacity less than 4 mets
☐ HTN ☐ CAD
☐ Dyslipidemia ☐ MI
☐ CHF ☐ PTCA ☐ Stents
☐ PVD ☐ Valvular Disease
☐ Pacemaker Dysrhythmia ☐ A-fib
☐ ICD ☐ Other

☐ Respiratory ☒ Negative Sleep Apnea? ☐ No ☐ Yes ☐ CPAP
☐ Home O2 ☐ COPD
☐ Recent URI ☐ Asthma
☐ Smoking ___ ppd x ___ yrs - Quit ___ Ago

☐ Neurologic ☒ Negative
☐ Dementia ☐ CVA
☐ Neuropathy ☐ TIA
☐ Back Pain ☐ Altered Mental Status
☐ Neck Pain ☐ Seizures

☐ Endocrine ☒ Negative
Diabetes ☐ I ☐ II Thyroid ☐ Hyper ☐ Hypo

☐ GI/Hepatic ☒ Negative
☐ GERD ☐ Hepatitis
☐ Obstruction ☐ IBD: Crohn's / Colitis

☐ Renal ☒ Negative
☐ CKD ☐ On Dialysis - Last Dialysis ___

☐ Heme/Onc ☒ Negative
☐ Anemia ☐ Coagulopathy
☐ Blood refusal ☐ Cancer
☐ DVT ☐ Chemo ☐ Radiation

☐ Immune/ID ☒ Negative
☐ Rheum Art ☐ Autoimmune Disease
☐ HIV ☐ Ongoing infection

☐ Other ☒ Negative
☐ Obesity ☐ ETOH Abuse
☐ Depression ☐ Drug Abuse
☐ Glaucoma ☐ Difficult IV access
☐ Pregnant (EGA ___ weeks)

**Age:** ___ yr ☐ M ☐ F **Height:** 6'0 inches ☐ cm **Weight:** 171 ☐ kg ☐ lbs

**Physical Examination:**
Heart ☒ Regular rhythm ☐ Other
Lungs ☒ Clear ☐ Other
Airway ☒ Adequate ☐ Inadequate ☐ Difficult
Mallampati II Dentition ☐ OK ☐ + Risk of damage - Pt aware
☐ Caps/Crowns ☐ Dentures: Full ☐ Partial
☐ Chipped ☐ Missing ☐ Loose

The following plan including risks/benefits/alternatives/complications discussed with & accepted by: ☐ Patient ☐ Parent ☐ Guardian ☐ Via Translator

☐ General ☐ Spinal ☐ Epidural ☐ Nerve Block/IV Regional
☒ MAC - Medical Necessity
☐ Therapeutic drug monitoring secondary or integral to propofol use
☐ Strong possibility of conversion of procedure
Successful procedure without MAC unlikely due to:
☐ History of severe anxiety, panic attacks, and/or phobias
☐ History of low pain threshold
☐ History of chronic severe pain
☐ Other - See patient's history/diagnosis/complications

☐ Arterial line ☐ Central venous cath ☐ Pulm artery cath ☐ TEE
☐ Possible plasma vent ☐ Other
☐ Postop pain management discussed ☐ PCA ☐ Epidural
☐ Spinal Opioids Nerve Block ☐ Single shot ☐ Continuous

ASA: ☐ 1 ☒ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ E Preop Evaluation by
[signature] DMD

Data: ☐ Labs N/A ☐ Medical Eval reviewed
H/H ___/___ PLT ___ K ___ PT/INR/PTT ___
Preg test ☐ Neg ☐ Pos Glucose ___ @ ___ (time)
EKG ☐ Normal or
CXR ☐ Normal or
Remarks

Pre-Proc. Eval (must be completed day of procedure only):
☐ Pt re-evaluated and following changes noted ☐ None

BP: 133 / 91 HR: 75 SpO2: 98
RR: ___ Temp: ___ NPO (am)
[signature]

Patient Identification
Willis, Deondra
[redacted]


White - Chart Yellow - Anesthesia

3/10/22, 5:49 PM

pdfFiller. On-line PDF form Filler, Editor, Type on PDF, Fill, Print, Email, Fax and Export

**South Atlanta MUA Center – Anesthesia Report**

Name: Deonta Wallis | D.O.B.( dd / mm / yyyy) / / | Record #: | NPO for 8 hours | Date: / /

M F | Age: | Wt: lbs kg | ASA: 1 (2) 3 4 | Mallampati I (II) III IV | [x] Equipment Checked [x] Pt Time Out

Allergies: NKDA | Pre-op Medications:

Procedure(s): Lg-C5- Facet joint, B SI joint, B at Trigger point, lumbar cervical MUA

Surgeon(s): Windsor, C. | Sed-Anes provider/assistant(s)

Sed-Anes start @: 0900 | Airway screen in @: 0900 | Airway screen out@ | Sed-Anes end @ 0932 | Recovery area in @ 0931 | Discharged @

Time (15 min. intervals) 0900 · x

| | | |
|---|---|---|
| $O_2$ liters /min | 2 | 2 |
| $N_2O$ liters/min | | |
| Sevo Des Iso vol % | | |
| Drugs and route: | | |
| Propofol | | 350 |
| Lidocaine | 100 | 100 |
| Toradol | 30 | 30 |
| Fluids: NS LR D5LR | | |
| LA: (mL) | | |
| ECG Rhythm | SR | SR |
| $SpO_2$ (%) | 100 | 99 |
| $EtCO_2$ (mm Hg) | [illegible] | [illegible] |
| Resp Rate / min | 16 | |
| [ ] Vent TV (mL) | | |
| PEEP/PIP (cmH2O) | | |
| Spon: SV (Assist: AV) Cont: CV | SV | SV |
| Temp °C - °F Site: | | |

Sedation-Anesthesia Type: [ ] GA [ ] Deep Sed [ ] Moderate Sed [ ] Minimal Sed

Injection 0905

MUA 0915-0928

Monitors: [x] ECG [x] NIBP [x] Pulse Ox [ ] Capnograph [ ] Precordial Stethoscope [ ] Temperature [ ] Nerve Stimulator

IV: Site (s): [x] R [ ] L [ ] Hand [ ] Wrist [x] Arm [ ] ACF [ ] Saph [ ] Foot [ ] Difficult

Fluids (mL): EBL (mL): Urine (mL):

Airway: [x] Nasal Cannula [ ] Mask Airway Needed? Y N Ventilation: [ ] Easy [ ] Difficult [ ] Oral [ ] ETT [ ] Nasal R L Size: cm [ ] Cuff [ ] Air [ ] LMA Size: [ ] Flex Laryngoscope blade(s) Grade: I II III IV [ ] Blind [ ] Fiberoptic [ ] Magill [ ] Difficult Attempts

Extubation: [ ] Awake [ ] Asleep



Time-line Symbols: V = Systolic BP Λ = Diastolic BP o = Heart rate

**Recovery Area Vital Signs**

Time 0931 VS 100 · 78 · 110 · 123/88

Time 0936 VS 100% 84 121/87, 18

Time 0941 VS 126/89 99, 79, 20

Time 0946 VS 119/91 98, 77, 18

Time ____ VS ____

Time ____ VS ____

**Recovery Note**

[x] Report given to recovery personnel

**Discharge Summary**

[x] Awake, responsive & oriented [x] Heart rate & BP WNL
[x] Minimal no PONV [x] $SpO_2$ > 94% or at pre-op value
[x] Instructions discussed: escort patient [x] Post op pain controlled
[x] Received written post op instructions [x] All questions answered prior to d/c
[x] Pt discharged from office in care of Wife, Janey

9/8/2023

ALLEGIANCE MANAGED BY imagelink

| | | | |
|---|---|---|---|
| **Patient Name:** | **WILLIS, DEONTA** | **Date of Service:** | **16-Dec-2022 08:59:29 AM** |
| **Date of Birth:** | [redacted] | **Accession Number:** | **RAM179649** |
| **Patient Number:** | **20549** | **Gender:** | **M** |
| **Referring Physician:** | **NEGGA, YASAN PA-C** | | |

# MRI THORACIC SPINE W/O CONTRAST

History: Thoracic pain s/p MVA dated 11/16/2022.

Technical factors: MRI thoracic spine was performed without IV contrast using routine protocols. Images were acquired utilizing multiple sequences in the axial and sagittal planes.

Comparisons: None

Findings:

Vertebral body height: No compression deformities.
Disc height and Disc signal: No significant desiccation noted. Mild disc space narrowing.
Spinal Cord signal: No abnormal signal changes are demonstrated.
Alignment: Normal. No spondylolisthesis.
Bone marrow signal: No reconversion
Paraspinal and prevertebral soft tissues: No evidence of high T2/STIR signal in the paraspinal soft tissues to suggest edema or swelling
Other Findings: None

Axial Imaging:

T1-2: The intervertebral disc is intact. Facet articulations are intact.

ALLEGIANCE MANAGED BY imagelink

| | | | |
|---|---|---|---|
| **Patient Name:** | **WILLIS, DEONTA** | **Date of Service:** | **16-Dec-2022 08:59:29 AM** |
| **Date of Birth:** | [redacted] | **Accession Number:** | **RAM179649** |
| **Patient Number:** | **20549** | **Gender:** | **M** |
| **Referring Physician:** | **NEGGA, YASAN PA-C** | | |

Central canal and foramina are patent.

T2-3: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T3-4: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T4-5: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T5-6: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T6-7: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T7-T8: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T8-9: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T9-10: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T10-11: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

T11-T12: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

ALLEGIANCE MANAGED BY imagelink

| | | | |
|---|---|---|---|
| **Patient Name:** | **WILLIS, DEONTA** | **Date of Service:** | **16-Dec-2022 08:59:29 AM** |
| **Date of Birth:** | [redacted] | **Accession Number:** | **RAM179649** |
| **Patient Number:** | **20549** | **Gender:** | **M** |
| **Referring Physician:** | **NEGGA, YASAN PA-C** | | |

T12-L1: The intervertebral disc is intact. Facet articulations are intact. Central canal and foramina are patent.

Conclusions:

1. Patent central canal and foramina. No herniations.

2. Nonspecific straightening of the thoracic spine may be related to spasm versus strain.

Electronically signed by Sobti, Vikram 12-18-2022 09:27 AM

Electronically Signed by Sobti, Vikram MD at 16-Dec-2022 11:32:00 AM

ALLEGIANCE MANAGED BY imagelink

| | | | |
|---|---|---|---|
| **Patient Name:** | **WILLIS, DEONTA** | **Date of Service:** | **16-Dec-2022 09:13:38 AM** |
| **Date of Birth:** | [redacted] | **Accession Number:** | **RAM179654** |
| **Patient Number:** | **20549** | **Gender:** | **M** |
| **Referring Physician:** | **NEGGA, YASAN PA-C** | | |

# MRI LUMBAR SPINE W/O CONTRAST

Submitted Clinical Information: Low back pain post MVA 11/6/22.

Study Technique: MRI Lumbar spine was performed with Sagittal T1, T2 and STIR images. Axial T2 images were obtained.

Comparisons: None

Findings:

For purposes of numbering lumbar vertebral bodies on this study the most inferior normal diameter disc space will be considered L5-S1. No transitional vertebral body segments. Plain film radiographs would be required to confirm nomenclature used in this report, particularly prior to any spine intervention.

Vertebral body height: Normal. No compression deformities.
Disc height and Disc signal: Disc desiccation changes at L1-2, L4-5 and L5-S1.
Alignment: Loss of lumbar lordosis.
Bone marrow signal:No reconversion.
Conus medullaris: Extends to the L1 level.
Paraspinal soft tissues: No abnormal inflammation or lesion detected.
Other findings: No evidence of any focal lesion noted.

L1-2: Mild posterior disc bulge is seen indenting anterior thecal sac. Facet articulations are intact. No evidence of canal stenosis is identified at this level. The neural foramina are patent.

L2-3: No significant disc bulge is seen. Facet articulations are intact. No evidence of canal stenosis is identified at this level. The neural foramina are patent.

ALLEGIANCE MANAGED BY imagelink

| | | | |
|---|---|---|---|
| **Patient Name:** | **WILLIS, DEONTA** | **Date of Service:** | **16-Dec-2022 09:13:38 AM** |
| **Date of Birth:** | [redacted] | **Accession Number:** | **RAM179654** |
| **Patient Number:** | **20549** | **Gender:** | **M** |
| **Referring Physician:** | **NEGGA, YASAN PA-C** | | |

L3-4: Mild posterior disc bulge is seen indenting anterior thecal sac. Facet articulations are intact. No evidence of canal stenosis is identified at this level. The neural foramina are patent.

L4-5: Mild posterior disc bulge is seen indenting anterior thecal sac causing mild narrowing of bilateral neural foramina. Facet articulations are intact. No evidence of canal stenosis is identified at this level.

L5-S1: Mild posterior disc bulge is seen indenting anterior thecal sac. Facet articulations are intact. No evidence of canal stenosis is identified at this level. The neural foramina are patent.

---

Impressions:

1. Mild spondylosis as described above.

2. Mild posterior disc bulge at L4-5 is indenting anterior thecal sac causing mild narrowing of bilateral neural foramina.

3. Loss of lumbar lordosis.

Electronically signed by Sobti, Vikram 12-17-2022 11:43 AM

Electronically Signed by Sobti, Vikram MD at 16-Dec-2022 10:15:00 AM

ALLEGIANCE MANAGED BY imagelink

| | | | |
|---|---|---|---|
| **Patient Name:** | **WILLIS, DEONTA** | **Date of Service:** | **16-Dec-2022 08:49:34 AM** |
| **Date of Birth:** | [redacted] | **Accession Number:** | **RAM179647** |
| **Patient Number:** | [redacted] | **Gender:** | **M** |
| **Referring Physician:** | **NEGGA, YASAN PA-C** | | |

# MRI CERVICAL SPINE W/O CONTRAST

Clinical information: Patient complains of neck pain post MVA 11-16-22.

Study technique: MRI cervical spine was performed using Sagittal T2 and T1 imaging as well as axial T2 images. Sagittal STIR images were also obtained.

Comparisons: None

Findings:
Vertebral body height: No compression deformities. No vertebral body loss of height is noted.
Disc height and Disc signal: No disc space narrowing. Multilevel disc desiccation changes noted.
Cord signal: No abnormal signal changes are demonstrated.
Alignment: No spondylolisthesis noted. Straightening of cervical lordosis noted.
Bone marrow signal: No abnormal signal detected
Craniovertebral junction: No evidence of a Chiari malformation.
Paraspinal soft tissues: No edema .

Axial Imaging:

C2-3: No significant disc bulge is seen. Facet articulations are intact. Neural foramina are patent. No evidence of canal stenosis at this level. Mild ligamentum flavum hypertrophy noted.

C3-4: Circumferential disc bulge noted impinging the ventral thecal sac and causing mild bilateral neural foraminal stenosis. Facet articulations are intact. No evidence of canal stenosis identified at this level. Mild ligamentum flavum hypertrophy noted.

ALLEGIANCE MANAGED BY imagelink

| | | | |
|---|---|---|---|
| **Patient Name:** | **WILLIS, DEONTA** | **Date of Service:** | **16-Dec-2022 08:49:34 AM** |
| **Date of Birth:** | [redacted] | **Accession Number:** | **RAM179647** |
| **Patient Number:** | **20549** | **Gender:** | **M** |
| **Referring Physician:** | **NEGGA, YASAN PA-C** | | |

C4-5: Circumferential disc bulge noted impinging the ventral thecal sac and causing mild bilateral neural foraminal stenosis. Facet articulations are intact. No evidence of canal stenosis identified at this level. Mild ligamentum flavum hypertrophy noted.

C5-6: Circumferential disc bulge noted impinging the ventral thecal sac and causing mild bilateral neural foraminal stenosis. Facet articulations are intact. No evidence of canal stenosis identified at this level. Mild ligamentum flavum hypertrophy noted.

C6-7: Circumferential disc bulge noted abutting the ventral thecal sac. Facet articulations are intact. Neural foramina are patent. No evidence of canal stenosis identified at this level. Mild ligamentum flavum hypertrophy noted
C7-T1: No significant disc bulge is seen. Facet articulations are intact. Neural foramina are patent. No evidence of canal stenosis at this level. Mild ligamentum flavum hypertrophy noted.

---

Conclusion:

1. Annular bulge at C3-6 causing mild bilateral neural foraminal stenosis

2. Annular bulge at C6-7 abutting the ventral thecal sac.

3. Mild cervical ligamentum flavum hypertrophy as mentioned.

Electronically signed by Sobti, Vikram 12-18-2022 09:27 AM

Electronically Signed by Sobti, Vikram MD at 16-Dec-2022 10:37:00 AM

| | |
|---|---|
| Southern Regional Medical Center<br>11 Upper Riverdale Rd<br>Riverdale, GA 30274 | $2,174.76 |
| Small Hospital Innovations, LLC<br>11 Upper Riverdale Rd SW<br>Riverdale, GA 30274-2600 | $1,311.00 |
| Vulcan Imaging Associates<br>703 20th Street<br>Columbus , GA 31902 | $51.00 |
| South Atlanta Spine & Joint Center<br>541 Forest Parkway<br>Forest Park, GA 30297 | $7,417.25 |
| South Atlanta MUA Center<br>541 Forest Parkway<br>Forest Park, GA 30297 | $44,298.75 |
| ChiMed Rehab South Atlanta<br>541 Forest Parkway<br>Forest Park, GA 30297 | $4,233.98 |
| Image Link<br>245 Village Center Parkway, Suite 130<br>Stockbridge, GA | $2,350.00 |
| TOTAL CHARGES: | $61,836.74 |

CLIENT:

# Southern Regional Medical Center

**11 Upper Riverdale Rd. Riverdale, GA 30274-2615**

Deonta Ramon Willis
[redacted]
FOREST PARK GA 30297

Guarantor ID: 2921310

| Date of Bill: | Admission Date: | Discharge Date: |
|---|---|---|
| 5/18/2023 | 11/17/22 | 11/17/22 |

| Services Provided at: | Patient Name: | Patient Account # |
|---|---|---|
| Ga Southern Regional Medical Center | Willis, Deonta Ramon | 758000010460 |

| Insurance Company |
|---|
| |
| |
| |

**Charges**

| Service Date | Rev Code | CPT/HCPCS | Px Code | Description | Qty | Amt |
|---|---|---|---|---|---|---|
| 11/17/22 | 0250 | | 25000000 | ACETAMINOPHEN 500 MG TABS | 2 | $0.46 |
| 11/17/22 | 0320 | 72100 | 32000034 | HC X-RAY LUMBAR SPINE 2/3 VW | 1 | $775.00 |
| 11/17/22 | 0450 | 99283 | 45000003 | HC ED LEVEL 3 | 1 | $1,399.30 |
| | | | | **Total Charges** | | **$2,174.76** |

***** SUMMARY BY SERVICE *****

| Rev Code | Description | Qty | Amount |
|---|---|---|---|
| 0250 | Pharmacy-General | 2 | $0.46 |
| 0320 | Radiology-Diagnostic-General | 1 | $775.00 |
| 0450 | Emergency Room-General | 1 | $1,399.30 |

**Current Hospital Account Balance:** $2,174.76

This is not a bill, this is an Itemization of your charges. If you have any questions, Please contact the Business Office at (956)-291-1700

**Patient Information** 12832558 - Willis, Deonta

DUVA-SAWKO

[redacted]

Forest Park,GA 30297-1384

[redacted] Phone: 4049920415

**Guarantor Name** NONE,

**Make Check Payable To:**

Small Hospital Innovations, LLC
P.O. Box 9128
Daytona Beach,FL 321209128

| Date Of Service | Physician | Facility | CPT |
|---|---|---|---|
| 11/17/2022 | Johnson, Denetra | Southern Regional Medical Center | 99284 |

| Bill To | Status | Billed Date | Ded | Billed Amt | Paid Dt | Paid Amt | Check No | TIC |
|---|---|---|---|---|---|---|---|---|
| | Charge | 11/17/22 | | $1,311.00 | 12/06/22 | ($1,311.00) | | |
| | Billed | 12/08/22 | | $1,311.00 | 01/08/23 | $0.00 | | |
| | Billed | 01/08/23 | | $1,311.00 | 02/08/23 | $0.00 | | |
| | Billed | 02/08/23 | | $1,311.00 | 03/08/23 | $0.00 | | |
| | Bad Debt | 03/08/23 | | $1,311.00 | 03/28/23 | $1,311.00 | | |

**Agency Balance:** $1,311.00 **Agency Com Due:** $0.00 **Proc Balance:** $0.00 Coll Stat: Y

**Total Balance:** $0.00

ImagineSoftware

**VULCAN IMAGING ASSOCIATES**
**2015 ALEXANDER DRIVE**
**DOTHAN**
**DOTHAN, AL 36301-3003**
**Phone: (800)841-4236**
**Fax: (334)794-0721**

**Patient: 1685614 - WILLIS, DEONTA RAMON**

| DATE | REF. DOCTOR | DOCTOR | PROCEDURE | MODIFIER | ICD | CHARGES | PAYMENTS | ADJUSTMENTS | BALANCE | PAYSOURCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/17/2022 | JOHNSON, DENETRA L | SIEGAL, STUART L | 72100 - RADEX SPI LUMBOSAC 2 | 26 | M54.50 | $51.00 | | | | |
| 04/25/2023 | | | Payment | | | | [redacted] | | | CON-SOUTHERN REGIONAL MED |
| | | | | | | **$51.00** | | | **$0.00** | |
| | | | **Account Total:** | | | **$51.00** | | | **$0.00** | |



9/8/2023

ChiMedical

Patient Name: Deonta Willis DOB: [redacted]

Requesting Agency: Kanner & Pintaluga

# PATIENT BALANCE BREAKDOWN

| | |
|---|---|
| Phenix City Spine & Joint Center<br>Make checks payable to Phenix City Spine & Joint Center | $ |
| ChiMed Rehab -- Phenix City<br>Make checks payable to ChiMed Rehab Phenix City | $ |
| South Atlanta Spine & Joint Center<br>Make checks payable to South Atlanta Spine & Joint Center | $ 7,417.25 |
| ChiMed Rehab – South Atlanta<br>Make checks payable to ChiMed Rehab South Atlanta | $ 4,233.98 |
| Decatur Spine & Joint Center<br>Make checks payable to Decatur Spine & Joint Center | $ |
| ChiMed Rehab – Decatur<br>Make checks payable to ChiMed Rehab Decatur | $ |
| South Atlanta MUA Center<br>Make checks payable to South Atlanta MUA Center | $ 44,298.75 |
| ChiMedical Management<br>Make checks payable to ChiMedical Management | $ |
| TOPPLE DIAGNOSTICS (Concussion Study)<br>Make checks payable to ChiMedical Management | $ |
| TRANSPORTATION<br>Make checks payable to ChiMedical Management | $ |

REDUCTION REQUESTS SHOULD BE SUBMITTED IN WRITING TO

chimedpi@chimedicalmgt.com

*****All payments should be mailed to P.O. Box 1611 Phenix City, AL 36868*****

Case 1:24-cv-00061-SCJ Document 1-1 Filed 01/05/24 Page 166 of 185

**Bill To.**

Kanner & Pintaluga, PA

201 Peachtree Street, NE, Suite 200
ATLANTA GA 30303

# Attorney Invoice

**Invoice#:** 2300000533
**Invoice Date:** 5/23/2023 11:52 AM
**Account No:** 2211230003

**Patient Information:**

Deonta Willis

[redacted]

FOREST PARK, GA 30297

| Claim No | Provider | DOS | ICD | POS | CPT | Description | Fees($) | Unit | Charges | Paid/Adj. | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2302230048 | Edward Hunt, DC | 01/03/2023 | S13.4XXA, M99.01, F07.81, M26.653, M48.37, M48.32, S33.5XXA, M99.05, M99.06, M99.03, M48.35, S23.3XXA | Office | | Sprain of ligaments of cervical spine, initial encounter, Segmental and somatic dysfunction of cervical region, Postconcussional syndrome, Arthropathy of bilateral temporomandibular joint, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, cervical region, Sprain of ligaments of lumbar spine, initial encounter, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of thoracic spine, initial encounter | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2302230047** | **Edward Hunt, DC** | **01/09/2023** | M99.01, S13.4XXA, M26.653, F07.81, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA, M48.32, M48.37 | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| **2301170014** | **Edward Hunt, DC** | **01/16/2023** | S13.4XXA, M99.01, Z01.818, M26.653, F07.81, S33.5XXA, M99.05, M99.06, M99.03, M48.35, S23.3XXA, M48.37 | Office | | Sprain of ligaments of cervical spine, initial encounter, Segmental and somatic dysfunction of cervical region, Encounter for other preprocedural examination, Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Sprain of ligaments of lumbar spine, initial encounter, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2301170014 | Edward Hunt, DC | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| 2302230046 | Edward Hunt, DC | 01/18/2023 | S13.4XXA, M99.01, F07.81, M26.653, M48.37, M48.32, S33.5XXA, M99.05, M99.06, M99.03, M48.35, S23.3XXA | Office | | Sprain of ligaments of cervical spine, initial encounter, Segmental and somatic dysfunction of cervical region, Postconcussional syndrome, Arthropathy of bilateral temporomandibular joint, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, cervical region, Sprain of ligaments of lumbar spine, initial encounter, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of thoracic spine, initial encounter | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |

Case 1:24-cv-00061 Document 1-1 , Filed 03/25/24 Page 169 of 185

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2302230045 | Edward Hunt, DC | 01/20/2023 | M99.01, S13.4XXA, M26.653, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA, M48.32, M48.37 | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Arthropathy of bilateral temporomandibular joint, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| 2302230044 | Edward Hunt, DC | 01/30/2023 | S13.4XXA, M99.01, M26.653, M48.37, M48.32, S33.5XXA, M99.05, M99.06, M99.03, M48.35, S23.3XXA | Office | | Sprain of ligaments of cervical spine, initial encounter, Segmental and somatic dysfunction of cervical region, Arthropathy of bilateral temporomandibular joint, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, cervical region, Sprain of ligaments of lumbar spine, initial encounter, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of thoracic spine, initial encounter | | | | | |
| | | | | | 97032 | ELECTRICAL STIMULATION | 86.00 | 1.00 | 86.00 | 0.00 | 86.00 |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |

Case 1:24-cv-00061-SCJ Document 1-1 Filed 01/05/24 Page 170 of 185

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2302230044** | **Edward Hunt, DC** | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| **2302060047** | **Edward Hunt, DC** | **02/01/2023** | S13.4XXA, M99.01, M26.653, F07.81, S33.5XXA, M99.05, M99.06, M99.03, M48.35, S23.3XXA, M48.37, M48.32 | Office | | Sprain of ligaments of cervical spine, initial encounter, Segmental and somatic dysfunction of cervical region, Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Sprain of ligaments of lumbar spine, initial encounter, Segmenta and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopahy, lumbosacral region, Traumatic spondylopathy, cervical region | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2302230043** | **Edward Hunt, DC** | **02/08/2023** | M99.01, S13.4XXA, M26.653, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA, M48.32, M48.37 | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Arthropathy of bilateral temporomandibular joint, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| **2302230042** | **Edward Hunt, DC** | **02/13/2023** | S13.4XXA, M99.01, M26.653, M48.37, M48.32, S33.5XXA, M99.05, M99.06, M99.03, M48.35, S23.3XXA | Office | | Sprain of ligaments of cervical spine, initial encounter, Segmental and somatic dysfunction of cervical region, Arthropathy of bilateral temporomandibular joint, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, cervical region, Sprain of ligaments of lumbar spine, initial encounter, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of thoracic spine, initial encounter | | | | | |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |

Case 1:24-cv-00001-SCJ Document 1-1 Filed 01/01/24 Page 172 of 185

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2302230042** | **Edward Hunt, DC** | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| **2302230036** | **Edward Hunt, DC** | **02/21/2023** | M99.01, S13.4XXA, M26.653, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA, M48.32, M48.37 | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Arthropathy of bilateral temporomandibular joint, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 99214 | OFFICE/OUTPATIENT VISIT EST | 280.67 | 1.00 | 280.67 | 0.00 | 280.67 |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| **2212020041** | **Edward Hunt, DC** | **11/28/2022** | F07.81, S23.3XXA, S33.5XXA, M48.35, M48.37, M99.05, M99.03, M99.06 | Office | | Postconcussional syndrome, Sprain of ligaments of thoracic spine, initial encounter, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Traumatic spondylopathy, lumbosacral region, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity | | | | | |
| | | | | | 99202 | OFFICE/OUTPATIENT VISIT NEW | 194.52 | 1.00 | 194.52 | 0.00 | 194.52 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2212020041** | **Edward Hunt, DC** | | | | 72070 | X-RAY EXAM THORAC SPINE 2VWS | 132.25 | 1.00 | 132.25 | 0.00 | 132.25 |
| | | | | | 72114 | X-RAY EXAM L-S SPINE BENDING | 247.25 | 1.00 | 247.25 | 0.00 | 247.25 |
| | | | | | 72110 | X-RAY EXAM L-2 SPINE 4/>VWS | 189.75 | 1.00 | 189.75 | 0.00 | 189.75 |
| **2212020038** | **Edward Hunt, DC** | **11/29/2022** | F07.81, S23.3XXA, S33.5XXA, M48.35, M48.37, M99.05, M99.03, M99.06 | Office | | Postconcussional syndrome, Sprain of ligaments of thoracic spine, initial encounter, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Traumatic spondylopathy, lumbosacral region, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity | | | | | |
| | | | | | 97014 | ELECTRIC STIMULATION THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98940 | CHIROPRACT MANJ 1-2 REGIONS | 78.77 | 1.00 | 78.77 | 0.00 | 78.77 |
| **2212060030** | **Edward Hunt, DC** | **12/02/2022** | M26.653, F07.81, M99.06, M99.03, M99.05, M48.37, M48.35, S23.3XXA, S33.5XXA | Office | | Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of pelvic region, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of thoracic spine, initial encounter, Sprain of ligaments of lumbar spine, initial encounter | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2212090019 | Edward Hunt, DC | 12/06/2022 | F07.81, M26.653, S33.5XXA, S23.3XXA, M48.35, M48.37, M99.05, M99.03, M99.06 | Office | | Postconcussional syndrome, Arthropathy of bilateral temporomandibular joint, Sprain of ligaments of lumbar spine, initial encounter, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Traumatic spondylopathy, lumbosacral region, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| 2212120012 | Edward Hunt, DC | 12/09/2022 | M26.653, F07.81, M99.06, M99.03, M99.05, M48.37, M48.35, S33.5XXA, S23.3XXA | Office | | Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of pelvic region, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, thoracolumbar region, Sprain of ligaments of lumbar spine, initial encounter, Sprain of ligaments of thoracic spine, initial encounter | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 99070 | SPECIAL SUPPLIES PHYS/QHP | 17.50 | 1.00 | 17.50 | 0.00 | 17.50 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |

Case 2:24-cv-00061-SCJ Document 1-1 Filed 03/25/24 Page 175 of 185

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2212140014 | Edward Hunt, DC | 12/13/2022 | M99.01, S13.4XXA, Z01.818, F07.81, M26.653, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA, M48.37 | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Encounter for other preprocedural examination, Postconcussional syndrome, Arthropathy of bilateral temporomandibular joint, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 99070 | SPECIAL SUPPLIES PHYS/QHP | 17.50 | 1.00 | 17.50 | 0.00 | 17.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| 2302060068 | Edward Hunt, DC | 12/16/2022 | M99.01, S13.4XXA, F07.81, M26.653, M48.32, M48.37, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Postconcussional syndrome, Arthropathy of bilateral temporomandibular joint, Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter | | | | | |
| | | | | | 97032 | ELECTRICAL STIMULATION | 86.00 | 1.00 | 86.00 | 0.00 | 86.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2302060068** | **Edward Hunt, DC** | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| **2302220016** | **Edward Hunt, DC** | **12/19/2022** | M99.01, S13.4XXA, M26.653, F07.81, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA, M48.32, M48.37 | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | 99070 | SPECIAL SUPPLIES PHYS/QHP | 17.50 | 1.00 | 17.50 | 0.00 | 17.50 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |

Case 2:24-cv-00061-SCJ Document 1-1 Filed 03/25/24 Page 177 of 185

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2302230050 | Edward Hunt, DC | 12/22/2022 | M48.35, M99.01, F07.81, M26.653, M48.37, M48.32, M99.03, M99.05, M99.06 | Office | | Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of cervical region, Postconcussional syndrome, Arthropathy of bilateral temporomandibular joint, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, cervical region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of pelvic region, Segmental and somatic dysfunction of lower extremity | | | | | |
| | | | | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | | | | 99070 | SPECIAL SUPPLIES PHYS/QHP | 17.50 | 1.00 | 17.50 | 0.00 | 17.50 |
| | | | | | G0283 | ELEC STIM OTHER THAN WOUND | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | | | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| 2302230049 | Edward Hunt, DC | 12/28/2022 | M99.01, S13.4XXA, M26.653, F07.81, S23.3XXA, M48.35, M99.03, M99.06, M99.05, S33.5XXA, M48.32, M48.37 | Office | | Segmental and somatic dysfunction of cervical region, Sprain of ligaments of cervical spine, initial encounter, Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Sprain of ligaments of thoracic spine, initial encounter, Traumatic spondylopathy, thoracolumbar region, Segmental and somatic dysfunction of lumbar region, Segmental and somatic dysfunction of lower extremity, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of lumbar spine, initial encounter, Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 97014 | ELECTRIC STIMULATION THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |

Page 178 of 185

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **2302230049** | **Edward Hunt, DC** | 97110 | THERAPEUTIC EXERCISES | 84.30 | 1.00 | 84.30 | 0.00 | 84.30 |
| | | 97035 | ULTRASOUND THERAPY | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | 98941 | CHIROPRACT MANJ 3-4 REGIONS | 106.52 | 1.00 | 106.52 | 0.00 | 106.52 |
| | | 98943 | CHIROPRACT MANJ XTRSPINL 1/> | 71.33 | 1.00 | 71.33 | 0.00 | 71.33 |
| **Total** | | | | | | 7417.25 | | 7417.25 |

**Claim Aging (Days)**

| 0-30($) | 31-60($) | 61-90($) | 91-120($) | >120($) | Total ($) |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 2079.92 | 5337.33 | 7417.25 |

**REMIT TO:**

Chimedical Management Group

3700 S. Railroad St. Suite B PHENIX CITY AL 36867

# Attorney Invoice

**Bill To.**

Kanner & Pintaluga, PA

201 Peachtree Street, NE, Suite 200
ATLANTA GA 30303

**Invoice#:** 2300000531
**Invoice Date:** 5/23/2023 11:50 AM
**Account No:** 2211230003

**Patient Information:**

Deonta Willis

[redacted]

FOREST PARK, GA 30297

| Claim No | Provider | DOS | ICD | POS | CPT | Description | Fees($) | Unit | Charges | Paid/Adj. | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2212190038 | Robert Windsor, MD | 12/17/2022 | M48.32, M48.37 | Office | | Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region | | | | | |
| | | | | | 00640 | ANESTH SPINE MANIPULATION OR CLOSED PROCEDURES | 1840.00 | 3.00 | 5520.00 | 0.00 | 5520.00 |
| | | | | | 20552 | INJ TRIGGER POINT 1/2 MUSCL | 718.75 | 1.00 | 718.75 | 0.00 | 718.75 |
| | | | | | 22505 | MANIPULATION OF SPINE | 4025.00 | 4.00 | 16100.00 | 0.00 | 16100.00 |
| | | | | | 64493 | INJ PARAVERT F JNT L/S 1 LEV | 2070.00 | 1.00 | 2070.00 | 0.00 | 2070.00 |
| | | | | | 64494 | INJ PARAVERT F JNT L/S 2 LEV | 2070.00 | 1.00 | 2070.00 | 0.00 | 2070.00 |
| | | | | | 64495 | INJ PARAVERT F JNT L/S 3 LEV | 2070.00 | 1.00 | 2070.00 | 0.00 | 2070.00 |
| | | | | | J2001 | LIDOCAINE INJECTION | 57.50 | 8.00 | 460.00 | 0.00 | 460.00 |
| | | | | | P9020 | PLAELET RICH PLASMA UNIT | 920.00 | 7.00 | 6440.00 | 0.00 | 6440.00 |
| | | | | | 22505 | MANIPULATION OF SPINE | 8850.00 | 1.00 | 8850.00 | 0.00 | 8850.00 |
| **Total** | | | | | | | | | 44298.75 | | 44298.75 |

| Claim Aging (Days) | | | | | |
|---|---|---|---|---|---|
| 0-30($) | 31-60($) | 61-90($) | 91-120($) | >120($) | Total ($) |
| 0.00 | 0.00 | 0.00 | 0.00 | 44298.75 | 44298.75 |

**REMIT TO:**

Chimedical Management Group

3700 S. Railroad St. Suite B PHENIX CITY AL 36867

# Attorney Invoice

**Bill To.**

Kanner & Pintaluga, PA

201 Peachtree Street, NE, Suite 200
ATLANTA GA 30303

**Invoice#:** 2300000532
**Invoice Date:** 5/23/2023 11:51 AM
**Account No:** 2211230003

**Patient Information:**

Deonta Willis

[redacted]

FOREST PARK, GA 30297

| Claim No | Provider | DOS | ICD | POS | CPT | Description | Fees($) | Unit | Charges | Paid/Adj. | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2212190042** | **Yosan Negga, PA-C** | **11/28/2022** | M26.653, F07.81, M48.32, S33.5XXA, M99.05, S23.3XXA | Office | | Arthropathy of bilateral temporomandibular joint, Postconcussional syndrome, Traumatic spondylopathy, cervical region, Sprain of ligaments of lumbar spine, initial encounter, Segmental and somatic dysfunction of pelvic region, Sprain of ligaments of thoracic spine, initial encounter | | | | | |
| | | | | | 99204 | OFFICE/OUTPATIENT VISIT NEW | 429.81 | 1.00 | 429.81 | 0.00 | 429.81 |
| | | | | | 20553 | INJECT TRIGGER POINTS 3/> | 1437.50 | 1.00 | 1437.50 | 0.00 | 1437.50 |
| | | | | | J2001 | LIDOCAINE INJECTION | 57.50 | 1.00 | 57.50 | 0.00 | 57.50 |
| | | | | | J3490 | DRUGS UNCLASSIFIED INJECTION | 255.88 | 1.00 | 255.88 | 0.00 | 255.88 |
| | | | | | 72190 | X-RAY EXAM OF PELVIS | 126.50 | 1.00 | 126.50 | 0.00 | 126.50 |
| **2212160044** | **Yosan Negga, PA-C** | **12/09/2022** | S33.5XXA | Office | | Sprain of ligaments of lumbar spine, initial encounter | | | | | |
| | | | | | 99213 | OFFICE/OUTPATIENT VISIT EST | 188.97 | 1.00 | 188.97 | 0.00 | 188.97 |
| | | | | | 97033 | ELECTRIC CURRENT THERAPY | 115.00 | 1.00 | 115.00 | 0.00 | 115.00 |
| | | | | | A4550 | SURGICAL TRAYS | 230.00 | 1.00 | 230.00 | 0.00 | 230.00 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2212160044** | **Yosan Negga, PA-C** | | | | J3490 | DRUGS UNCLASSIFIED INJECTION | 255.88 | 1.00 | 255.88 | 0.00 | 255.88 |
| **2212160029** | **Yosan Negga, PA-C** | **12/13/2022** | M48.32, M48.37, Z01.818 | Office | | Traumatic spondylopathy, cervical region, Traumatic spondylopathy, lumbosacral region, Encounter for other preprocedural examination | | | | | |
| | | | | | 85025 | COMPLETE CBC W/AUTO DIFF WBC | 172.50 | 1.00 | 172.50 | 0.00 | 172.50 |
| | | | | | 80053 | COMPREHEN METABOLIC PANEL | 172.50 | 1.00 | 172.50 | 0.00 | 172.50 |
| | | | | | 85610 | PROTHROMBIN TIME | 103.50 | 1.00 | 103.50 | 0.00 | 103.50 |
| | | | | | 85730 | THROMBOPLASTI N TIME PARTIAL | 103.50 | 1.00 | 103.50 | 0.00 | 103.50 |
| | | | | | 99213 | OFFICE/OUTPATI ENT VISIT EST | 188.97 | 1.00 | 188.97 | 0.00 | 188.97 |
| | | | | | 93000 | ELECTROCARDIO GRAM COMPLETE | 207.00 | 1.00 | 207.00 | 0.00 | 207.00 |
| **2302210050** | **Yosan Negga, PA-C** | **12/19/2022** | F07.81, M48.37, M48.32 | Office | | Postconcussional syndrome, Traumatic spondylopathy, lumbosacral region, Traumatic spondylopathy, cervical region | | | | | |
| | | | | | 99213 | OFFICE/OUTPATI ENT VISIT EST | 188.97 | 1.00 | 188.97 | 0.00 | 188.97 |
| **Total** | | | | | | | | | 4233.98 | | 4233.98 |

| Claim Aging (Days) | | | | | |
|---|---|---|---|---|---|
| 0-30($) | 31-60($) | 61-90($) | 91-120($) | >120($) | Total ($) |
| 0.00 | 0.00 | 0.00 | 0.00 | 4233.98 | 4233.98 |

**REMIT TO:**

Chimedical Management Group

3700 S. Railroad St. Suite B PHENIX CITY AL 36867

KANNER AND PINTALUGA
201 PEACHTREE STREET NW

ATLANTA GA 30303

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | PICA

CARRIER

1. MEDICARE (Medicare#) / MEDICAID (Medicaid#) / TRICARE (ID#/DoD#) / CHAMPVA (Member ID#) / GROUP HEALTH PLAN (ID#) / FECA BLK LUNG (ID#) / OTHER (ID#)
1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Willis, Deonta
3. PATIENT'S BIRTH DATE: [redacted] SEX: M [X] F [ ]
4. INSURED'S NAME (Last Name, First Name, Middle Initial): Willis,Deonta

5. PATIENT'S ADDRESS (No., Street): [redacted]
6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]
7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: Forest Park STATE: GA
8. RESERVED FOR NUCC USE
CITY: Forest Park STATE: GA

ZIP CODE: 30297 TELEPHONE (Include Area Code): ( )
ZIP CODE: 30297 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO
a. INSURED'S DATE OF BIRTH MM DD YY [redacted] SEX M [X] F [ ]

b. RESERVED FOR NUCC USE
b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State) GA
b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE
c. OTHER ACCIDENT? [X] YES [ ] NO
c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
10d. CLAIM CODES (Designated by NUCC)
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes,* complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: 11 16 22 QUAL. 431
15. OTHER DATE QUAL. MM DD YY
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEGGA,YOSAN
17a.
17b. NPI 1255052320
18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)
20. OUTSIDE LAB? [ ] YES [ ] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0
A. M54.2 B. M54.50 C. M54.6 D.
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 16 22 | 12 16 22 | 11 | | 72148 | | A, B, C | 2350 00 | 1 | | NPI | |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 81-5151465 SSN [ ] EIN [X]
26. PATIENT'S ACCOUNT NO.: 20549
27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO
28. TOTAL CHARGE: $ 2350 00
29. AMOUNT PAID: $ 0
30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIGNATURE ON FILE
SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
Allegiance Imaging & Radiology, LLC
131 North Park Trail
Stockbridge, GA 30281
a. b.

33. BILLING PROVIDER INFO & PH # (678) 791-0436
Allegiance Imaging & Radiology, LLC
4375 Johns Creek Parkway Suite 300
Suwanee, GA 300246048
a. 1902346422 b.

PHYSICIAN OR SUPPLIER INFORMATION

KANNER AND PINTALUGA
201 PEACHTREE STREET NW

ATLANTA GA 30303

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA

1. MEDICARE (Medicare#) MEDICAID (Medicaid#) TRICARE (ID#/DoD#) CHAMPVA (Member ID#) GROUP HEALTH PLAN (ID#) FECA BLK LUNG (ID#) OTHER (ID#)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Willis, Deonta

3. PATIENT'S BIRTH DATE: [redacted] SEX: M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): Willis,Deonta

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): 4 [redacted]

CITY: Forest Park STATE: GA

8. RESERVED FOR NUCC USE

CITY: Forest Park STATE: GA

ZIP CODE: 30297 TELEPHONE (Include Area Code): ( )

ZIP CODE: 30297 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH [redacted] SEX M [X] F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State) GA

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [X] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes*, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: 11 16 22 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEGGA,YOSAN

17a. 17b. NPI 1255052320

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [ ] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. M54.2 B. M54.50 C. M54.6 D.
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| | 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 16 22 | 12 16 22 | 11 | | 72146 | | A, B, C | 2350 00 | 1 | | NPI | |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 81-5151465 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: 20549

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE: $ 2350 00

29. AMOUNT PAID: $ 0

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNATURE ON FILE

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION

Allegiance Imaging & Radiology, LLC
131 North Park Trail
Stockbridge, GA 30281

a. b.

33. BILLING PROVIDER INFO & PH # (678) 791-0436

Allegiance Imaging & Radiology, LLC
4375 Johns Creek Parkway Suite 300
Suwanee, GA 300246048

a. 1902346422 b.



CARRIER — PATIENT AND INSURED INFORMATION — PHYSICIAN OR SUPPLIER INFORMATION

9/8/2023

KANNER AND PINTALUGA
201 PEACHTREE STREET NW

ATLANTA GA 30303

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | PICA | CARRIER

1. MEDICARE (Medicare#) [ ] MEDICAID (Medicaid#) [ ] TRICARE (ID#/DoD#) [ ] CHAMPVA (Member ID#) [ ] GROUP HEALTH PLAN (ID#) [ ] FECA BLK LUNG (ID#) [ ] OTHER (ID#) [ ]

1a. INSURED'S I.D. NUMBER (For Program in Item 1)

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): Willis, Deonta

3. PATIENT'S BIRTH DATE MM DD YY: [redacted] SEX M [X] F [ ]

4. INSURED'S NAME (Last Name, First Name, Middle Initial): Willis,Deonta

5. PATIENT'S ADDRESS (No., Street): [redacted]

6. PATIENT RELATIONSHIP TO INSURED: Self [X] Spouse [ ] Child [ ] Other [ ]

7. INSURED'S ADDRESS (No., Street): [redacted]

CITY: Forest Park STATE: GA

8. RESERVED FOR NUCC USE

CITY: Forest Park STATE: GA

ZIP CODE: 30297 TELEPHONE (Include Area Code): ( )

ZIP CODE: 30297 TELEPHONE (Include Area Code): ( )

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous) [ ] YES [X] NO

a. INSURED'S DATE OF BIRTH MM DD YY: [redacted] SEX M [X] F [ ]

b. RESERVED FOR NUCC USE

b. AUTO ACCIDENT? [ ] YES [X] NO PLACE (State) GA

b. OTHER CLAIM ID (Designated by NUCC)

c. RESERVED FOR NUCC USE

c. OTHER ACCIDENT? [X] YES [ ] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. CLAIM CODES (Designated by NUCC)

d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ] YES [X] NO *If yes*, complete items 9, 9a, and 9d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE DATE

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP) MM DD YY: 11 16 22 QUAL. 431

15. OTHER DATE QUAL. MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION FROM TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: DN NEGGA,YOSAN

17a. 17b. NPI 1255052320

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES FROM TO

19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)

20. OUTSIDE LAB? [ ] YES [ ] NO $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E) ICD Ind. 0

A. M54.2 B. M54.50 C. M54.6 D.
E. F. G. H.
I. J. K. L.

22. RESUBMISSION CODE ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 12 16 22 | 12 16 22 | 11 | | 72141 | | A, B, C | 2350 00 | 1 | | NPI | |
| 2 | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 81-5151465 SSN [ ] EIN [X]

26. PATIENT'S ACCOUNT NO.: 20549

27. ACCEPT ASSIGNMENT? (For govt. claims, see back) [X] YES [ ] NO

28. TOTAL CHARGE: $ 2350 00

29. AMOUNT PAID: $ 0

30. Rsvd for NUCC Use

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNATURE ON FILE

SIGNED DATE

32. SERVICE FACILITY LOCATION INFORMATION
Allegiance Imaging & Radiology, LLC
131 North Park Trail
Stockbridge, GA 30281

a. b.

33. BILLING PROVIDER INFO & PH # (678) 791-0436
Allegiance Imaging & Radiology, LLC
4375 Johns Creek Parkway Suite 300
Suwanee, GA 300246048

a. 1902346422 b.

PATIENT AND INSURED INFORMATION | PHYSICIAN OR SUPPLIER INFORMATION



9/8/2023